FILED
2024 Sep-11 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA



Date: Date: September 11th, 2024

sutton; patrick and burns sutton; leah living souls, **in Personne Physique**,
and as beneficial equitable title holders of the
PATRICK HARLAND SUTTON (TRUST/ESTATE)
AND LEAH M. BURNS SUTTON (TRUST/ESTATE)
c/o 4997 Heather Point, Birmingham, Alabama (35242)

FILED
2024 SEP 11 P 2:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
Southern Division

: Interest of the Public **or the matter of**

**In re:**, Real Party in Interest
(*jus personarum - in personne physique*)
Sutton; Patrick and Burns Sutton; Leah

PATRICK H. SUTTON and LEAH M. BURNS SUTTON
**infant/minor**
c/o 4997 Heather Point
Birmingham, Alabama (35242)

Plaintiff (s)

**Vs.**

**Statutory Creatures Of The State Of Alabama:**

**ANDREW J. CECERE, Chairman, President & CEO**
US BANK NATIONAL ASSOCIATION
U.S. Bancorp
800 Nicollet Mall
Minneapolis, MN 55402

**JAY BRAY**
**a.k.a. JESSE K. BRAY, Chairman and CEO**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

continues...

Case No: 2:24-cv-1240-AMM

**Affidavit Of Bill Of Complaint In Equity, Presentment To Void Proceedings, Foreclosure Deed And Jurisdiction, Request For Article III Court, etc.**

**CHRIS MARSHALL, Vice Chairman**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**MIKE WEINBACH, President**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**KURT JOHNSON, EVP AND CFO**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**JANE FRASER, CEO**
CITIGROUP MORTGAGE LOAN TRUST INC
390 Greenwich Street
New York, NY 10013

**MARK A. L. MASON, CFO**
CITIGROUP MORTGAGE LOAN TRUST INC
390 Greenwich Street
New York, NY 10013

Defendant (s)

**AFFIDAVIT OF BILL OF COMPLAINT IN EQUITY;**
**PRESENTMENT TO VOID PROCEEDINGS,**
**FORECLOSURE DEED AND JURISDICTION**

# <u>Complaint In Equity</u>

Comes now sutton; patrick and sutton; leah, requests an Article III Court for a complaint and doing so **<u>in personne physique</u>**, a living man and a living woman, sovereigns (**<u>not sovereign citizens</u>**), who are also the beneficial equitable title holders and first lien holders of the property located at c/o 4997 Heather Point, Birmingham, Alabama (35242), for the Plaintiff (s) PATRICK H. SUTTON &

LEAH M. BURNS SUTTON (Trusts/Estates), which are the mortgagors, of the promissory note Number: 102120021 and the mortgage deed of trust number: 1000157-0005475689-1 who are both suing the Defendant (s), ANDREW CECERE, CEO of US NATIONAL BANK ASSOCIATION a.k.a U.S. Bancorp, JESSE K. BRAY, Chairman and CEO of NATIONSTAR MORTGAGE LLC. d/b/a MR. COOPER GROUP, CHRIS MARSHALL, Vice Chairman of NATIONSTAR MORTGAGE LLC. d/b/a MR. COOPER GROUP, MIKE WEINBACH, President of NATIONSTAR MORTGAGE LLC. d/b/a MR. COOPER GROUP, KURT JOHNSON, EVP AND CFO of NATIONSTAR MORTGAGE LLC. d/b/a MR. COOPER GROUP, JANE FRASER, CEO of CITIGROUP MORTGAGE LOAN TRUST INC., and MARK A. L. MASON, CFO of CITIGROUP MORTGAGE LOAN TRUST INC., etc., directly for, misconduct, misrepresentation, failure to credit "payments" to Plaintiff (s) mortgage account and breach of fiduciary duty Pursuant to 29 U.S. Code § 1109. Any person who is a **fiduciary** with respect to a plan who breaches any of the responsibilities, obligations, or duties imposed upon fiduciaries by this subchapter shall be personally liable to make good to such plan, any losses to the plan resulting from each such breach, and to restore to such plan any profits of such fiduciary which has been made through use of assets of the plan by the fiduciary, and shall be subject to such other equitable or remedial relief as the court may deem appropriate, including removal of such fiduciary. Over the past few months, Plaintiff (s) have requested and demanded on multiple occasions that the Defendant (s) Prove that the mortgage was not satisfied and prove that they have standing to foreclose, with no success.

Plaintiff (s) can produce over 60 certified and tracked mail pieces as a preponderance of evidence to these facts. Much of this correspondence has been completely ignored and evidence provided by various Defendant (s) for these requests has nothing to do with the requests in multiple correspondence letters. In some cases, responses have been sent by email, even though

responses were requested to be in writing, the email makes it into trash or spam. After a period of time one cannot reopen the response as it is no longer available on their corporate secured system. As the Defendant (s) remained silent, and did not rebut any affidavits while ignoring and obfuscating multiple requests for proof of claims by the Plaintiff (s). The Defendant (s) silence is their acquiescence. The Defendant (s) also ignored legal and lawful documents filed publicly by the Plaintiff (s) **(See Exhibit A – AFFIDAVIT OF TRUTH AND FACT)** outlining various points of fraud committed by the servicer and has been fully unrebutted to this day.

**(See Exhibit B – WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST)** This document has been provided to all Defendant (s) including their various legal entities, be it in house or third-party legal teams. Defendant (s), on multiple occasions, fail to provide a correct response to Plaintiff (s). For example, U.S. Bank's response is a one-page letter stating they are, "…The trustee for the mortgage-backed-securitization trust that owns the mortgage on this property…" and yet provides no evidence of this fact.

**(See Exhibit C- NOTICE OF DEFAULT – TACIT AGGREMENT LETTER)** All Defendant (s) including their legal representatives provided no response.

**(See Exhibit D – TWO DOCUMENTS PRESENTED, FILED BY THE PLAINTIFF (S) WARRANTY DEED CERTIFICATE OF ACCEPTANCE AND A WARRANTY/GRANTOR DEED ANNOUNCING TRANSFER TO TRUST)** notice deeds are filed and stamped front and back prior to defendant (s) filing a backdated unlawful foreclosure deed. **(See Exhibit E – FORECLOSURE DEED)** Defendant (s) further filed an unlawful foreclosure deed on the public records, with intent to evict Plaintiff (s) beneficiaries which is serious fraud. The Defendant (s) have no standing whatsoever to foreclose as

SEP 11 2024

Plaintiff (s) have vested interest in the promissory note and the mortgage. Notice Defendant (s) picked a federal holiday, Memorial Day May 27th 2024 to auction the property, after announcing a date prior to May 27th 2024 which was a regular business day and could have brought more competition of perspective bidders to the auction. By rescheduling the auction for May 27th 2024, this undoubtedly puts Defendant (s) in an extremely favorable position for no one to show and to win the bid. Plaintiff (s) submitted this in writing to bring this to the attention of the legal team responsible for auctioning the property as well as the Defendant (s). The unlawful foreclosure deed through the Defendant (s) lawyer, the lawyer states that Plaintiff (s) are Grantors for the transfer of property to Defendant (s). Plaintiff (s) did not grant any personal property or any property of any sort to Defendant (s).

**(See Exhibit F – UCC ONLINE STSTEM UCC SEARCH)** Showing Plaintiff (s) "New search filings completed through 09/05/2024 no UCC filings matched your search criteria." No liens attached to Plaintiff (s) **(See Exhibit G – VESTED INTEREST UCC1).** In addition, pursuant to **the Federal Reserve Act Section 16, Paragraphs two (2) and four(4)** which clearly states that the promissory note is the collateral for the property located at c/o 4997 Heather Point, Birmingham, Alabama (35242). The promissory note is the same as cash and served as a check in the amount of $432,150.00. Therefore, the property is not the collateral and is not to be foreclosed upon. Furthermore, despite the fact that ANGELO R. MOZILO, CEO of COUNTRYWIDE HOME LOANS INC., original "lender," received full credit at closing the minor account was not credited for the transaction, and this can be proven through double ended book entry accounting according to GAAP. Proper journal entries from the financial statements have been requested from Defendant (s) multiple times with no success. Interestingly enough, all lending activity is cleared in 21 days and discharged from the books according to the financial statements provided to the Security and Exchange on publicly available 10k and 8k forms.

Additionally, all REO property is cleared from the books completely by December 31st of each Calander year according to the same publicly available 10k and 8k SEC filings by Defendant (s). The promissory note and mortgage were later transferred to the other Defendant (s) and they are trying to foreclose on the said property. Plaintiff (s) motions this court to void Defendant (s) proceeding, Foreclosure Deed, and Jurisdiction.

The Plaintiff (s) **being of majority status** conducting the style condition of **The Principal and Beneficial Equitable Title Holder, and not an infant/minor,** hereinafter "Plaintiff (s)". As such are exercising as well as retaining and reserving all rights, natural, private commercial, incorporeal or otherwise and does tender this claim and make the claim that the tender was special deposited on the accounts receivables books of the court, via the Defendant (s) commercial filings and/or other deposits into the county registry, filings to the Securities and Exchange Financial Statement 10K and 8K, monthly or annual write-offs in 10K or 8K SEC financial statement, state registry, court registry, who by their own admission of the complaint showing or causing to show the existence of a qualified endorsement.

The Defendant (s) have come into this matter related to a trust in the capacity that is; unsustainable, and thus is perceived as; standing in its unadulterated non-immune capacity and liable for all damages incurred, assessments as well as penalties. On its face it appears that the Defendant (s)'s intent and purpose, was to take up the election to treat the within reference complaint as a draft, rather than a promise to pay. A complaint is a promise to pay, and a draft is an order to pay, and the person holding the instrument can treat it as either. There might be cause for one to raise and/or complain that they lack understanding, that such information is foreign to them; and it is at that time that such an individual documents their lack of

knowledge, for overseeing such matter that specially deals with an **express trust and the estate of an infant,** which involves exclusive jurisdiction and not concurrent jurisdiction. This court acts as an administration venue as a result of the administration acts and the presidential proclamation 2038, 2039, and 2040 – for which the presidents of the United States have exercised "Emergency Powers Jurisdiction" continuously, from 1933 to the present, according to the Senate report on national emergencies associated with the National Emergencies Act. To ensure this information is not ambiguous, nor is it foreign to government, for the Senate of the United States Congress has verified the aforementioned facts.

## Equities Implied Expression of a trust.

***Minor account means an account that a custodian controls on behalf of a minor, this is referred to as a resulting trust the definition of a resulting trust is:*** A **resulting trust** (from the Latin "resalire" **meaning** 'to jump back') is the creation of an implied **trust** by operation of **law,** where property is transferred to someone who pays nothing for it; and then is implied to have held the property for benefit of another person.

## JURISDICTION AND VENUE

Jurisdiction is proper "other jurisdiction" wherein the Constitution, whereby Judicial Power, SECTION authorizes such out of necessity. The judicial power shall be vested in one Supreme Court, (who may extend such powers in a Court of Appeals, in District Courts, in County Courts, in Metropolitan Courts), and in such other courts and may be established by positive law i.e. equity, as equity is the law, as equity is everything and law without equity **must still render equity.** Therefore, this court has the power to decree in equity upon this

SEP 11 2024

**Express Trust matter** in-camera/chambers, and may enforce the Bill of Rights put forth in this bill as expressed in the Constitution.

We must remember as shall be discussed briefly in a moment, that an attorney who represents an individual who has not yet attained the age of majority, is said to represent a ward of the court. An Attorney holds an administrative position as an officer of the court and as such, the attorney becomes for the ward an appointed guardian ad litem. **Now in proof that the trust exists,** and is for all necessities and purposes a "RESULTING TRUST", in that upon attaining majority, the securities, assets, properties of the infant estate become **the rightful property of the beneficiary who has attained the age of majority.** Seeing that this is a "Resulting Trust", by operation of law and as a result of the principles of equity, and that it involves a minor and/or infant and/or the properties of an infant, the proper jurisdiction is that of equity who has and maintains a right to inherent jurisdiction.

## RULE OF LAW

Whereby this cause, being a complaint in **exclusive equity jurisdiction,** (as it directly involves the property/estate/securities of an infant/minor), cites the rule of law as follows upon:

## BILL OF RIGHTS

No person's (to include infants/minors) property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money.

# JURISDICTION OF COURTS OVER THE ESTATES OF INFANTS

**Jurisdiction over the estate of an infant is inherent in equity,** but it may also be vested by administrative constitutional and administrative statutory provisions in particular courts; the administrative institution of proceedings affecting an infant's property makes the infant a ward of the court (held in trust, for such the seizure of rights and/or property could only be instituted as a result of a prior relationship i.e. a special relationship, whereby the infant/minor is the beneficiary, the state (court) the settlor and its agents and/or officers' trustees, constituting a trust relationship, in equity) which has broad powers and the duty to protect his or her interests.

**Courts of equity have GENERAL AND INHERENT JURISDICTION over the property of infants.** Primary jurisdiction over the estate of infants may, under administrative constitutional or administrative statutory provisions, be vested in the probate, county, district, or other specific court.

**The jurisdiction can be exercised only when the court has acquired jurisdiction as to the particular infant/minor or subject matter** (jurisdiction over estates/trusts are exclusive in nature over which courts of equity have exclusive jurisdiction, and such matters must be heard at equity). The commencement of a proceeding affecting the infant's property vests the court with jurisdiction over his or her estate, pursuant to which the court acts in loco parentis or as a guardian, and the infant becomes its ward. **It is the duty of the court to safeguard the infant's property interest with great care** i.e. **In trust.**

After the jurisdiction of the court has attached, either through an appearance which equates to allowing the court to make a decision, and/or a plea being entered by the infant/minor, the court in its administrative capacity has broad, comprehensive and plenary powers over the estate of the infant/minor, however, courts of equity have exclusive jurisdiction over the property, of the infant/minor. This court may adjudicate the rights and equities of the infant and property, **yet only in equity,** and it may cause to be done whatever may be necessary to preserve and protect the infant's estate which includes the property/assets of said estate. However, the exercising of such powers must be tempered with reasonable limitations, and one major limitation is that courts of equity have exclusive jurisdiction over the property/assets of an infant prior to the infant changing their status from a minor/infant to the creditor of the trust. Therefore, **the court cannot act in violation of administration constitutional or statutory limitations on its power,** which the court or parties have done by establishing the instant matter, and thus attempt to deprive the infant/minor of the right to the absolute enjoyment of the funds of one who has come forth now, **and is appearing at the age** of majority in correction of any presumptions by previous actions or appearances in this matter.

An infant is not competent to waive the administration statutory requirements enacted for his or her benefit and protection, with respects to the manner in which the

jurisdiction of the court may be exercised, until they attain the age of majority, which they are diligently working on, and then they can.

SEP 11 202

# JURISDICTION OF COURTS OVER ESTATES OF INFANT/MINORS-JUDICIAL ALLOWANCES FOR SUPPORT, MAINTENANCE AND EDUCATION.

Defendant (s) could not have had a valid claim against infant/minor without personal knowledge and a copy of the photo, Finger-prints, A Forced plea, Coercion, Threats, False imprisonment, a false commercial claim is/are not considered lawful evidence and/or knowledge, because such copies are held as a forgery, evidence of involuntary servitude.

Furthermore, courts in conducting “Commercial” Business of the court must give/disclose to or upon a party upon demand the bookkeeping entries (both receivables and payables) with an affidavit, and demand is hereby made for immediate production or the all evidence is hearsay evidence into the court. The infant/minor having attained the age of majority hereby challenges the bookkeeping and demands (as they have requested in writing and delivered by certified mail several times) the full accounting on the accounts receivables and accounts payables and all dividends, profits, rents, escrows, etc. resulting from the deposit of TRUST/Estate of the ward/Beneficiary onto the courts accounts receivables and other general intangibles.

## Movement for Relief

**Plaintiff (s) is/are entitled to the relief of damages in equity,** as 'equity must cause equity to be, though the heavens fall '; Plaintiff (s) is/are entitled to relief in the form of damages for the following reasons;

Defendant (s) are trying to take the private property of the Plaintiff (s) under extreme duress and threats against Plaintiff (s) property, liberties without just compensation without the expressed and/or written consent of Plaintiff (s). Defendant (s) had a duty to respond to all

Plaintiff (s) filings, questions because of the legal **special relationship** of the parties and by not responding in part or in whole by or substituting one or more responses with item (s) which are not requested by Plaintiff (s) as the answer to their inquiries or any specific items requested the Defendant (s) is/are in breach of trust, because the infant estate and duty of care associated there with/there to is an express trust:

**"Verified Memorandum of Principles of Law and Points of Authorities on Express Special Relationship Trusts"**

The court and its officers are a legal title holder of not only the express trust, but also the constructive trust. As now has been placed on the record, sutton; patrick and burns sutton; leah living souls are the beneficiary and equitable title holders. None of this information is foreign to the court, this matter must proceed in equity. Failure and/or refusal to proceed at equity, under exclusive jurisdiction will constitute contempt of justice.

## ELEMENTS OF A TRUST:

1. Settlor/Grantor/Trust – intended to create a trust, which is perceived by the reasonable observer, as in the case of the New Deal and the several Federal Acts and associated State regulations-
   a. The Emergency Banking Relief Act of March 9th, 1933
   b. The Social Security Act of 1934, the Trust Indenture Act
   c. The Social Security Trust
   d. The Treasury Trust
   e. The Public Trust and the Administration thereof

These are each Specific and Special RELATIONSHIP Agreements, as they are specially designed as required by the 13th Amendment Authorizing such.

2. Rights Must Be Identified
3. As evidenced by Due Process of Statutory Provisions and the 14th Amendment section 1 & 4 Identification of Beneficiary- Whom the property is held on behalf of Beneficiaries (held in-trust)
4. Shares/Assets/Property must be Identified
5. The Trust must be Workable
6. Must have an ending i.e. can't last forever

All Elements of a Trust Are Present – 31 C.F.R. SS 363.6

> **Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account. And the latter is the case of the Plaintiff (s).**

> *Minor account means an account that a custodian controls on behalf of a minor, that linked to the custodian's primary account. (See 31 CFR $$ 363.10 and 363.27 for more information about minor accounts.)*

**The Settlor is Federal Government** directly and through the state and local governments (this indication is specified by the use of the Lower Cased "state" and "government", and other proper nouns). Through various acts of Congress, and through the Age of Majority Act's.

SEP 11 2024

The identity of the **Equitable Beneficial Title Holder is the Minor** both un-attained and attained, until they control the Securities/Shares in the trusted account.

The rights are identified by **the right to attain the age of Majority, to gain control of Securities Held in one's Minor Account,** and to be free Minors Disabilities.

The Trust is workable in that the Custodian/Fiduciary/Trustee/Ministerial Clerk must *hold the minor/infant account in trust on/for the benefit/behalf of a minor/infant*, that is inked to the custodian's primary account (in Most Instances the Federal and State Treasures). The Trust may not last forever as it and the duties of all parties' end upon the attaining the age of Majority, and documents such in a definitive manner by attaching an affidavit attesting such to his or her BIRTH CERTIFICATE NOTE TO THE PRINCIPLE: "The register of titles is authorized to receive for registration of memorials upon say outstanding certificate of an official birth certificate pertaining to a registered owner named and said certificate of title showing the date of birth of said registered owner, providing there is attached to said certificate an affidavit of an affiant who states that he/her is familiar with the facts recited, stating that the party named and said birth certificate is the same party as one of the owners name and said certificate of title, and that thereafter the register of titles shall treat registered owner as having obtained the age of majority as of the date of 18 years after the date of birth shown on said certificate"....

The aforementioned is a general court rule, meaning that it applies in principle in all birth certificate attaining related matters, and administrative proceeding. **A Power of Attorney** titled in part. "PATRICK H. SUTTON and LEAH M. BURNS SUTTON **power-of-attorney-general IN**

SEP 11 2024

**FACT, Two PRIVATE SPECIAL RELATIONSHIP EXPRESS TRUSTS,** encompassing all related matters and associated properties is at issue invoking EXCLUSIVE JURISDICTION AT/IN EQUITY. This matter does not involve a statutory and/or constitutional provision respecting a minor and/or infant, this matter exclusively and specially involves an estate/trust and the property of an infant/minor under equitable law. Generally, an infant may require property rights, but he or she is not regarded as capable of managing his or her property. Hence, the law does not entrust him or her with the custody or control of his or her estate. There reason, an infant/minor is not capable of managing his or her own property, is because they have not yet attained the age of 18 and **or taken full control of the securities, assets, properties held in their minor account**, (but they are actively pursuing this course) a good principle of equitable law. Generally, as an equitable principal, the statute of limitations, is suspended as against infants during their disability, or either do not begin to run against an infant until the obtaining of majority, or where infancy does not toll the statutes, the **infant is allowed a statutory period after attaining majority** to contest any adverse possessions which commence during infancy. Here, the influence is upon the infant attaining the age of majority, the same with respects to a minor and/or juvenile, and as noted, such a person shall remain a minor and/or infant until such time as they gain control of the assets held in their minor account through equity.

With this supporting affidavit, the Plaintiff (s) states this court in good conscience and good reason shall aid the Plaintiff (s) in his request or **show cause via facts and conclusions of equitable law** why he is not entitled to just compensation and other equitable relief to which he is entitled as equitable beneficial title holder.

Plaintiff (s) pleads to this court for damages in the amount as specified in the contract and the value of the full estate plus interest, for the court is under obligation in the exercise of its inherent equitable powers to do equity.

Plaintiff (s) additionally requests **an injunction** to issue against Defendant (s) and including the specific Attorney for an attempted taking of trust property, private information and solicitation against the Plaintiff (s) where he is not entitled to act against the trust with just or any other cause, for such is construed as intermeddling with the estate of the infant/minor, for which they are strict and severe penalties. This injunction needs to also include the necessary language to prevent Defendant (s) from evicting Plaintiff (s) for any reason because Defendant (s) have perpetually shown contempt and disregard for following lawful processes, including the unlawful foreclosure.

## Sources Cited:

§§ 336. Damages – The power to award damages in a proper case, as a necessary incident to other purely equitable relief and in the same decree, is fully admitted, and even to award damages alone in very special cases; but the jurisdiction has been exercised with the utmost caution and reserve. See JUDICIAL INTERPRETATION OF JURISDICTION, Pomeroy, Equity Jurisdiction.

A court of equity grants the relief of compensatory damages in connection with some other specific relief, and under very peculiar circumstances it decrees the payment of damages alone. Several kinds of equitable suits are wholly pecuniary in their relief, as those for contribution and exoneration. See JUDICIAL INTERPRETATION OF JURISDICTION, Pomeroy, Equity Jurisprudence:

Maxims of Equity and Adjudication States that a court of equity (§ 56) to protect and enforce rights to property the object of suits in chancery. The term "property", as used in this section, includes that is the subject of exclusive individual ownership; or, to be more specific, includes not only lands, house, goods and chattels, rights and credits, but also a man's person, and his wife and minor children and his right to work, and to sell and acquire property, and engage in any lawful business, and his and there reputation (which has been severely damaged by Defendant (s)), health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right to speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal. As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account therefor, unless he can prove it was a gift; and so, whatever injury one person does to another's property or capacity to labor should be made good. If Defendant (s) have somehow created a gift it is without the knowledge or awareness of the Plaintiff (s) and Plaintiff (s) have never provided a gift to Defendant (s). Nor Defendant (s) have disclosed that they have created such a gift.

I declare under the laws of the United States of America, the Republic that foregoing is true and correct. Executed September 11th, 2024.

By:___

## As: Plaintiff (s) and equitable **beneficial** title holder

**I, sutton; patrick living man and burns sutton; leah, living woman, beneficiary for Plaintiff (s) do solemnly affirm that the foregoing Affidavit is true and correct to the best of my knowledge and belief and do hereby declare that the foregoing facts within this document/verified complaint/affidavit are 100% true, correct and complete.**

Respectfully,

All rights reserved, without prejudice
By Beneficiary: [signature] Date: 9-11-24
sutton; patrick, living soul, Power of Attorney, Authorized Representative and Beneficiary for PATRICK H. SUTTON (estate/trust)

All rights reserved, without prejudice
By Beneficiary: [signature] Date: 9-11-24
burns sutton; leah, living soul, Power of Attorney, Authorized Representative and Beneficiary for LEAH M. BURNS. SUTTON (estate/trust)

**Witness:** [signature] Date: 9/11/24

[signature] Date: 9/11/24

**JURAT NOTARY**

Subscribed and affirmed before me on this 11th day of September, of the year 2024, a living man sutton; patrick, and living woman burns sutton; leah, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature: [signature] [seal]
My Commission Expires: 04-02-2028

NICOLE SMITH NOTARY PUBLIC ALABAMA STATE AT LARGE

# CERTIFICATE OF SERVICE

I, sutton; patrick and burns Sutton; leah certify that a copy of this hereof is furnished to all parties listed below via registered mail:

**ANDREW J. CECERE, Chairman, President & CEO**
US BANK NATIONAL ASSOCIATION
U.S. Bancorp
800 Nicollet Mall
Minneapolis, MN 55402

**JAY BRAY**
**a.k.a. JESSE K. BRAY, Chairman and CEO**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**CHRIS MARSHALL, Vice Chairman**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**MIKE WEINBACH, President**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**KURT JOHNSON, EVP AND CFO**
NATIONSTAR MORTGAGE LLC. d/b/a MR COOPER
800 State Highway, 121 Bypass
Lewisville, TX 75067

**JANE FRASER, CEO**
CITIGROUP MORTGAGE LOAN TRUST INC
390 Greenwich Street
New York, NY 10013

**MARK A. L. MASON, CFO**
CITIGROUP MORTGAGE LOAN TRUST INC
390 Greenwich Street
New York, NY 10013

**MARK FOWLER**
COMMISSIONER OF THE ALABAMA DEPARTMENT OF INSURANCE
201 Monroe Street Suite 502
Montgomery, AL 36130

**STEVE MARSHALL**
ALABAMA ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36104

## JURAT NOTARY

Subscribed and affirmed before me on this 11th day of September, of the year 2024, a living man sutton; patrick, and living woman burns sutton; leah, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Respectfully,

All rights reserved, without prejudice

By Beneficiary: sutton patrick Date: 9-11-24

sutton; patrick, living soul, Power of Attorney, Authorized Representative and Beneficiary for PATRICK HARLAND SUTTON (estate/trust)

All rights reserved, without prejudice

By Beneficiary: burns sutton leah Date: 9-11-24

burns sutton; leah, living soul, Power of Attorney, Authorized Representative and Beneficiary for LEAH M. BURNS. SUTTON (estate/trust)

SHELBY COUNTY
ALABAMA

Notary Signature: Nicole Smith

My Commission Expires: 04-02-2028

[seal] NICOLE SMITH NOTARY PUBLIC ALABAMA STATE AT LARGE

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nationstar Mtg. LLC. Mr. Cooper
Attn: Legal Department
8950 Cypress Waters Blvd
Dallas, TX 75019

9590 9402 8028 2305 9712 83

2. Article Number (Transfer from service label)

7022 2410 0001 9763 2242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

9590 9402 8028 2305 9712 83

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Patrick & Leah Sutton
4997 Heather Pt
Birmingham, AL 35242

UNITED STATES POSTAL SERVICE

MEADOWBROOK
1900 CORPORATE DR
BIRMINGHAM, AL 35242-2723
(800)275-8777

04/25/2023 03:53 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.65 |
| Coppell, TX 75019 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 04/27/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: 70222410000197632242 | | | |
| Return Receipt | | | $3.35 |
| Tracking #: 9590 [illegible] 8028 2305 9712 83 | | | |
| Total | | | $17.15 |

Grand Total: $17.15

Cash $17.15

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

---

7022 2410 0001 9763 2242

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Coppell, TX 75019

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.35 |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $9.65 |
| Total Postage and Fees | $17.15 |

0245
12

Postmark Here

MEADOWBROOK POST OFFICE
APR 25 2023
BIRMINGHAM, ALABAMA 35242
04/25/2023

Sent To: Nationstar Mtg LLC, Mr. Cooper Attn Legal Dptm
Street and Apt. No., or PO Box No.: 8950 Cypress Waters Blvd
City, State, ZIP+4®: Dallas TX 75019

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 2410 0001 9763 2242

PRESS FIRMLY TO SEAL

7022 2410 0001 9763 2242

PRIOR
FLAT RAT
POSTAGE

UNITED STATES POSTAL SERVICE®

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Postmark Here

Sent To Nationstar Mtg LLC, Mr Cooper Attn Legal Dpt
Street and Apt. No., or PO Box No. 8950 Cypress Waters Blvd
City, State, ZIP+4® Dallas TX 75019

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

FROM: Patrick & Lea
4997 Heather 
Birmingham, A

■ Expected delivery date specified for domesti
■ Domestic shipments include $100 of insuranc
■ USPS Tracking® service included for domesti

This package is made from post-consumer waste. Please recycle - again.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nationstar Mtg. LLC. Mr Cooper
Attn: Legal Department
8950 Cypress Waters Blvd
Dallas, TX 75019

9590 9402 8028 2305 9712 83

2. Article Number (Transfer from service label)

7022 2410 0001 9763 2242

COM

A. S

X

B. R

D. Is delivery address different from item 1?
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

TO:

Nationstar M
mr Cooper Attn: L
8950 Cypress Wa
Dallas, TX 750

PS00001000014

EP14F July 2022

TO:
Nationstar Mortgage LLC., Mr Cooper
Attn: Legal Department
8950 Cypress Waters Blvd,
Dallas, TX 75019

From the Desk of:
Patrick H. Sutton & Leah M. Burns Sutton
4997 Heather Point
Birmingham, Alabama [zip exempt]

VIA: Certified Mail #_7022 2410 0001 9763 2242_

Account #0610785404

# AFFIDAVIT OF TRUTH AND FACT

By: Patrick H Sutton & Leah M Burns Sutton Date:
April 25, 2023

**SWORN TESTIMONY IN THE FORM OF AFFIDAVIT OF TRUTH**

1. I, Patrick H Sutton and Leah M Burns Sutton, enter this affidavit giving notice and making it known that Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent.
2. I, Patrick H Sutton, am a private man, non-person, living on the land of the Republic of Alabama in peace.
3. I, Leah M Burns Sutton, am a private woman, non-person, living on the land of the Republic of Alabama in peace.
4. I, Patrick H Sutton, fully dispute the alleged mortgage debt including any penalties, fees or charges known or unknown based on the numerous specific requests for documents and materials that have been made to Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 NMLS:2119 as required to be given or provided by law. Patrick H Sutton has diligently requested information from Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 NMLS:2119, generating a preponderance of evidence to the pursuit of facts. However, these requests for detailed information have been met with unanswered, ignored, or denied responses, often citing confidentiality as a pretext, without providing proper response or the opportunity to review specifically requested facts related to the validity of the alleged mortgage debt or proof of documents and materials related to the alleged mortgage debt.
5. I, Leah M Burns Sutton, fully dispute the alleged mortgage debt including any penalties, fees or charges known or unknown based on the numerous specific requests for documents and materials that have been made to Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 NMLS:2119 as required to be given or provided by law. Leah M Burns Sutton has diligently requested information from Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 NMLS:2119, generating a preponderance of evidence to the pursuit of facts. However, these requests for detailed information have been met with unanswered, ignored, or denied responses, often citing confidentiality as a pretext, without providing proper response or the opportunity to review specifically requested facts related to the validity of the alleged mortgage debt or proof of documents and materials related to the alleged mortgage debt.
6. It is imperative, and mandated by law, for Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 to produce the requested documents in order to substantiate their alleged rightful or legal claim to the alleged debt. The burden of proof can easily be satisfied by providing accounting statements of material facts pertaining to our specific alleged mortgage loan, including the original intact wet blue ink signed promissory note (allef=ged security instrument). It is believed that the reason for their reluctance to produce the documents and provide answers to questions is that it will expose their inability to substantiate their claim and reveal their attempts to acquire our property, further unlawfully, with the help of others, such as a hired third-party law firm with offices in Georgia and Alabama herein know as MCCALLA RAYMER LEIBERT PIERCE, LLC, through coercion or force.
7. This affidavit is intended to bring forth resolution for full discharge of all monies, including third-party fees, penalties, and any alleged back monies alleged owed to/by Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 and Mr. Cooper's hired and

contracted representatives MCCALLA RAYMER LEIBERT PIERCE, LLC with their Original Petition for and leading to their potential fraud and a lack of requested full contract disclosure, including but not limited to the intentional withholding of specific answers to specific questions and certified original copies of specific documents.

8. This Affidavit of Truth and Fact serves to put on record that the true facts reveal a demand for the discharge of a certain mortgage originally originated by Countrywide Mortgage/Countrywide Home Loans. In the course of the loan's history, it has come to light that through servicing the alleged mortgage loan along its history of the loan, the alleged security instrument or promissory note was lost. The note was fraudulently restored through an "Affidavit of Lost Note". The fraud and deception happened because the disclosure of lost Note and the consent from affiants or consent from Patrick H Sutton and Leah M Burns Sutton was never sought or revealed except through multiple requests to produce information pertaining to the alleged mortgage.
9. Furthermore, based on current requests by affiants to Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 they concealed this broken chain of contract from the beginning of affiants' requests for specific answers to questions and documentation. Furthermore, they failed to properly demonstrate their right to claim by withholding requested information from Patrick H Sutton and Leah M Burns Sutton, and further stated that they would not respond to their multiple requests as this information requested is confidential and not related to servicing. Affiants were not requesting information related to servicing.
10. It is alleged that providing truthful answers to these repeated requests from Patrick H Sutton and Leah M Burns Sutton would prove that the alleged debt has already been fully satisfied.
11. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 initially claimed, in what appears to be a standard corporate letter response, that they possessed the original promissory note. They provided an online link for Patrick H Sutton and Leah M Burns Sutton to access the origination documents, but unfortunately, the documents could not be printed or easily read from the website. The documents would be displayed by thumnails that would enlarge when scrolling over them and the content was unreadable and blurry. Subsequently, Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 removed the link upon further document requests from affiants. What is alarming is that the first two online links did not include an "Affidavit of Lost Note" as part of the initial link, which would naturally lead one to believe that it was intentionally removed or accidently not included as either would not support the letter stating and validating possession of said alleged note. Despite this, Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 continued to assert that they were in possession of the alleged original promissory note, it was later discovered that they were not. It was alarmingly discovered the lost note was replaced through an undisclosed "Affidavit of Lost Note."
12. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 claimed to be agents of the supposed bona fide holder of a promise to pay debt secured by a deed of trust filed with the county registrar of deeds on August 1st, 2005. Affiants are prepared to act on behalf of the lender or any entity with actual standing as a bona fide holder of the promise to pay, but do not know who that entity is. There is no valid evidence of agency in the county record, and Patrick H Sutton and Leah M Burns Sutton have requested proof of authority multiple times as required by the Fair Debt Collection Practices Act (FDCPA). Documents filed with the county registrar of deeds do not show any authority on the part of the alleged lienholder and its affiliates to act against the property in question. Affiants have asked the alleged lienholder to provide proof of agency and compliance with relevant laws. Affiants are prepared to file a lawsuit against the true alleged holder of the claim based on public records, but do not want to act against innocent parties. Affiants have exhausted all measures to determine the true party in interest. Due to demands from Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, Affiants have repeatedly requested validation of the alleged debt and can prove this along with multilple requests for particular answers to particular questions through copies of many letter specifically sent by certified mail.
13. Affiants allege that Mr. Cooper, Nationstar Mortgage LLC NMLS:#2119, and MCCALLA RAYMER LEIBERT PIERCE, LLC have failed to provide proper documentation to prove the alleged lienholder's authority to represent the principal and to collect the alleged debt. Only paperwork displaying a unilateral contract was provided. There is no signature from any representative of an company servicing the alleged debt dating all the way back to the origination and implementation of the loan.

11 2024

14. Affiants believe that the practices of banks in the United States, such as selling mortgage notes into investment pools and using Mortgage Electronic Registration Service (MERS) to hide the true holder of the note, have led to confusion and uncertainty regarding the ownership and authority of the alleged lienholder. Affiants further allege that the alleged lienholder has violated the Fair Debt Collections Protections Act by using false, deceptive, and misleading representations in connection with the collection of the alleged debt, and by threatening to take illegal actions against Affiants. Affiants also allege that alleged lienholder and MCCALLA RAYMER LEIBERT PIERCE, LLC have sent fraudulent and/or negligent demands for payment through the United States mail. Some correspondence has been sent through FEDEX, which the affiants believe is intentional in some correspondence to avoid the penalties from laws associated with using the US Mail. Affiants demand full disclosure and full exposure of all true and certified copies of all relevant documentation as required by Truth-in-Lending.
15. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, as well as MCCALLA RAYMER LEIBERT PIERCE, LLC, failed to exercise due diligence in establishing their standing to collect the alleged debt claimed by Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, from the affiants.
16. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, as well as MCCALLA RAYMER LEIBERT PIERCE, LLC, subjected the Affiants (the affiants) to severe emotional stress through direct or implied threats that they would lose their primary place of residence if they did not pay a specific alleged demanded amount.
17. The Affiants are demanding strict verified proof, that they entered into a dually executed legal and binding contract with Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, establishing the alleged debt, and that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, are the true holder in due course of said debt instrument. The affiants are also demanding strict verified proof of the standing of every signatory on any document filed in court or sent to them or any other entity regarding the alleged debt.
18. If Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, as well as MCCALLA RAYMER LEIBERT PIERCE, LLC, can prove the existence of a debt claim against the property, the affiants are demanding strict verified proof that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, have the singular and exclusive claim based on the purported contract on which they are attempting to collect the debt.
19. The affiants are demanding strict verified proof, that: (1) they entered into a dually executed and binding contract with Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC's principal, granting a legal claim against the property as protection against loss in case of failure to meet the obligations of the alleged debt; (2) Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, are the true and exclusive holder in due course or proper agent for said holder of the legal claim against the property; (3) any alleged lien document was granted by the affiants to Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC's principal, for whom they claim to be acting as agent.
20. If Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, claim to have received assignment of the alleged debt instrument, the affiants are demanding strict verified proof, according to the rules of evidence, that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC,'s principal, is the exclusive holder of said instrument.
21. If Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, or MCCALLA RAYMER LEIBERT PIERCE, LLC, are not able to produce a bona fide lien document, the affiants are demanding full discharge and full title satisfaction of all matters related to the alleged debt.
22. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 as well as MCCALLA RAYMER LEIBERT PIERCE, LLC engaged in unfair and unconscionable means to collect the alleged debt from Affiants, including but not limited to, withholding proof of validity and the proper standing of the alleged debt, failing to provide evidence of being a bona fide holder of the debt instrument, and failing to establish agency for the debt instrument, in violation of 15 U.S.C. §1692f.
23. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 as well as MCCALLA RAYMER LEIBERT PIERCE, LLC engaged in harassing, oppressive, and abusive

conduct in attempting to collect the alleged debt from Affiants, including but not limited to, providing false and misleading information in a dunning letter, making threats of dire consequences, and failing to communicate information clearly and fairly about the alleged debt, in violation of 15 U.S.C. §1692d and §1692e.

24. Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 as well as MCCALLA RAYMER LEIBERT PIERCE, LLC's wrongful conduct has caused Affiants to suffer actual damages, including emotional distress, mental anguish, and financial harm, in violation of 15 U.S.C. §1692k.
25. Affiants demand strict verified proof of the alleged debt claim against the property, including but not limited to, evidence of being the singular and exclusive claimant of the purported debt, evidence of being a bona fide holder of the debt instrument, evidence of agency for the debt instrument, and evidence of a lien against the property owned by Affiants.
26. Affiants requested that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 as well as MCCALLA RAYMER LEIBERT PIERCE, LLC provide all requested documentation and items requested with proof of the alleged debt claim in writing, and that all further communication regarding the alleged debt be in writing, in accordance with the Fair Debt Collection Practices Act (FDCPA). Affiants do not want to receive another copy of the unilateral contract and non true and certified copies of these materials as sent in the past. Affiants demand answers to their questions as they are fair and based of lawful requests to produce this desired information as proof of claims by all parties.
27. Affiants reserve all rights and remedies available under the FDCPA and any other applicable laws, and especially the right to assert their right to dispute the alleged debt and to seek redress for any violations of the FDCPA committed by Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 as well as their third party law-firm know as MCCALLA RAYMER LEIBERT PIERCE, LLC in connection with the alleged debt claim.
28. Affiants allege that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, as well as MCCALLA RAYMER LEIBERT PIERCE, LLC, engaged in fraudulent and deceptive practices in their attempts to collect a debt from the Affiants. The Affiants claim that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, along with MCCALLA RAYMER LEIBERT PIERCE, LLC, sent misleading letters demanding payment of money, misrepresented themselves as debt collectors while simultaneously confusing their assertion of being a mortgage loan servicer and originator, made false representations about the alleged debt, and concealed and intentionally withheld information about the securitization of the loans.
29. The Affiants assert that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119, as well as MCCALLA RAYMER LEIBERT PIERCE, LLC, lacked the legal standing and capacity to demand payment and that their actions could amount to criminal fraud and/or negligence. The Affiants further claim that they suffered harm and stress as a result of these actions, and that the intentional concealment of information about the securitization of the loans changed the character claims and rights tied to the alleged loan.
30. Affiants allege that Mr. Cooper, Nationstar Mortgage LLC NMLS:#2119, and MCCALLA RAYMER LEIBERT PIERCE, LLC engaged in fraudulent practices related to loans and real estate transactions. The Affiants claim that these entities failed to disclose material terms of the transactions, misrepresented their ownership and interest in the loans, and intend to profit from these misrepresentations. The Affiants further allege that Mr. Cooper, Nationstar Mortgage LLC NMLS:#2119, and MCCALLA RAYMER LEIBERT PIERCE, LLC acted with malice, fraud, and oppression, and that their actions were intentional and calculated to harm the Affiants for maximum profits. The Affiants claim damages may and could or should be part of the pursuit of remedy including costs of the loans, damage to their financial security, libel from written public announcement of a disputed debt and public promotion of affiant's personal property available to the public to be available to the highest bidder for an alleged debt which was clearly in dispute, and for many of the above stated alleged fraudulent practices if an amiable discharge and satisfaction can not be obtained.
31. Affiants are alleging that Mr. Cooper, Nationstar Mortgage LLC NMLS:#2119, and McCalla Raymer Leibert Pierce, LLC have engaged in conduct that has disparaged Affiants' legal title, caused damages, and resulted in emotional distress. Affiants claim that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 failed to disclose details of the alleged loan and ignored their requests for information and disputes related to the debt. They also allege that McCalla Raymer Leibert Pierce, LLC published

announcements of the sale of the property, which can be publicly interpreted to be available but stands as a deception to the public through announcement, knowing of the dispute over the alleged debt. It is required that all parties participate in correcting these actions until title is put back in place satisfactorily and peacefully.

32. The Affiants further claim that Mr. Cooper, Nationstar Mortgage LLC NMLS:#2119, and McCalla Raymer Leibert Pierce, LLC's conduct has resulted in damages, ongoing expenses to clear the title to the property, and emotional distress. They assert causes of action including violations of the Fair Debt Collection Practices Act (FDCPA), fraudulent concealment of requested information, fraudulent inducement, illegal or fraudulent transfers of the note and deed of trust, and public policy grounds. It is also alleged that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 of presenting non-certified original copy of a copy of documents and claiming they are original, additionally, these documents may be/or are securitized can be akin to or similar to counterfeiting. It is further alleged that Mr. Cooper and Nationstar Mortgage LLC NMLS:#2119 rejected Affiants offer of value to cover the full alleged debts and all monies claimed and owed in full with a full true value of offset against the alleged debt.
33. Affiants will be seeking relief, including discharge and title satisfaction of the alleged debt including all monies allegedly owed which may be known or unknown, rescission of the loan contract and accompanying documents in order to spare all parties from damages for the numerous alleged misconducts of Mr. Cooper, Nationstar Mortgage LLC NMLS:#2119, and McCalla Raymer Leibert Pierce, LLC. if these remedies are not fulfilled.
34. Let it be known that Affiants have sought every means necessary to settle this matter amicably and with intent to complete this dispute with a resolution outside of court. It is requested that if any rebuttal, disagreement, or confusion related to this affidavit is put forth, needs to be done by any representative, person or living man or living woman as a rebutted affidavit, executed, and signed under penalty of perjury, to stand in truth and honor. All parties have been given notice of their 30 days to properly respond to our affidavit of truth and fact.

35. I, Patrick H Sutton, affirm, under penalty of perjury, under the common law of the courts in the Republic of Texas, in America, having proper jurisdiction over this matter due to the fact that Mr. Cooper and Nationstar Mortgage LLC have their home offices in Dallas, Texas, to the facts herein are true and correct, to the best of my knowledge and belief, and if anything is found to be unintentionally in error, I have the right to correct the record of affidavit without recourse.

36. I, Leah M Burns Sutton, affirm, under penalty of perjury, under the common law of the courts in the Republic of Texas, in America, having proper jurisdiction over this matter due to the fact that Mr. Cooper and Nationstar Mortgage LLC have their home offices in Dallas, Texas, to the facts herein are true and correct, to the best of my knowledge and belief, and if anything is found to be unintentionally in error, I have the right to correct the record of affidavit without recourse.

I reserve all my God given rights and without prejudice.

Patrick H Sutton, Beneficiary and Executor
of the PATRICK H SUTTON trust

Leah M Burns Sutton, Beneficiary and Executor
of the LEAH MICHELLE BURNS trust

STATE OF ALABAMA
COUNTY OF SHELBY

Subscribed and sworn to (or affirmed) before me on this 28th day of April, 2023 proved to me based on satisfactory evidence that the person/persons who appeared before me to sign this document is, Patrick H Sutton the living man and Leah M Burns Sutton the living woman.

Notary Public

(Seal)

STATE OF ALABAMA NOTARY PUBLIC

John Robin Mason
Notary Public
My Commission Expires
June 1, 2025

PRESS FIRMLY TO SEAL

7022 1670 0002 2160 3999

7022 1670 0002 2160 3999

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

Expected delivery date specified for domestic

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
US Bank National Association c/o Andrew Cecere
Street and Apt. No., or PO Box No.
800 Nicollet Mall
City, State, ZIP+4®
Minneapolis MN 55402
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bank National Association
c/o Andrew Cecere
800 Nicollet Mall
Minneapolis, MN 55402

9590 9402 8028 2305 9712 14

2. Article Number *(Transfer from service label)*

7022 1670 0002 2160 3999

COM...
A. S...
X
B. R...
D. Is...
If...

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...sured Mail
...sured Mail Restricted Delivery
...ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

FROM:
Patrick & Leah Sutto
4997 Heather Pt
Birmingham, AL 35242

TO:
US Bank National Association
C/o Andrew Cecere
800 Nicollet Mall
Minneapolis, MN 55402

Exhibit B

RACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and ... Misuses may be a violation of federal law. This pack... ...ll international® shipments. ...ights reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bank National Association
C/o Andrew Cecere
800 Nicollet Mall
Minneapolis, MN 55402

9590 9402 8028 2305 9712 14

2. Article Number (Transfer from service label)

7022 1670 0002 2160 3999

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X T- Tran ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5? 13-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

MINNEAPOLIS MN 553
... MAY 2024 PM 4 L

9590 9402 8028 2305 9712 14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Patrick & Leah Sutton
4997 Heather Pt
Birmingham, AL 35242

SEP [illegible] 2024 [illegible]

**WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST**

From the Desk Of
Patrick H. Sutton
Leah M. Burns Sutton
c/o 4997 Heather Point
Birmingham, Alabama [ RFD 35242 ]

U. S. Bank National Association

May 10, 2024

Re: Alleged Lender/Collector - Loan # 0610785404

Attention: Andrew Cecere et al:

This letter is regarding my private real property located at 4997 Heather Point, Birmingham, Alabama [ RFD 35242] and alleged U. S. Bank National Association Trustee

Announced Account# 0610785404.

SERVICE VIA CERTIFIED MAIL RETURN RECEIPT #7022 1670 0002 2160 3999

Dear Sir/Madam:

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent

By my signature below, I authorize and request that you furnish me with ALL OF the requested information, and any other information regarding the above account and mortgage loan. This document has been provided to all parties that have been revealed as relevant and part of our alleged mortgage and alleged promissory note by NationStar Mortgage LLC and Mr. Cooper Group.

THIS LETTER IS LAWFUL NOTICE AND REQUEST WITH WHICH YOU ARE MANDATED BY LAW TO COMPLY. YOU INCUR A LAWFUL LEGAL OBLIGATION TO IMMEDIATELY FORWARD THIS DEMAND LETTER TO ANY OR ALL NECESSARY RESPONSIBLE PARTIES, BE IT YOUR LEGAL DEPARTMENT, OFFICE OF PRESIDENT, INVESTOR RELATIONS, COMPLAINT RESOLUTION DEPARTMENT OR OTHER PROPER OFFICE FOR IMMEDIATE REVIEW, COMPLIANCE EXECUTION AND RESOLUTION. If you are not capable of directly handling the answers contained withing this QWR, please forward to the proper person or any designated party who can.

Some of you will be seeing this for the first time and some of you have received it in the past but have either ignored it completely or have improperly responded.

This is an URGENT, NEW, UPDATED, and REVISED Qualified Written Request (QWR) necessitated by the persistent failure of NationStar Mortgage LLC and Mr. Cooper Group and all three of your third-party law firms and their representatives, notably ALAW at present, including their agents, lawyers, and representatives, to provide satisfactory responses to all of my previous written and certified sent inquiries. This serves as my final endeavor to obtain the needed essential materials required to bring closure and evidentiary understanding to this matter against you and your continued pursuit of actions against my personal property. For direct communication to U. S. Bank National Association and Citigroup Mortgage Loan Trust Inc,. this stands as their first.

12 CFR § 1024.36 outlines the provisions regarding a borrower's right to request information from a servicer of a federally related mortgage loan. Here's an overview:

SEP 11 2024

The law states that through an "Information request". A servicer **shall** comply with the requirements of this section for any written request for information from a borrower that includes the name of the borrower, information that enables the servicer to identify the borrower's mortgage loan account, and states the information the borrower is requesting with respect to the borrower's mortgage loan.

1. **Purpose**: The section aims to ensure that borrowers have a mechanism to obtain information about their mortgage loans and the servicing thereof.
2. **Scope**: It applies to any borrower who requests information relating to the servicing of their federally related mortgage loan.
3. **Timing and response**: Upon receiving a request for information, the servicer must acknowledge the receipt of the request **within five days** (excluding legal public holidays, Saturdays, and Sundays) unless the requested information is provided within that period.

   *I'm providing 10 days to answer completely but still require 5 days acknowledgement and ceasing of your actions and recognition of our ongoing dipute.*

4. **Information that can be requested**: Under 12 CFR § 1024.36, borrowers indeed have the right to request various information related to the servicing of their mortgage loan. This includes crucial details such as the identity of the owner or assignee of the loan. Despite my detailed previous requests for this information, it has regrettably gone unanswered or information provided was not a proper response to my queries. Specifically, ALAW, the third-party representative currently engaged in this matter, has blatantly disregarded my previous attempts to obtain this information and has failed to respond to any of my letters. This blatant disregard for legal obligations and failure to provide essential information is deeply concerning and unacceptable, and should be to you as well as you have acted in a similar fashion.
5. **Error resolution procedures**: The section also mandates that servicers must comply with the error resolution procedures outlined in § 1024.35 if the borrower notifies them of an error in connection with the servicing of the loan.

In relation to a bank or debt collector, this regulation ensures that borrowers have the right to request and receive information about their mortgage loans and the servicing thereof. It imposes obligations on servicers to promptly acknowledge and respond to such requests and to provide accurate and timely information to borrowers. Failure to comply with these requirements may subject the servicer to penalties and enforcement actions by regulatory authorities.

It has come to my attention, through extensive research and scrutiny, that you have resorted to evasive tactics, epitomized by your engagement of ALAW, a law firm known for its multifaceted operations across various states. This strategic maneuvering appears to be a deliberate attempt to obfuscate the truth and advance your agenda of unlawfully seizing my personal property.

In particular, my investigation into ALAW's legal standing in the state of Alabama has raised significant questions regarding their licensure and authorization to act as a debt collector within the jurisdiction. Despite their purported dissolution as a firm based in Mountain Brook, Alabama, according to records from the Secretary of State website, there remains ambiguity regarding their current legal status and the legitimacy of their operations. This is also seen by the fact that this request was made to their offices both local and home office with no response.

This discrepancy demands further scrutiny and prompts serious concerns about the ethical and legal integrity of both your actions and those of your chosen legal representatives. It is evident that these maneuvers are indicative of bad faith and a blatant disregard for established ethical and legal standards governing debt collection practices.

Furthermore, the apparent lack of clarity surrounding ALAW's licensure and authority necessitates immediate investigation and, if warranted, reporting to the relevant regulatory authorities, including the Alabama State Bar and the Florida Bar. Such actions are imperative to ensure accountability and uphold the principles of justice and transparency in this matter.

Furthermore, your decision to schedule a foreclosure sale on May 27, 2024, which coincides with a Federal Holiday, displays a callous disregard for due process and transparency. This possible deliberate choice raises serious concerns regarding your intentions and suggests a calculated effort to impede potential buyers from participating in the sale, thereby undermining the integrity of the process, and ensuring you will be able to obtain the property for yourself in order to gain profits through an illegal process of seizure.

It is evident that you, along with your legal representatives, are engaging in a concerted effort to conceal vital information and perpetrate further harm against Patrick H. Sutton and Leah M. Burns Sutton. I demand an immediate cessation of these unethical practices and the removal of any public and libelous notices related to the foreclosure sale. Failure to comply is a gross violation of the Fair Debt Collection Practices Act (FDCPA), including but not limited to charges of intentional obstruction of justice and fraudulent misrepresentation. Despite our repeated attempts to elicit clarification, our concerns persistently linger unaddressed, prompting this intensified endeavor for transparency and accountability, as defined by the Real Estate Settlement Procedures Act (RESPA) for information regarding the mortgage loan as referenced above. Your repeated failure, coupled with that of your third-party representative, notably ALAW law firm at present, in addition to the two other legal entities that withdrew their foreclosure attempts in the past before you hired ALAW and their representatives, to provide comprehensive and transparent responses to my prior Qualified Written Request (QWR), is deeply disconcerting. As of present all three law firms stand in position of liability for their actions related to your conspiratorial desires to forcibly take my property through an illegal seizure.

Your evasiveness and deliberate ambiguity in addressing the queries raised in my previous communications have not gone unnoticed as I'm putting you all on notice here and now. It is imperative to underscore that your failure to provide satisfactory responses to previous requests renders you liable for all stipulations outlined therein, including the public libelous statements in your public promotion of your illegal activities passing them off as normal course of action while a loan is in dispute. Your silence is construed as acquiescence to the agreements laid out in the prior document, thereby heightening your responsibility and legal accountability in this matter. This document is my sincere intent which seeks to acquire the greatest detail to further elucidate the gravity of this serious issue. Additionally, the complete lack of response from ALAW and its representatives, including their home office in Tampa, Florida, is a clear indication of a deliberate attempt to obscure their involvement and pertinent information related to this serious matter.

Consequently for you, you and all your third party representative's consistent refusal to provide any or inadequate obfuscated or un-satisfactory answers has left me with no choice but to conduct further research independently. This research action is prompted by my genuine concern that there may be additional crucial information being withheld or deliberately concealed. Such conduct is not only unacceptable but also raises serious doubts about your commitment to transparency and compliance with legal obligations. This includes your legal team and the home office of your third party law firm situated in Tampa, Florida, which constitutes a flagrant breach of legal obligations on everyone's part related to your position.

Under U.S. Code Chapter 2, § 83, national banks are prohibited from lending money on their own stock, as it poses a significant risk to the bank's financial stability. The statute specifies that no national banking association shall make any loan or discount on the security of the shares of its own capital stock or be the purchaser or holder of any such shares, unless such security is necessary to prevent loss upon a debt previously contracted in good faith.

The problem arises if a national bank were to lend money on its own stock without adhering to the exceptions outlined in the statute. Doing so could jeopardize the bank's financial health and stability. It could also create conflicts of interest and undermine the integrity of the bank's operations. Therefore, the law prohibits such practices to safeguard the interests of depositors, shareholders, and the overall stability of the banking system.

If a national bank were to violate the prohibition outlined in U.S. Code Chapter 2, § 83, by lending money on its own stock without meeting the specified exceptions, it could face severe penalties. These penalties may include:

Regulatory enforcement actions: The Office of the Comptroller of the Currency (OCC), as the primary regulator of national banks, has the authority to take enforcement actions against banks found to be in violation of banking laws and regulations. This could include issuing cease and desist orders, civil money penalties, or other regulatory sanctions.

SEP 11 2024

Legal action: Violating banking laws may also subject the bank to legal action by regulatory authorities or private parties. This could result in fines, damages, or other legal remedies imposed by the courts.

Loss of charter: In extreme cases of non-compliance or egregious misconduct,,the OCC may revoke or terminate the national bank's charter, effectively shutting down its operations.

Reputation damage: Violations of banking laws can lead to significant reputational damage for the bank, affecting its relationships with customers, shareholders, and other stakeholders. This could result in loss of business, investor confidence, and long-term damage to the bank's brand.

Overall, the penalties for lending money on its own stock without meeting the statutory requirements are serious and can have far-reaching consequences for the bank and its stakeholders. Compliance with banking laws and regulations is essential to maintain the safety and soundness of the banking system.

My question here is specifically this:

Did you issue a loan to Patrick H. Sutton and Leah M. Burns Sutton or did you provide a discount on the security of your own capital stock, as it would likely be in violation of this statute unless certain exceptions apply? Such violations and actions could potentially result in regulatory enforcement actions by the Office of the Comptroller of the Currency (OCC), legal consequences, and reputational damage to the bank.

Therefore, it is essential for national banks to ensure compliance with U.S. banking laws and regulations, including the provisions outlined in U.S. Code Chapter 2, § 83, to avoid potential penalties and maintain the integrity of the banking system.

12 U.S. Code § 1813 defines "deposits" as the unpaid balance of money or its equivalent received or held by a bank or savings association in the usual course of business, for which it is given or obligated to give credit either conditionally or unconditionally. This definition encompasses various types of accounts, including commercial checking accounts, savings accounts, and other similar financial instruments through which funds are received and held by banks or savings associations.

(1) the unpaid balance of money or its equivalent received or held by a bank or savings association in the usual course of business and for which it has given or is obligated to give credit, either conditionally or unconditionally, to a commercial, checking, savings, time, or thrift account, or which is evidenced by its certificate of deposit, thrift certificate, investment certificate, certificate of indebtedness, or other similar name, or a check or draft drawn against a deposit account and certified by the bank or savings association, or a letter of credit or a traveler's check on which the bank or savings association is primarily liable: Provided, That, without limiting the generality of the term "money or its equivalent", any such account or instrument must be regarded as evidencing the receipt of the equivalent of money when credited or issued in exchange for checks or drafts or for **a promissory note**...

So my question here is did you use my promissory note as the equivalent of money?

In addition, this is also a request made pursuant to Section 404 (b) of Public Law 111-22, Section 404(b) for the name, address and telephone number of the holder and owner of the Mortgage Note and for the same information with respect to the Master Servicer of the obligation, as well as Public Law 107-56, 115 Stat. 272 (U.S.A. P.A.T.R.I.O.T. Act). In compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e), 15 U.S.C. §1692 ET SEQ and Regulation X at 24 C.F.R. 3500, and The Gramm Leach Bliley Act. Please note that your failure to respond to this request in ten (10) days or less may result in a civil action by me pursuant to Section 1641(f) of Title 15 of the United States Code.

**DEMAND FOR ALLEGED DEBT VALIDATION per 15 U.S.C. §1692 ET SEQ**

A MEANINGFUL TIMELY RESPONSE IS REQUIRED. **THIS IS AN OFFER TO PAY** IF THE ALLEGED DEBT, CONTRACTS, AND BACK-END ACCOUNTING CAN BE FULLY VERIFIED BY A LIVING MAN OR WOMAN UNDER OATH OR AFFIRMATION.

## DEMAND TO VALIDATE ALLEGED DEBT

### *MANDATORY CONSTRUCTIVE NOTICE TO CEASE AND DESIST*

**Under FDCPA you MUST CEASE and DESIST all collection activities until this alleged Debt Validation is provided in full and completed by answering every single question contained within this document, to the Post location above See** *15 U.S.C. 1692g.* **and you have received a proper response from us after you answer all questions within 30 days of your answer and response. Cease all debt collection activities immediately pending the full resolution of the disputed debt. Notify your local legal representative affiliated with ALAW to formally withdraw, and send in writing to us that they have withdrawn their intent to foreclose on May 27, 2024, and from any further proceedings related to this matter and provide written confirmation of such withdrawal without delay.**

**Again I say, instruct the said ALAW legal representative to refrain from pursuing any further actions, including foreclosure proceedings, while the dispute is satisfactorily resolved by all involved parties. This third party lawyer and ALAW law firm is not an involved party and needs to retract all public notices and libelous statements made to the public at large. It is a must that you immediately remove the publicly promoted announcement placed in the Shelby County Courthouse by the lawyer representing ALAW and have them provide proof of such.**

## LEGAL AUTHORITY

Under the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq./Section 805 et seq.) (hereinafter "FDCPA") when a "debt collector" initiates a communication designed to collect a debt, they are bound to comply with FDCPA mandates. (See Gburek v. Litton Loan Servicing, LP, 08-3776, 7th Cir. (2010)

**When a loan servicer assumes responsibility for a loan purportedly in default, they are legally categorized as a 'debt collector' and are thereby mandated to adhere strictly to the Fair Debt Collection Practices Act (FDCPA) in its entirety. This legal obligation extends not only to the loan servicer but also to all third-party representatives engaged by the 'debt collector,' including third-party lawyers or law firms, as well as any affiliated entities or individuals involved in associated collection endeavors.**

Under the provisions of the FDCPA, none of these entities are permitted to engage in simultaneous debt collection activities while attempting to address inquiries from the alleged borrower, especially if the matter is subject to dispute or remains unsettled due to potential fraud. This prohibition is particularly pertinent if the fraud has been perpetrated by the originating company that issued the loan or other connected entities beyond the original contract.

Therefore, it is imperative that during any stage of debt collection, all parties involved strictly adhere to the guidelines set forth by the FDCPA. This includes stopping the pursuit of and refraining from attempting debt collection activities concurrently with addressing inquiries from the alleged borrower if the validity of the debt is under dispute or if, more seriously speaking, fraud is suspected, especially if the fraud is attributed to the originating or servicing company.

In cases where fraud is alleged against the lending institution, and it possible that fraudulent activities indeed occurred during the origination, servicing, transfers and assignments of the loan, the debt collection process is suspended until the matter is thoroughly investigated and resolved. It is incumbent upon the loan servicer, the indentured trustee, and the trustee who may be acting as the 'debt collector,' must ensure that no further debt collection efforts are pursued until the allegations of fraud have been satisfactorily addressed and resolved especially if it is required by and through legal means.

Moreover, if it is established that fraudulent actions have been committed by any representative of the originating company, the indentured trustee, the trustee or any representative of any of the entities along the way, subsequent to

the issuance of the original contract, such activities are likewise prohibited under the Fair Debt Collection Practices Act (FDCPA). Therefore, any debt collection proceedings must cease until any unresolved questions or the potential possibilities of allegations of fraud are thoroughly investigated and properly resolved, ensuring fair treatment and protection of the rights of all parties involved.

Before acquiring any interest in this referenced account, you, your third party representatives, any lawyer or third party law firm claimed a "Default having been made in the payment of the indebtedness secured by that certain mortgage executed by..." or in other words you or they speak to the alleged note or alleged mortgage default status and as such DICTATES YOU HAVE A LAWFUL MANDATED OBLIGATION TO COMPLY WITH THIS REQUEST IN A DETAILED COMPREHENSIVE COMPLIANT MANNER.

**"WHO" IS A "DEBT COLLECTOR"**

Generally, the FDCPA covers the activities of a "debt collector." There is a two part definition of "debt collector": [1] "any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or [2] who regularly collect or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. See: 15 U.S.C. §1692(a)(6).

**Under the FDCPA after making an initial communication with an alleged debtor** (via loss mitigation or collection calls, modification/workout offers, filing NODs, bills demanding payment, or taking other actions covered by the Act), **a debt collector is required to provide WRITTEN NOTICE WITHIN FIVE DAYS OF THE INITIAL COMMUNICATION which provides, among other things:**

(a)..... A critical detailed itemized breakdown of the debt alleged due;
(b)..... The name, addresses, and phone number[s] of the alleged creditor; beneficiary or Master Servicer. Note: see: 1692 a (4). "Definition to a "Creditor"
(c)..... Notice that the debt collector shall obtain and **provide accurate certified verification of debt if it is disputed within 30 days of the initial communication**
(d)..... Notice that the debt collector will provide the name and address of the alleged true creditor or beneficiary, upon request, if the alleged creditor or beneficiary is different from the current alleged creditor. See 15 U.S.C. §1692(g) (a) (1-5) Section 809.
(e) ..... Details of any and all accounting as is related to the creation of this note, the profits generated from the note which are not or were not disclosed, insurance proceeds collected, and tax benefits taken, all of which would affect the balance due which is being claimed, if you can in fact verify this at all.

**I hereby positively dispute any and all alleged debt[s] claimed owed or owing.** I dispute all intercessors, acting with malice aforethought thus violating The Deceptive Trade Practices Act (*Title 15 U.S C.§45*) the FDCPA, and FDUTPA 501.2077(2), by being or acting upon us by any third party predatory Debt Collectors, and NOT bona fide party[s] who possess any status or standing to collect some investor acquired alleged debt.

*The relevant section of FDCPA states, 15 U.S.C. §1692(g) / Section 809 states:*

"(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor; **the debt collector shall cease collection of the debt; or any disputed portion thereof, until** the debt collector obtains validation to the debt ...is mailed to the consumer, by the debt collector."

Let it be recognized that any lenders, servicers, or any party who has securitized the alleged note or alleged debt, found to be in contravention of the Real Estate Settlement Procedures Act (RESPA) and the Truth in Lending Act (TILA) provisions, particularly through actions such as foreclosing without adequate documentation of the chain of title or disclosure of the true parties in interest, in conjunction with violations of securitization documents and insurer mandates for loss mitigation, are engaged in conduct tantamount to fraud on the Court and perpetrating a fraud on the borrower.

Such actions not only undermine the integrity of the legal process but also violate the fundamental rights of borrowers, jeopardizing the sanctity of contractual agreements and the trust placed in financial institutions. It is imperative that all parties involved in the lending, servicing, and securitization processes operate with the utmost transparency, adherence to regulatory frameworks, and respect for the rights of borrowers.

Therefore, any instances where lenders, servicers, or securitizers are found to have engaged in activities that contravene RESPA and TILA provisions, fail to provide documentation of chain of title, or omit disclosure of true parties in interest, coupled with breaches of securitization documents and insurer mandates for loss mitigation, must be regarded as fraudulent acts deserving of extreme and particularly detailed and fully disclosed legal scrutiny and intervention.

In the interest of upholding justice and protecting the rights of borrowers, it is imperative that such fraudulent practices be identified, addressed, and remedied to ensure fairness, accountability, and the integrity of the legal and financial systems.

It is my understanding that the servicing company or even your company may have been accused of engaging in one or more predatory servicing or lending and servicing schemes in the distant or recent past. As a consumer, I am concerned about such practices by anyone, especially NationStar Mortgage LLC. as represented by Mr. Cooper Group or the U. S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage pass Through Certificates, Series 2005-5, or its Parent Company US BankCorp, or anyone who has any interest this matter

Needless to say, I am most concerned that potential fraudulent and deceptive practices by unscrupulous mortgage originators such as Countrywide Home Loans, Inc; mortgage servicers such as NationStar Mortgage LLC. as represented by Mr. Cooper Group or the U. S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage pass Through Certificates, Series 2005-5, or its Parent Company US BankCorp; any sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; any securities fraud perpetuated by any or all parties, deceptive abusive and fraudulent accounting tricks and practices to evade taxing authorities, or any other act that may have also negatively affected my credit rating.

In order to safeguard against potential victimization resulting from predatory servicing and/or lending and transfer practices, I hereby authorize you to do a comprehensive review, examination, accounting under the principles of GAAP, and provide us a comprehensive audit of the pertinent details pertaining to this account by qualified experts in mortgage disclosure and auditing and specialists in predatory servicing and lending practices. This examination and audit will encompass a meticulous scrutiny of the mortgage account file, commencing from the inception of initial contact and application, through the origination of this account, up to the date indicated above.

This authorization is granted with the explicit purpose of ensuring the integrity, transparency, and compliance of all actions and practices associated with this mortgage account, and to ascertain whether any irregularities or improprieties listed above or any other unknown improprieties have occurred during its course. It is my firm belief that such a thorough review is essential in upholding my rights as a borrower and in safeguarding against any potential instances of deception, predatory behavior, or unfair treatment. As you are aware, there are qualified third-party entities equipped to provide these services should the need arise. It is imperative to acknowledge that should you or any representative within your organization determine it to be infeasible to fully disclose the requested information, this explicitly raises serious questions and concern regarding potential wrongdoing that may be uncovered through the inquiries posed by us.

Upon your failure to furnish complete, accurate, and comprehensive responses then if this obligates me to engage a qualified third-party entity to undertake this process, consequently, you will ultimately be required to reimburse us for the expenses incurred in validating the accuracy of your records, particularly if any of my inquiries remain unanswered. It is your responsibility to guarantee the absolute full transparency and comprehensiveness of the information provided. Any materials requested or any slight or full omissions of answers and materials addressing the items in question or any inconsistencies by you or any of your third party representation or your representatives may hinder the resolution of this matter and prompt further measures to ascertain the accuracy of the records in question.

Again this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B) (e) and Reg. X § 3500.21(f)2 of the United States Code as well as a request under Truth In Lending Act [TILA] 15 U.S.C. § 1601, et seq. RESPA provides substantial penalties and fines for non-compliance or **failure to answer my questions.**

In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this alleged loan. The documents requested and answers to my questions are needed to insure that this alleged loan:

- Was originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Act, HOEPA and other laws;

- That any sale or transfer of this alleged account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest; that the claimed holder in due course of the monetary instrument/mortgage/asset is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments; that all good faith and reasonable disclosures of transfers, sales, POA[s], monetary instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc. were and still are properly disclosed to me;

It must be affirmatively verified that any sale or transfer of the aforementioned account or financial instrument adhered strictly to all relevant legal statutes and requirements. Moreover, it is imperative that the purported holder in due course of the monetary instrument, mortgage, or asset is currently in possession of said note in accordance with both state and federal laws, ensuring their entitlement to the benefits associated with payments. Additionally, all pertinent disclosures concerning transfers, sales, powers of attorney, ownership of the monetary instrument, entitlements, and full disclosure of the actual funding source, terms, costs, commissions, rebates, kickbacks, fees, and any other relevant information must have been and continue to be appropriately communicated to me.

-That each servicer[s] and/or sub-servicers of this alleged mortgage has serviced this mortgage in accordance with statute, laws and the terms of mortgage, monetary instrument;

-That each servicer[s] and sub-servicers of this alleged mortgage has serviced in compliance with local, state and federal statutes, laws and regulations;

-That this account has properly been credited, debited, adjusted, amortized and charged correctly, that any interest and principal were properly calculated and applied, and that any principal balance has been properly calculated, amortized and accounted for; that no charges, fees or expenses, not obligated in any agreement, have been charged, assessed or collected from this account;

- It is imperative to establish that any party herein associated with this loan can provide a guarantee that a data breach, encompassing both personal and internal information, has never occurred in relation to this alleged loan. This assurance is essential to safeguarding the privacy and security of all parties involved. Any potential breach of sensitive data could not only compromise the integrity of the loan process but also expose individuals to risks of identity theft, financial fraud, and other harmful consequences. Therefore, it is incumbent upon all parties handling this loan to demonstrate diligent measures and robust safeguards to prevent any unauthorized access, disclosure, or misuse of confidential information throughout the duration of its handling and beyond;

- The lack of clarity surrounding several crucial aspects of this matter necessitates urgent clarification: i) a lack of clarity surrounding the identity of the current holder in due course and owner of the original mortgage note, and proper proof and validation that this entity is in possession of the original blue wet ink signature documents proving standing of their interests in the original mortgage and note, but it is particularly concerning, especially given the apparent involvement of a new entity named U. S. Bank National Association, a party with whom we have no prior contractual relationship and whose role in this matter remains disturbingly obscure. Despite their apparent assertion of commercial conflicts generate by themselves and with their particular interests, we have not engaged in any agreements or transactions with this entity, leaving us perplexed as to their involvement and authority in relation to the alleged mortgage note in question. It is imperative that the nature of U. S. Bank National Association's involvement be elucidated promptly to address this significant discrepancy and ensure transparency and compliance with legal and contractual obligations. ii) the current Trustee name, phone number and physical address specific to this alleged mortgage and alleged note, and the circumstances leading to their appointment require elucidation; iii) the identity of the current Beneficiary and the specific and full manner of their acquisition of beneficiary status demand clarification; iv) the funding mechanisms and sources responsible for facilitating the alleged loan require explicit disclosure, such as who is the original grantor of this alleged loan and show proof of where the funds originated from the balance sheet; v) please note that there exists a legitimate concern regarding the potential involvement of the purported 'funders' in money laundering activities to finance terrorist and human trafficking and slavery endeavors through banks and banking practices; vi) the origins of the funds utilized to finance the alleged loan remain undisclosed, raising questions about their legitimacy and compliance with pertinent regulations. If the funding ostensibly originated solely from the borrower's signature without any actual monetary contribution from other parties, it logically follows that the borrower assumes the role of the true Grantor of the funds. Consequently, any intermediary, agent, or representative involved in the transformation of the alleged initial contract, the alleged promissory note, or the alleged mortgage into a security, particularly those who facilitated the transfer of the alleged mortgage and note to a trustee under the false claim of being the true Grantor or Beneficiary when they are most definitely not, are in direct contravention of many of the Securities and Exchange laws and regulations. Such actions misrepresent the true nature of the transaction and violate the fundamental principles of securities law, necessitating a thorough investigation into these potential breaches to ensure compliance and uphold the integrity of the financial system as a whole.

Moreover, it is essential to emphasize the fiduciary responsibility of the trustee, which inherently lies with the protection of the true beneficiary and grantor, namely the borrower in this case. As such, and since you are the trustee as named by your third party law firm in their letter to us, any profits derived from the borrower's investment throught this security must be allocated accordingly to uphold their rights and interests. Specifically, the trustee is duty-bound to remit any securitized and realized profits up to 80% of the profits generated in secondary market transactions, ensuring equitable compensation for the borrower's or in this case the investors or true beneficiaries contribution. This allocation mechanism serves to safeguard the borrower's interests and underscores the trustee's obligation to prioritize the beneficiary's financial well-being above all else. It is imperative that comprehensive and transparent documentation addressing these inquiries be provided promptly to facilitate a thorough understanding of the transactional framework and ensure adherence to legal and regulatory mandates.

In order to validate this debt and audit this account, needed are copies of pertinent documents to be provided to me, and answers, <u>certified,</u> in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account number or my name. NOTE: The term "account" is "alleged account"; by any use of mortgage/deed of trust is implied "alleged mortgage/deed of trust."

**As such, send to me, at the address above, copies of the documents requested below within 10 days of the date of this request:**

You are hereby directed to adhere to <u>ALL OF THE FOLLOWING LAWFUL AND LEGAL OBLIGATIONS REQUIRED BY LAW TO ANSWER ALL OF MY REQUESTS AND QUESTIONS</u> outlined in this QWR questionnaire. It is unacceptable to partially respond or substitute documents as if they were a suitable replacement for the items requested. You have done this several times in the past. You are presented with straightforward and comprehensible inquiries to address within this QWR or questions with response questionnaire. It should be noted that to date, you have not furnished a comprehensive response to our QWR questionnaires previously submitted. **This correspondence serves as your final opportunity to fulfill this requirement.** <u>This document constitutes a fresh communication, previously unsubmitted to you.</u>

While certain items requested may have been reiterated from prior inquiries sent in the past, additional queries have been introduced since my last correspondence. It is crucial to acknowledge that you or any affiliated representative have previously neglected or disregarded these requests, a course of action deemed unlawful. By failing to respond, you are in default of your obligations. I am extending every opportunity for you to provide the requested information; however, it must be underscored that any further attempts to evade or ignore these inquiries will not be tolerated.

1. Did you issue a loan to Patrick H. Sutton and Leah M. Burns Sutton or did you provide a discount on the security of your own capital stock?

These questions delve into the intricacies of how your promissory note has been handled and whether it has been treated as the equivalent of money. Let's expand on each question to ensure clarity and detail:

2. Did the financial institution treat my promissory note as the equivalent of money, leveraging it for their financial activities including additional profit? Please respond with either "Yes" or "No".
3. If the promissory note was utilized as the equivalent of money, what was the total monetary gain derived from this utilization?
4. How many times was the promissory note sold to other entities or individuals?
5. Specifically, provide the names or identities of the entities or individuals to whom the promissory note was sold.
6. For each transaction involving the sale of the promissory note, what was the sale price or value at which it was sold each time?
7. How many transactions, including sales, transfers, or other financial activities, has the promissory note been involved in since its issuance starting from August 1, 2005?
8. How much interest have you, the financial institution accrued from the promissory note over the course of its handling?
9. If interest has been earned from the promissory note, specify the portion that the borrower's (us) are entitled to receive as per relevant legal agreements or regulations.
10. If any interest owed to the borrower from the financial institution's activities related to the promissory note has been accrued, has this amount been placed in an escrow account designated for the borrower's benefit and distribution back to them?
11. It is imperative to address the concerning matter of potential data breaches, particularly in light of the widely reported incident that occurred in late October of the previous year. Allegedly, NationStar Mortgage LLC, under the stewardship of CEO Jay Bray, publicly acknowledged and expressed regret for this breach, which purportedly resulted in the unauthorized access of personal data belonging to approximately 14 million homeowners. With this breach reported what steps compelled NationStar to undertake drastic measures, including the complete shutdown of its servers, due to apparent vulnerabilities in its existing firewall, security systems, or encrypted technology among other things.
12. It is imperative that NationStar Mortgage LLC demonstrates transparency and accountability in addressing concerns surrounding data security breaches. To this end, comprehensive disclosure regarding the entities tasked with safeguarding the integrity and security of its data systems is paramount. Furthermore, with complete clarity, what are/is sought are all materials regarding the functionality and specifications of the software and hardware utilized to enhance the protection of personal data.

13. In pursuit of accountability, it is essential to identify all pertinent entities, including external companies and include external and internal personnel within NationStar Mortgage LLC, who played a role in the events leading up to and following the data breach. This includes disclosing the names of all companies involved, along with the names of their employees or representatives, who were directly responsible for overseeing and implementing measures related to data security.
14. Additionally, please provide explicit clarification on the specific responsibilities and decisions made by individuals within NationStar Mortgage LLC pertaining to the management of this breach. Transparency is essential in identifying the individuals entrusted with the critical responsibility of ensuring data security within NationStar Mortgage LLC. By providing the names of these individuals, clarity can be achieved regarding the accountability structure within the organization.
15. Given the sensitive nature of personal data involved, it is imperative to ascertain the specifics of the software and hardware utilized by NationStar Mortgage LLC for the storage and management of this information. This includes elucidation on the safeguards in place to mitigate potential risks associated with data breaches.
16. Furthermore, it is imperative to inquire whether the software and hardware systems utilized by NationStar Mortgage LLC are subject to regular updates and patches. In light of the reported breach, documentation verifying the implementation of necessary updates and patches at the time of the incident is crucial to ascertain the efficacy of security measures.
17. Urgent clarification is imperative concerning the accessibility and integrity of data within NationStar Mortgage LLC. We demand to know unequivocally whether standard day-to-day employees hold access to this sensitive data or if access is strictly limited to technical personnel with specialized permissions. Furthermore, we require immediate elucidation on whether this confidential data is disseminated to individuals involved in routine operations within NationStar Mortgage LLC.
18. Of utmost concern is the potential for compromised data integrity. We demand to know if individuals associated with NationStar Mortgage LLC possess the capability to directly input data into systems where vulnerable to breaches have taken place. Any possibility of compromised systems storing or transmitting sensitive information must be addressed with utmost urgency and transparency.
19. Why was there a failure to implement adequate safeguards to protect personal data that represents negligence resulting in a severe breach of responsibility on the part of NationStar Mortgage LLC and its affiliated agents, external and internal contractors and staff. This negligence not only poses a significant risk to individuals' privacy and security but also undermines the company's commitment to upholding the highest moral, ethical, and legal standards.
20. What assurances are you able to provide regarding the integrity and immutability of the data stored within NationStar Mortgage LLC's systems as answers to these are urgently required. We demand clarification on whether standard employees possess the capability to modify this data or any data for that matter, and what safeguards are in place to prevent unauthorized alterations.
21. What actions has NationStar Mortgage LLC taken immediately and since to rectify these deficiencies in data integrity and protective storage and accurate data integrity. What steps has NationStar Mortgage LLC taken to mitigate any potential harm and damages resulting from data breaches or unauthorized access to all these victims. Your negligence in addressing these critical issues not only places me at risk but also jeopardizes the privacy and security of millions of individuals who trust NationStar Mortgage LLC and all persons, all associated companies, banks, financial institutions, servicers, sub servicers, indenture trustees, trustees etc to safeguard their personal information. It is imperative to recognize that the repercussions of this negligence extend far beyond individual cases such as mine and potentially lead your company into widespread legal consequences and irreparable damage to the company's public and corporate reputation.
22. As a responsible entity entrusted with sensitive personal data, NationStar Mortgage LLC has a duty to prioritize the protection and sanctity of this information. What specifically has NationStar Mortgage LLC done to shore up these vunerabilies?
23. In accordance with the U.S.A. P.A.T.R.I.O.T. Act, furnish a comprehensive account detailing the monetary transactions and the origin of funds associated with the purported loan.
24. Provide the Committee on Uniform Security Identification Procedures ("CUSIP") number pertinent to the loan application related to the alleged loan in question.

25. Disclose all CUSIP numbers relevant to the purported loan and any securitization instruments as well as any CUSIP numbers from the assignment, sale or transfer of purported loan.
26. Present an exhaustive and original chronicle of the alleged loan's transaction history, meticulously compiled by the Servicer utilizing its internal records and default servicing personnel.
27. Supply a copy of the Key Loan transaction history, bankruptcy work form, or XLS spreadsheet encompassing all accounts linked to the alleged mortgage loan.
28. Provide the Transaction Codes pertinent to the referenced alleged loan.
29. Furnish clear and concise definitions of the Transaction Codes in accessible language.
30. Submit a copy of the MERS MIN Summary and Milestone Reports as applicable to the alleged loan.
31. Pursuant to the Truth-In-Lending Act, identify the name, address, and telephone number of the owner of my Adjustable or Fixed Rate Note and Security Instrument.
32. Disclose copies of all collection notes, records, communication files, or any other documented exchanges between you and the debtor.
33. Provide an itemized statement justifying the claimed amount allegedly due and owing, specifying a detailed statement of the total sum as the original loan amount from the borrower in providing that loan amount from August 1, 2005 to the present.
34. Furnish copies of all written or recorded communications between you and any non-lawyer third parties concerning this mortgage.
35. Supply all P-309 screen shots depicting the account history, including details on principal, interest, escrow, late charges, legal fees, property inspection fees, broker price opinion fees, statutory fees, and any other relevant charges associated with the alleged loan.
36. Supply any certificated or uncertificated security, front and back, utilized for the funding of this purported account.
37. Supply any and all "Pool Agreement(s)" encompassing this account and any government-sponsored entity (GSE).
38. Provide any and all "Deposit Agreement(s)" concerning said account with any GSE.
39. Supply any and all "Servicing Agreement(s)," "Custodial agreements," "Master Purchasing Agreements," and "Issuer Agreements" pertaining to this account and any GSE.
40. Provide any and all "Commitment to Guarantee" agreement(s) and "Release of Document agreements" between Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp, and any GSE.
41. Supply any and all "Master Agreement for Servicer's Principle and Interest Custodial Account" between Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp, and any GSE.
42. Provide any and all "Servicers Escrow Custodial Account" agreements between Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp, and any GSE.
43. Name any and all companies associated with the handling of Patrick H. Sutton and Leah M. Burns Sutton alleged promissory note, deed, and mortgage. Include the name of every person, employee, agent affiliate or any other entity who has accessed this material and specifically cite the date and time, as well as, provide any written or recorded or stored data related to any and all communication of any sort related to this alleged promissory note, deed, and mortgage.
44. Supply any and all "Release of Interest" agreements between Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp, and any GSE.
45. Supply any Trustee agreement(s) with Nationstar Mortgage's or Mr. Cooper Group's trustee concerning this account or pool accounts with any GSE.
46. Provide a copy of any and all document(s) establishing any Trustee of record for the alleged Mortgage/Deed of Trust and any and all Notes.
47. Supply a copy of any and all document(s) establishing the date of any appointment of Trustee of alleged Mortgage/Deed of Trust and any Note. Please also include any and all assignments, transfers, or nominees of any substitute trustee(s) specifically by name and their contact information from the inception to the present.

48. Supply a copy of any and all document(s) establishing any true Grantor for this Mortgage/Deed of Trust and any Note.
49. Provide a copy of any and all document(s) establishing any true Grantee for this alleged Mortgage/Deed of Trust and any Note.
50. Supply a copy of any and all document(s) establishing any true Beneficiary for this alleged Mortgage/Deed of Trust and any Note.
51. Additionally, please provide any documentation evidencing that the Mortgage is not structured as a constructive trust or any other form of trust.
52. Provide all data, information, notations, text, figures, and information contained in your mortgage servicing and accounting computer systems, including but not limited to Alltel or Fidelity CPI system, or any similar mortgage servicing software used by you, any servicers, or sub-servicers of this mortgage account from the inception of this account to the date mentioned above.
53. Provide all descriptions and legends of all Codes utilized in your mortgage servicing and accounting system to facilitate the work of examiners, auditors, and experts retained to audit and review this mortgage account properly.
54. Supply all assignments, transfers, allonge[s], or other documents evidencing a transfer, sale, or assignment of this purported mortgage, monetary instrument, or other document that secures payment by me to this obligation in this account from the inception of this account to the present date, including any such assignments with MERS.
55. Provide all records, electronic or otherwise, of assignments of this purported mortgage, monetary instrument, or servicing rights to this purported mortgage, including any such assignments with MERS related to Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp.
56. Supply all deeds in lieu, modifications to this purported mortgage/deed of trust, or monetary instrument from the inception of this account to the present date.
57. Provide the front and back of each and every canceled check, money order, draft, debit, or credit notice issued to any servicers of this account for payment of any monthly payment, other payment, escrow charge, fee, or expense on this alleged account.
58. Supply all escrow analyses conducted on this account from the inception of this account until the date of this letter.
59. Provide the front and back of each and every canceled check, draft, or debit notice issued for payment of closing costs, fees, and expenses listed on any and all disclosure statement(s), including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazard insurance premiums, commissions, attorney fees, points, etc.
60. Supply front and back copies of all payment receipts, checks, money orders, drafts, automatic debits, and written evidence of payments made by others or me on this account.
61. Provide all letters, statements, and documents sent to me by your company.
62. Supply all letters, statements, and documents sent to me by agents, attorneys, or representatives of your company.
63. Supply all letters, statements, and documents sent to me by previous servicers, sub-servicers, or others in your account file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicers, servicers, attorney, or other representative of your company.
64. Provide all letters, statements, and documents contained in this account file or imaged by you, any servicers, or sub-servicers of this alleged mortgage from the inception of this account to the present date.
65. Supply all electronic transfers, assignments, sales of the note/asset, mortgage/deed of trust, or other security instrument.
66. Provide all copies of property inspection reports, appraisals, BPOs, and reports done on the property.
67. Supply all invoices for each charge, such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments, or any expense, which has been charged to this mortgage account from the inception of this account to the present date.

68. Provide all checks used to pay invoices for each charged, such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments, or any expense which has been charged to this mortgage account from the inception of this account to the present date.
69. Supply all agreements, contracts, and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.
70. Provide all account servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account until the present date.
71. Supply all account servicing transaction records, ledgers, registers, and similar items detailing how this account has been serviced from the inception of this account until the present date.
72. Provide a contiguous Custodial UN-Clouded, NOT Broken Chain of Title, affirmed by Custodial duty and care maintenance. Starting with Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp, et al, as well as known and unknown, have acted in extreme bad faith, none of whom were the only true first Party Originator likely to The D.T.C.C.; D.T.C.; I.M.F.; World Bank; whom appear to have repeatedly trespassed on my private credit line and info.
73. Provide bona fide lawful evidentiary proof tendered, under pains and penalties for perjury that you are a bona fide (FRCP R.17) First party original authentic Holder in Due Course, to maintain standing by producing a true Bill Receipt for "purchase" of your purported standing, and NOT a bifurcated UN-enforceable Mortgage obtained via Bank Credit, purchased from some other DEBT SELLER. Produce and validate any contractual obligation that you claim exists between Countrywide Home Loans Inc, NationStar Mortgage, Mr. Cooper Group, U. S. Bank National Association, Citigroup Mortgage Loan Trust Inc,. and U. S. BancCorp, any known or unknown entities et al and me.
74. Supply your proof, with legal sufficiency to substantiate and prove the time bar toll for Statute of Limitations has not long passed and expired on this alleged claim.
75. Provide a live flesh and blood hand-signed written confirmation that this alleged debt was not paid in full or part; settled; set off; discharged; satisfied; reconciled thru Insurances Reconciles; Bonds; Bankruptcy; RMB Trust Securitizations; FDIC purchases or seizures; Bank Drafts; "Closed Account" Back of Bank Checks; Purchase Agreements; Actuarial Performance Insurance wagers; or any other types styles or Futures Trading Security Pool Options Mortgage Security Investment Protection POOL enterprises. Provide any receipts and or applications emanating from I.M.F.; I.B.S. or World Bank loosely termed: Federal TARP "bailout" funds.
76. Provide the name, address, and telephone number of the owner of this alleged Debt(s) as referenced above, including their name, address, and telephone number. This demand is made under 15 U.S.C. §1641(f)(2).

Your detailed assertions outline a profound concern regarding the alleged debt's status. Given the circumstances, there is a compelling basis to suspect that this debt might have undergone partial or complete satisfaction. As such, your collection efforts and those that ultimately culminate in a potential foreclosure could potentially be redundant or unjustified. The notion that this debt has been settled, either partially or entirely, is an utmost and prevailing concern, casting doubt on the necessity of further collection attempts by you or your hire third party representatives. This suspicion arises from a careful consideration of the facts, suggesting that pursuing collection on a potentially satisfied debt may be unwarranted and legally questionable.

It is imperative to acknowledge that actions by lenders, servicers, and securitizers in contravention of RESPA and TILA provisions, particularly in instances of foreclosure lacking documentation of chain of title or disclosure of true parties in interest, alongside violations of securitization documents and insurer mandates for loss mitigation, constitute both a fraud on the Court and a fraud on the borrower.

Furthermore, to facilitate a comprehensive audit and review of this account and ascertain all pertinent amounts owed, I require detailed responses to inquiries concerning the servicing and accounting of this mortgage account from its inception to the present date.

Failure to furnish the requested information may suggest an attempt to engage in deceptive practices in debt collection, potentially amounting to theft by deception and fraud. Therefore, it is essential that you also supply, in written form, the responses to the following inquiries:

### ACCOUNT ACCOUNTING & SERVICING SYSTEMS

1. Please meticulously identify and disclose each accounting and servicing system employed by your institution, along with any servicers and sub-servicers or prior servicers involved, encompassing the entire duration from the origination of this account to the current date. This exhaustive disclosure is imperative to facilitate a thorough examination and interpretation of the provided data by expert evaluators.

2. Additionally, furnish the precise name and address details of the entity or entities responsible for the conception, development, and commercialization of every identified accounting and servicing system, inclusive of any sub-servicers or prior servicers mentioned in the preceding point. This disclosure ensures transparency and enables the requisite parties to meticulously scrutinize the systems involved.

3. Furthermore, supply a comprehensive and detailed compilation of the transaction code lists associated with each accounting (according to the principles of GAAP) and servicing system utilized by your institution, as well as any sub-servicers or prior servicers involved, spanning from the initiation of this account to the current date. Access to this granular level of information is paramount for conducting an exhaustive audit of the account in question and ensuring compliance with legal and regulatory standards.

### DEBITS & CREDITS

1. Provide a comprehensive spreadsheet or columnar breakdown delineating every credit transaction recorded on this account, including the precise date of each credit's reception and posting to the account. This meticulous documentation is vital for establishing a clear timeline of credit activity and ensuring transparency in the account's financial history.
2. Similarly, furnish a detailed spreadsheet or columnar layout elucidating every debit transaction associated with this account, accompanied by the exact date of receipt and posting of each debit. This meticulous record is essential for delineating the debit activity timeline and facilitating a thorough examination of financial transactions within the account.
3. For each individual debit or credit transaction delineated in the aforementioned spreadsheets, provide a comprehensive explanation or definition corresponding to the transaction code utilized. This supplementary information is indispensable for clarifying the nature and purpose of each transaction, thereby ensuring clarity and accuracy in the account documentation.
4. Additionally, furnish the master transaction code list employed by your institution or any previous servicers involved in managing this account. This comprehensive compilation of transaction codes is vital for interpreting and understanding the various codes referenced in the account records, thereby facilitating accurate analysis and auditing of the account's financial activities.

### MORTGAGE & ASSIGNMENTS

1. Has every sale, transfer, or assignment pertaining to the mortgage, monetary instrument, or any other instrument securing the alleged debt been meticulously recorded in the county property records of the respective county and state where my property is situated, spanning from the initiation of this account to the current date? Kindly respond with either "Yes" or "No" to this query.
2. In the event of an affirmative response to the previous inquiry, kindly furnish the pertinent recorded document number(s). Conversely, if the answer is negative, please elucidate the reasons for such non-recording.
3. Is your organization functioning as the designated servicer for this mortgage account, or does it hold the status of the holder in due course and beneficial owner of the mortgage, monetary instrument, and/or deed of trust associated with this account?

4. Have any sales, transfers, or assignments concerning the mortgage/deed of trust, monetary instrument, or any other relevant instrument designed to secure the debt been formally recorded through electronic means, such as the Mortgage Electronic Registration Systems (MERS), or any other internal or external recording system, from the inception of this account to the present date? Kindly provide a straightforward response of "Yes" or "No." According to the letter provided by your third party law firm they elude to this in the affirmative.
5. If an affirmative response is provided to the previous question, kindly provide comprehensive details regarding the entities involved, including the names of each seller, purchaser, assignor, assignee, or any holder in due course associated with the notes, mortgages, deeds, or security instruments executed to secure the obligation on this account. This includes instances where such transfers were not duly recorded in the county records where my property is located, encompassing mortgage servicing rights or the beneficial interest in principal and interest payments.
6. In the event of a transfer, was any form of consideration tendered? If so, kindly specify the amount involved and provide a copy of the canceled check for verification purposes.

**ATTORNEY FEES**

1. To ensure clarity in addressing the following inquiries pertaining to attorney fees, it is hereby requested that the terms "attorney fees" and "legal fees" be regarded as interchangeable throughout.
2. Have attorney fees been assessed and charged to this account at any point from its inception to the present date? Please respond with either "Yes" or "No."
3. If affirmative, kindly delineate each instance where attorney fees were assessed, charged, and subsequently collected from this account, providing the specific dates of assessment.
4. Have attorney fees been collected from this account since its inception to the present date? Please respond with either "Yes" or "No."
5. If affirmative, please specify each instance where attorney fees were collected from this account, along with the corresponding dates of collection.
6. Kindly furnish the name and address of every attorney and law firm that has received payment for fees or expenses related to this account since its inception to the present date.
7. Provide a written identification of the specific provision, paragraph, section, or sentence within any relevant agreement, such as the note, mortgage, or deed of trust, authorizing the assessment, charge, or collection of attorney fees.
8. Please itemize and document each distinct attorney fee assessed to this account, indicating the corresponding payment period or month when each fee was assessed, from the inception of this account to the present date.
9. Provide a detailed list of each individual attorney fee collected from this account, specifying the corresponding payment period or month when each fee was collected, spanning from the inception of this account to the present date.
10. List any adjustments made to attorney fees assessed on this account, along with the date of adjustment and the rationale behind each adjustment.
11. Similarly, enumerate any adjustments made to attorney fees collected from this account, indicating the date of adjustment and the reasoning behind each adjustment.
12. Has interest been levied on any attorney fee assessed or charged to this account? Please respond with either "Yes" or "No."
13. Is interest permissible to be assessed or charged on attorney fees imposed or assessed to this account? Please respond with either "Yes" or "No."
14. What is the total sum of attorney fees assessed to this account from its inception to the present date?
15. What is the total sum of attorney fees collected from this account since its inception to the present date?
16. What is the total sum of attorney fees charged to this account from its inception to the present date?
17. Please furnish copies of all invoices and detailed billing statements issued by any law firm or attorney that have billed fees assessed or collected from this account.

**SUSPENSE/UNAPPLIED ACCOUNTS**

For the purpose of this section, the term "suspense account" and "unapplied account" are considered synonymous.

1. Have there been any transactions recorded under the suspense or unapplied account category on this account from its inception to the present date? Please respond with either "Yes" or "No."
2. If affirmative, kindly provide a detailed explanation for each suspense transaction that has occurred on this account. If your response is negative, you may disregard the questions in this section pertaining to suspense and unapplied accounts.
3. In a spreadsheet or columnar format, meticulously outline each transaction recorded under the suspense or unapplied account category, including both debits and credits, that have transpired on this account from its inception to the present date.

## LATE FEES

For the purposes of the inquiries below concerning late fees, please acknowledge that the terms "late fees" and "late charges" are considered synonymous.

1. Have you reported the collection of late fees on this account as interest in any statement provided to me or to the IRS? Please respond with either "Yes" or "No."
2. Have any previous servicers or sub-servicers of this mortgage reported the collection of late fees on this account as interest in any statement provided to me or to the IRS? Please respond with either "Yes" or "No."
3. Do you consider the payment of late fees as liquidated damages? Please respond with either "Yes" or "No."
4. Are late fees considered interest? Please respond with either "Yes" or "No."
5. Kindly provide a written breakdown of the expenses and damages incurred for any late payments.
6. Were any of these expenses or damages charged or assessed to this account in any other manner? Please respond with either "Yes" or "No."
7. If affirmative, please describe the expenses or charges that were charged or assessed to this account.
8. Identify in writing the specific provision, paragraph, section, or sentence of any note, mortgage, deed of trust, or agreement authorizing the assessment or collection of late fees by you.
9. Provide a detailed written list of each separate late fee assessed to this account and specify the corresponding payment period or month for each assessment from the inception of this account to the present date.
10. Provide a detailed written list of any adjustments made to late fees assessed, including the date of adjustment and the reasons for such adjustment.
11. Has interest been charged on any late fee assessed or charged to this account? Please respond with either "Yes" or "No."
12. Is interest permitted to be assessed or charged on late fees charged or assessed to this account? Please respond with either "Yes" or "No."
13. Have any late charges been assessed to this account? Please respond with either "Yes" or "No."
14. If affirmative, please specify the total amount of late charges assessed to this account from its inception to the present date.
15. Provide the exact months or payment dates that you or any previous servicers claim were late from the inception of this account to the present date.
16. Have late charges been collected on this account from its inception to the present date? Please respond with either "Yes" or "No."
17. If affirmative, please specify the total amount of late charges collected on this account from its inception to the present date.

## PROPERTY INSPECTIONS

For the clarity of this section, it's important to note that the terms "property inspection" and "inspection fee" encompass any examination of the property by any entity, along with any associated fees or expenses.

1. Have any property inspections been conducted on my property from the inception of this account until the present date? Please respond with either "Yes" or "No."
2. If your response is negative, you may disregard the subsequent questions related to property inspections in this section.

3. If affirmative, kindly provide the date of each property inspection conducted on my property, which serves as the secured interest for this mortgage, deed, or note.
4. Please specify the price charged for each property inspection.
5. Provide the name and address of each company and individual who conducted each property inspection on my property.
6. Explain the reasons behind conducting property inspections on my property.
7. Describe how property inspections are beneficial to me.
8. Elaborate on how property inspections serve to protect my property.
9. Detail your policy regarding property inspections.
10. Do you consider the payment of inspection fees as a cost of collection? Please respond with either "Yes" or "No."
11. If affirmative, provide the rationale behind this classification.
12. Do you utilize property inspections to facilitate debt collection? Please respond with either "Yes" or "No."
13. Have you utilized any aspect of the property inspection process on my property to initiate debt collection or inform me of an alleged debt, payment, or obligation I owe?
14. If yes, specify the timing and purpose behind such utilization.
15. Identify the specific provision, paragraph, section, or sentence of any note, mortgage, deed of trust, or agreement allegedly signed by me that authorized the assessment or collection of property inspection fees.
16. Have you labeled any property inspection in any record or document sent to me as a miscellaneous advance? Please respond with either "Yes" or "No."
17. If yes, provide the rationale behind this labeling.
18. Have you labeled any property inspection in any record or document sent to me as a legal fee or attorney fee? Please respond with either "Yes" or "No."
19. If yes, provide the reasoning behind this designation.
20. Detail and list in writing each separate inspection fee assessed to this account, specifying the corresponding payment period or month for each assessment from the inception of this account to the present date.
21. Detail and list in writing each separate inspection fee collected from this account, specifying the corresponding payment period or month for each collection from the inception of this account to the present date.
22. Specify any adjustments made to inspection fees assessed, including the date of adjustment and the reasons for such adjustments.
23. Specify any adjustments made to inspection fees collected, including the date of adjustment and the reasons for such adjustments.
24. Have interest charges been applied to any inspection fees assessed or charged to this account? Please respond with either "Yes" or "No."
25. If yes, provide details regarding when and how much interest was charged.
26. Is interest permitted to be assessed or charged on inspection fees charged or assessed to this account? Please respond with either "Yes" or "No."
27. Specify the total amount of inspection fees assessed to this account from its inception to the present date.
28. Specify the total amount of inspection fees collected on this account from its inception to the present date.
29. Please furnish copies of all property inspections conducted on my property in this mortgage account file.
30. Have any fees charged or assessed for property inspections been placed into an escrow account? Please respond with either "Yes" or "No."
31. Have you engaged or solicited the services of a Real Estate Agent or Realtor or Real Estate Company, whether known or unknown to me, with the intention of conducting an inspection of the current condition of my property, either from outside or by entering my property without my knowledge?
32. If so, did these individuals take photos of my personal property from a distance, from their vehicle, or on or within my property, whether known or unknown to me?
33. If so, please provide the names of each person involved, the company they represent, and the specific details of their report provided to you.
34. Additionally, include a copy of their report along with any photos taken of the property.

**BPO FEES**

1. Have any Broker Price Opinions (BPOs) been conducted on my property to assess its market value and condition?
2. If yes, kindly provide the specific date when each BPO assessment was conducted on my property.

3. Could you please specify the cost or fee associated with each BPO assessment?
4. Who conducted each BPO assessment, and can you provide their contact details?
5. I would appreciate an explanation regarding the necessity and purpose behind conducting BPOs on my property.
6. How do you argue that BPOs serve the best interests of the property owner, and what advantages do they offer to us or to you?
7. In what ways do BPOs contribute to safeguarding the integrity and value of my property?
8. It would be helpful if you could elaborate on the policies and procedures your company follows regarding the utilization of BPOs.
9. Have any fees related to BPO assessments been assessed to this account? If so, please provide details.
10. If fees have been assessed, what is the total sum of BPO-related charges applied to this account?
11. Have any fees for BPO assessments been directly charged to this account as separate items? If so, please provide details.
12. If charges have been applied, what is the total cumulative amount of BPO fees directly charged to this account?
13. Please specify the exact contractual provisions or clauses authorizing the assessment, charge, or collection of BPO fees from me.
14. I kindly request copies of all BPO reports generated for my property.
15. Have any fees associated with BPO assessments been deposited into escrow accounts? If so, please provide details.

## FORCED-PLACED INSURANCE

1. Have you, at any point, initiated or authorized the placement of forced-placed insurance policies on my property, either directly or through a third-party agent?
2. If affirmative, I kindly request the precise date on which each of these forced-placed insurance policies was either initiated or authorized.
3. Could you please provide detailed information regarding the premium or price associated with each of these forced-placed insurance policies?
4. Who served as the designated agent or intermediary for each of these forced-placed insurance policies, and can you furnish their contact details?
5. It is imperative for me to understand the rationale behind each instance where a forced-placed insurance policy was imposed on my property.
6. How do you contend that these forced-placed insurance policies serve my best interests, and in what ways are they purported to be advantageous to me?
7. Please elaborate on how these forced-placed insurance policies contribute to the protection and safeguarding of my property.
8. Could you provide a comprehensive explanation regarding your organization's policies and protocols concerning the initiation and implementation of forced-placed insurance?
9. Have any fees associated with forced-placed insurance been assessed to either my mortgage or escrow account? If so, I request detailed information.
10. In the event that such fees have been assessed, I seek clarification on the total cumulative amount charged to my account for forced-placed insurance policies.
11. Have any charges related to forced-placed insurance policies been directly applied to either my mortgage or escrow account? Please provide a clear answer.
12. If affirmative, I would appreciate specific details regarding the total sum of forced-placed insurance fees directly charged to my mortgage or escrow account.
13. Kindly specify the exact contractual provisions or clauses within the note, mortgage, deed of trust, or any other agreement that purportedly grant the authority to assess, charge, or collect forced-placed insurance fees from me.
14. Do you maintain any business or financial relationships with the agent or agency responsible for placing these forced-placed insurance policies on my property? If affirmative, please provide relevant details.
15. Similarly, do you have any affiliations or associations with the carrier that issued the forced-placed insurance policies on my property? Kindly elaborate if applicable.

16. Has the agent or agency involved in the placement of forced-placed insurance policies on my property provided your organization with any services, computer systems, policy discounts, commissions, rebates, or other forms of consideration? If so, please provide a comprehensive account of such arrangements.
17. Does your organization uphold a blanket insurance policy designed to provide coverage for properties in situations where customer policies have lapsed or expired? If yes, please provide pertinent details.
18. I formally request copies of all forced-placed insurance policies that have been initiated or authorized for my property, including any associated documentation or agreements.

## SERVICING RELATED QUESTIONS

**For each of the inquiries outlined below, kindly furnish a thorough explanation addressing each point. Furthermore, I require responses pertaining to the management of this mortgage account from its commencement up to the current date. Thus, I request that you furnish these responses in writing as follows:**

1. Has there been any documented financing agreements or contracts between the originator or prior servicers of this mortgage account and your company or any affiliated entity?
2. Were there any existing warehouse account agreements or contracts between the originator of this mortgage account or its prior servicers and your company?
3. Have there been instances where the originator of this mortgage account or prior servicers received any form of compensation, fee, commission, payment, rebate, or other financial consideration from your company or any affiliated entity in relation to the handling, processing, origination, or administration of this purported loan? If so, please provide a comprehensive breakdown, detailing each form of compensation or financial consideration provided. This may be a violation of the contract as this was not properly or correctly explained to the borrowers.
4. Could you please specify the current whereabouts of the complete original wet ink signatures documents with this account file for this alleged note and alleged mortgage, including how it is stored, maintained, and protected? NationStar Mortgage vehemently affirmed they were in possession of the said document and later stated they misplaced the document and tried to pass off a replacement document to us without our knowledge or consent as standing for the initial agreement or alleged promissory note.
5. **Where is the original monetary instrument, purportedly created by me, currently situated?** Kindly **describe its physical location, and if applicable, identify any custodians or trustees holding this original blue wet ink signature note.** As you know if it is not available there is no claim and it would require you to fully satisfy the available alleged mortgage, deed and promissory note.

Disclosing Physical Location:

Determining the whereabouts of the original mortgage or deed of trust is a foundational step in ensuring legal compliance and document authenticity. A copy or a copy of a copy is not proof of the documents authenticity as this only proves a forgery can be created or produced to stand in as a false representation of the properly documented requested material. Furthermore, it is imperative to emphasize that we have not authorized or validated any copies of documents as authentic representations. Any reproduction of documents without our explicit consent and signature would be considered counterfeit and misleading if presented as true and accurate. This process of proper authentication involves reaching out to various custodians or trustees who are entrusted with safeguarding these critical documents and not destroying, misplacing or losing them.

Responsibility of our Financial Institutions:

The custodial responsibility held by banks and financial institutions regarding mortgage documents is paramount to maintaining the integrity and validity of these crucial records. As stakeholders in the mortgage process, these entities are entrusted with the secure storage and management of original

promissory notes or deeds of trust, ensuring their availability for verification and authentication when necessary.

Indeed, any mishandling or loss of these foundational documents carries profound implications for the integrity and validity of claims associated with the original note and mortgage. The creation of new documents or the execution of "affidavits of lost notes" or mortgages without explicit authorization from the original signor constitutes a flagrant violation of legal and ethical standards. Such actions not only undermine the sanctity of the original contractual agreements but also erode trust in the financial system as a whole.

The substitution of the original wet ink signature promissory note with a fabricated document, followed by its covert circulation in the secondary market for profit, without the explicit knowledge or consent of the original borrower, raises profound concerns. Such actions could potentially constitute securities fraud, implicating not only you but also your affiliates throughout this process. This clandestine substitution not only raises questions about the authenticity and legality of the transaction but also exposes borrowers to potential harm and financial exploitation by the institution and perpetuating such an exploit.

Moreover, the potential for double-dipping by the original securitizer, wherein they profit from multiple notes leveraging a single borrower's signature, represents a serious breach of fiduciary duty. This egregious action not only violates the trustee's responsibility but also undermines the integrity of their relationship with the correct and original grantor and beneficiary. One can profit from the lost note as well as the newly replaced note and the buyer in the marketplace would not be the wiser. Indeed, such actions not only lead to the unjust enrichment of the institution at the expense of the borrower but also represent a clear instance of financial fraud. The ramifications of such fraudulent activities extend beyond the individual perpetrator to the institution complicit in facilitating and profiting from these unethical practices. Furthermore, the protection of these bad actors from accountability only serves to perpetuate a cycle of wrongdoing and undermines the integrity of the financial system as a whole.

It is incumbent upon institutions to uphold the highest standards of transparency, accountability, and ethical conduct in all dealings related to the original mortgage instruments. Any deviation from these principles not only jeopardizes the rights and interests of borrowers but also undermines the stability and integrity of the entire financial system.

In light of these concerns, it is essential that thorough investigations be conducted to uncover any irregularities or improprieties in the handling and processing of every mortgage and loan document. Any internally discovered evidence of wrongdoing must be addressed swiftly and decisively to ensure that borrowers, original true grantors, original true beneficiaries are protected and that justice can be served from bad actors.

In cases where it can be determined that the borrower is the original grantor through their signature, as well as the true beneficiary, they are then entitled to transparency and accountability regarding the handling of their securitized mortgage documents by the fiduciary responsibilities of the Trustee. Any securitization of these documents in the secondary market, as well as the possibility and perpetuation of multiple securitized documents, should be conducted with utmost integrity, ensuring that the borrower's rights and interests are fully protected by the Trustee. This includes the proper distribution of profits generated by the mortgage to the true beneficiary and investors to the bank, as mandated by securities regulations and ethical principles governing custodial and fiduciary responsibilities.

Ultimately, responsible management of mortgage documents is essential for upholding the rights of borrowers and maintaining the integrity of the mortgage process. Institutions must adhere to legal and ethical standards to ensure fair and transparent treatment of borrowers and safeguard the integrity of the mortgage system as a whole.

Our persistent pursuit of the original mortgage or deed of trust associated with this alleged mortgage account has been an arduous journey spanning over the course of two years. This relentless effort has been characterized by a methodical and thorough approach, leveraging a multitude of channels for communication and collaboration. Despite these concerted efforts, the response from involved parties has been disappointingly evasive, marked by stalling tactics and a conspicuous lack of transparency as well as being told we can't have certain documents because of internal confidentiality. What is being obfuscated here?

Numerous formal requests, meticulously crafted to adhere to legal standards and requirements, have been dispatched to relevant entities in a bid to obtain the crucial documentation sought. These requests, backed by a wealth of documentation (a preponderance of evidence reaching more than 5.5 inches in height), serve as a compelling testament to the continual urgency and gravity of the situation. However, rather than eliciting the desired cooperation and transparency, they have been met with delay tactics and obfuscation. I trust that the Trustee and Indentured Trustee will act more honorably.

It is evident that these entities are employing stall tactics as a means to sidestep accountability and evade or hide from their obligations. This calculated maneuvering speaks volumes about their intentions and underscores the need for unwavering vigilance in protecting one's rights and interests. Moreover, the hiring of third-party representatives, such as law firms and lawyers, further underscores the seriousness of their intent to pursue aggressive measures to advance their agenda through conspiring with others to forcibly take our personal property using tactics of fear, intimidation, coercion, making multiple public libelous statements and without proving of their rights to do so in the first place.

In the face of such adversity, it is imperative to remain steadfast and resolute in asserting one's rights and defending against any attempts at coercion or intimidation. The propensity of evidence compiled thus far serves as a formidable arsenal in this ongoing battle for justice and accountability and now you join the fight or you may be part of them using you as an innocent participant without your understanding me and my position in this matter. Every delay tactic employed and every unjustified reset of the foreclosure process only serves to bolster the resolve and determination to uncover the truth and hold those responsible to account.

Moreover, recognizing the complexity and gravity of the situation, extensive coordination has been initiated with legal teams and various third-party representatives affiliated with Mr. Cooper Group and NationStar Mortgage LLC. This collaborative effort has been instrumental in facilitating a lack of access to key stakeholders and personnel by leveraging their evasive expertise and resources to ascertain the whereabouts of the elusive location of the alleged original mortgage, alleged original deed or alleged deed of trust and alleged promissory note.

Despite these concerted efforts, the response from individuals representing these institutions and their designated agents has been regrettably inadequate. Requests for comprehensive documentation, akin to the detailed queries outlined in this communication sent to you, have largely been met with silence or partial answered with intentionally or unintentionally inadequate responses, falling short of the requisite level of transparency and cooperation necessary to resolve this matter satisfactorily.

The poor response or lack of responsiveness and cooperation from these institutions is deeply troubling, especially considering the seriousness of the matter and the legal and ethical obligations they are bound to uphold. Despite the clear imperative to provide substantive and timely responses to formal requests, these entities have conspicuously failed to meet their obligations. This failure not only obstructs efforts to determine the whereabouts of the original mortgage or deed of trust but also casts doubt on the transparency and integrity of these institutions.

It is concerning that these institutions may be engaging in opaque practices and possibly seeking out unscrupulous collaborators to advance their agenda. By evading their responsibilities and resorting to obfuscation tactics, they undermine the principles of transparency and accountability that are fundamental to the legal system. Moreover, the involvement of questionable collaborators raises further questions about the integrity of their actions and the motivations driving their behavior.

In light of these troubling developments, it is imperative to scrutinize the actions of these institutions and hold them accountable for their lack of cooperation. Transparency and honesty are essential components of any legal process, and any attempts to circumvent these principles must be met with firm resistance. By standing firm in the face of these challenges, we can uphold the integrity of the legal system and ensure that justice prevails.

In light of these challenges, it is imperative to underscore the critical importance of you upholding the highest standards of transparency, accountability, and ethical conduct in all dealings related to the duties as a Trustee, or Indenture Trustee and helping companies you do business with related to mortgage servicing and their ability to

preserve original documentation. Institutions entrusted with the custodianship of these vital records bear a solemn responsibility to ensure their safekeeping and accessibility, safeguarding the rights and interests of borrowers and maintaining the integrity of the mortgage process.

Moving forward, it is incumbent upon these institutions to demonstrate a genuine commitment to resolving this matter expeditiously and transparently. Timely and comprehensive responses to formal requests for documentation, coupled with proactive efforts to address any deficiencies or discrepancies in the handling of mortgage records, are essential to restoring trust and confidence in the integrity of the mortgage servicing process.

Regrettably, despite concerted outreach and diligent pursuit of information, individuals representing these institutions and their appointed agents have consistently failed to provide comprehensive responses to the requested documentation, including formal Qualified Written Requests (QWRs) akin to the detailed inquiry outlined in this document. Such non-compliance raises significant concerns and casts doubt on the transparency and integrity of the processes involved. Every unanswered question signifies a potential evasion or obfuscation of critical information, fueling suspicions of concealment or malfeasance.

It is crucial to underscore that the involvement of NationStar or Mr. Cooper Group in this commercial controversy, as evidenced by their actions, has inadvertently implicated all parties involved, including yourself, in potential liability. By proceeding with actions that culminated in foreclosure without thorough fact-finding or due diligence regarding the underlying controversy, all parties involved have assumed considerable risk. Your role as trustee in this matter further amplifies the gravity of these implications, as your actions are expected to uphold the principles of honor, integrity, and fiduciary duty.

The failure to adequately address the inquiries and concerns raised in this document not only undermines the credibility and trustworthiness of the institutions involved but also exacerbates the legal and ethical complexities surrounding this situation for you as well. Given the serious nature of the allegations and the potential consequences for all parties involved, it is imperative that full transparency, cooperation, and accountability be upheld to ensure a fair and just resolution to this matter.

By engaging with custodians or trustees responsible for the safekeeping of mortgage documents, we ensure transparency, compliance, and accountability throughout the process of verifying document authenticity and legal validity. In the pursuit of legal compliance and authenticity, it's essential to acquire a certified blue wet ink signature copy of the original documents. This certification process involves the verification of signatures and the confirmation of document integrity. By obtaining a certified copy with blue wet ink signatures, we ensure that the documents are legally valid and not susceptible to forgery or tampering. The request for blue wet ink signatures serves a dual purpose.

Firstly, it enhances the credibility of the documents by ensuring that the signatures are original and not digitally reproduced. Blue ink, unlike black ink or copies of copies, provides a distinct marker of authenticity, making it more challenging to replicate.

Secondly, the wet ink aspect underscores the immediacy and authenticity of the signing process, further reinforcing the legal validity of the documents. Certification involves a meticulous verification process conducted by authorized entities or individuals within your institution. This process typically includes comparing signatures against known samples, examining paper quality and watermarks, and ensuring compliance with relevant legal standards.

By obtaining a certified copy of the blue wet ink signature document from the original blue wet ink signed document in particular, we mitigate the risk of presenting forged or fraudulent documents such as can be achieved with black and white copies, thus upholding the integrity of legal proceedings,

As you understand me, the original documents are required to be readily available, and transparency is paramount. If it is not possible to produce them, it's essential to provide a detailed explanation of why the originals cannot be accessed. This may include factors such as misplacement, loss, or custody disputes. By openly disclosing these circumstances, we uphold transparency and you can recognize that you have no ability to prove your claim and the

only acceptable solution is to provide a full mortgage satisfaction and provide the deed to us showing this matter is closed and satisfied paid in full.

In summary, the process outlined above aims to ensure the authenticity and legal validity of the mortgage or deed of trust associated with the mortgage account. Through meticulous verification, certification, and transparency, we uphold the integrity of legal proceedings and safeguard against potential risks of forgery or fraud.

6. Furthermore, if there are any custodians or trustees appointed to safeguard these original documents, please identify them along with their contact information and roles in relation to the preservation of these records.
7. It is crucial to obtain clarity regarding the status of the original promissory note and mortgage, especially given previous instances where lenders have claimed possession of the original documents only to later discover their loss. For transparency and legal compliance, it is imperative to ascertain whether the original documents can be produced in person or if only potentially forged black and white copies are the only available records.
8. Have there been any instances of assignment of the monetary instrument or asset associated with this mortgage to other parties since its inception? If so, please provide the names and addresses of all individuals, parties, banks, trusts, or entities involved in such assignments.
9. Similarly, have there been any assignments of the mortgage or deed of trust, along with the note, to other parties since the inception of this mortgage? If affirmative, kindly furnish the names and addresses of all individuals, parties, banks, trusts, or entities involved in these assignments.
10. Since the origination of this mortgage, has there been any sale or assignment of servicing rights to this account to other parties? If yes, please provide the names and addresses of all individuals, parties, banks, trusts, or entities involved in such assignments or sales.
11. Has any portion of this mortgage been serviced by sub-servicers since its origination? If so, please provide the names and addresses of all individuals, parties, banks, trusts, or entities involved in sub-servicing this mortgage.
12. Has this mortgage account been included in any mortgage pool since its origination? If affirmative, please identify each mortgage pool that has included this account, from its inception to the present date.
13. Have all assignments of this asset or monetary instrument been formally recorded in the county land records where the property associated with this mortgage is located?
14. Has there been any electronic assignment of this mortgage using services such as MERS or similar computerized mortgage registry systems? If so, kindly identify all parties, entities, banks, trusts, or organizations involved in such assignments, including those granted servicing rights and beneficial interest in payments.
15. Have any investors participated in mortgage-backed securities or similar instruments that include this mortgage account from its inception to the present date? If so, please provide the names and addresses of all individuals, entities, organizations, and trusts involved.
16. Please provide detailed information on all sales contracts, servicing agreements, assignments, allonges, transfers, indemnification agreements, recourse agreements, and any other agreements related to this mortgage account from its inception to the present date, including the identities and addresses of all parties involved.
17. Provide copies of all aforementioned sales contracts, servicing agreements, assignments, allonges, transfers, indemnification agreements, recourse agreements, and any other agreements related to this mortgage account.
18. Could you disclose the amount paid by your company for the acquisition of this individual mortgage account?
19. It's crucial to determine whether the previous company transferred the rights and assignment of the mortgage to you despite being aware of the dispute surrounding it. Such a transfer, especially when conducted with full knowledge of the ongoing dispute and the legal ramifications thereof, could potentially constitute an illegality.

The transfer of a mortgage in dispute raises serious legal and ethical questions, particularly regarding the validity and legality of such a transfer. If the previous company knowingly transferred the rights and assignment of the mortgage to you despite being aware of the dispute, it may indicate a disregard for legal obligations and a willingness to engage in potentially unlawful actions.

Furthermore, if it can be established that the transfer occurred despite the dispute and without proper resolution or acknowledgment of the legal issues at hand, it may call into question the legitimacy of the transfer and the validity of any subsequent actions taken by the receiving party such as your efforts to obtain a third party and institute a process that culminates in foreclosure.

Therefore, it is imperative to thoroughly investigate whether such a transfer took place and to ascertain the circumstances surrounding it. This includes examining any documentation or correspondence related to the transfer, any and all proper disclosure on the ongoing dispute by us to the servicing company, as well as seeking clarification from relevant parties involved in the transaction. Please provide any transcript or written correspondence between you and the servicer, as well as, anyone associated with the servicer. Only by obtaining a comprehensive understanding of the situation can the legality and validity of the transfer be properly assessed.

20. If this mortgage account was part of a mortgage pool, what was the principal balance used by your company to determine payment for this loan?
21. In the case of this mortgage being part of a mortgage pool, what percentage of the principal balance above was paid by your company for the acquisition of this individual mortgage loan?
22. To whom was the payment issued by your company for the acquisition of this alleged mortgage loan?
23. Kindly provide copies of both the front and back of any canceled checks issued as payment for this mortgage loan.
24. Was foreclosure approval sought from any investor concerning the foreclosure proceedings on my property?
25. Has HUD transferred or assigned foreclosure rights to your company as mandated by 12 USC 3754?
26. Please identify specifically all individuals who approved the foreclosure of my property, along with their addresses and contact phone numbers.
27. All information provided herein should be supported by the existence of a physical, authentic promissory note, proof of possession thereof, evidence of ownership, and a detailed explanation of how ownership was acquired.

Please provide the documents I have requested and a detailed answer to each of my questions within the time designated. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter. If you are able to produce this FDCPA mandated Debt Validation Demand, your evidence should include a *bona fide* (F.R.C.P.E. 903) certified Notarial Jurat; true correct authentic front and back copy[s] of the actual Broker Originators original promissory "note" endorsed and Notarized per custom and tradition complete with any or all purported attached allonge[s] Powers of Attorney, assignments, Notices of Appearance; and Representation[s] authorizations for all apparent multiple parties.

Copies of this Qualified Written Request will be sent to FTC, HUD, Thrift Supervision, all relevant state and federal regulators; and other consumer advocates; and my congressman.

Please be informed that this correspondence should not be interpreted as a "denial of responsibility for any lawful sums purportedly owed," but rather, a prudent advisory communication issued pursuant to the Fair Debt Collection Practices Act 15 USC 1692g Sec. 809 (b), indicating that your assertion is contested, refuted, and contested.

It is my hope that you answer this request in accordance with law and the questions, documents and validation of debt to the penny and correct any abuse(s) or scheme(s) uncovered and documented from any previous abusers of this process to date.

**AGAIN - Under FDCPA, you <u>must cease and desist any and all your collection activities</u> until this alleged DEBT VALIDATION is provided to me at the Post location above. See *15 U.S.C. 1692g. This would include any attempted theft of my home via foreclosure sale.***

**In addition please know that should your offices be willing and able to provide the requested materials above, I will require at least 30 days to critically examine, authenticate and validate your documents and testamentary evidentiary information during such time any and all collection activity or any attempts to continue collection activities by your third party lawyer or law firm must CEASE AND DESIST. This would include any attempted theft of my home via foreclosure sale.**

NOTE: **Default Provision(s) under this QUALIFIED WRITTEN REQUEST**

U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. or any agents, transfers, or assigns by omissions of, or agreement by, silence of this request via certified rebuttal of any and all points herein, agrees and consents to any violations of law and/or to immediately terminate/remove any and all right, title and interests (liens) in PATRICK H. SUTTON, or Patrick H. Sutton or LEAH M. BURNS SUTTON, or Leah M. Burns Sutton or any property or collateral connected to Patrick H. Sutton or Leah M. Burns Sutton or the above referenced account #0610785404 and waives any and all immunities or defenses in claims and or violations agreed to in this request including, but not limited by any and all:

1. Patrick H. Sutton or Leah M. Burns Sutton's right, by breach of fiduciary responsibility and fraud and misrepresentation revocation and rescinding of any and all power of attorney or appointment U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. or any agents may have or may have had in connection with the account #0610785404 and any property and/or real estate connected with said account..

2. Patrick H. Sutton or Leah M. Burns Sutton's right to have any certificated or uncertificated security re-registered in Patrick H. Sutton or Leah M. Burns Sutton's, and only Patrick H. Sutton or Leah M. Burns Sutton's name. This is not negotiable.

3. Patrick H. Sutton or Leah M. Burns Sutton's right of collection via any and all U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. alleged liability insurance and/or bond represented by the company and the individuals discovered through evidence gathering. It is imperative to understand that any failure to provide a comprehensive and accurate response to this QWR questionnaire may result in severe legal consequences, including but not limited to, financial liabilities and reputational damage. It is the sole responsibility of the entities mentioned above, including any third-party representatives retained by them, to ensure full compliance with all legal obligations and to reimburse any third-party hired in connection with this matter in the event of damages resulting from a judgment awarded in a Federal Court of Law.

**By failing to provide a satisfactory response to this QWR questionnaire, you acknowledge and agree that you expose yourself to significant repercussions, including potential legal action and financial penalties.** Furthermore, you agree to cooperate fully in identifying any third-party entities engaged by you or on your behalf, including but not limited to law firms, companies, persons, agents, financial institutions, banks, servicers, sub-servicers, indentured trustees and trustees, and to aid in information in order to facilitate the service of legal documents related to any potential lawsuits or legal proceedings. Failure to comply with these requirements may result in further legal action and additional liabilities.

4. Patrick H. Sutton or Leah M. Burns Sutton's entitlement in filing and executing any instruments, as power of attorney for and by Patrick H. Sutton or Leah M. Burns Sutton's, including but not limited by a new certificated security or any security agreement perfected by filing a UCC Financing Statement with the Secretary of State in the State where Patrick H. Sutton or Leah M. Burns Sutton's is located.

5. Patrick H. Sutton or Leah M. Burns Sutton's right to damages because of U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. wrongful registration, breach of intermediary responsibility with regard to Patrick H. Sutton or Leah M. Burns Sutton's asset by U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. issuing to Patrick H. Sutton or Leah M. Burns Sutton a certified check for the original value of Patrick H. Sutton or Leah M. Burns Sutton monetary instrument.

6. Patrick H. Sutton or Leah M. Burns Sutton's right to have account #0610785404 completely set off because of U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. wrongful registration, breach of intermediary responsibility with regard to Patrick H.

Sutton or Leah M. Burns Sutton's monetary instrument/asset by U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. sending confirmation of set off of wrongful liability of Patrick H. Sutton or Leah M. Burns Sutton and issuing a certified check for the difference between the original value of Patrick H. Sutton or Leah M. Burns Sutton monetary instrument/asset and what Patrick H. Sutton or Leah M. Burns Sutton mistakenly sent to U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. and previous servicers as payment for such wrongful liability.

U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. or any transfers, agents or assigns, trustee or indentured trustee offering a rebuttal of this request must do so in the manner of this request in accordance of and in compliance with current statutes and/or laws by signing in the capacity of a fully liable flesh and blood man or woman being responsible and liable under the penalty of perjury while offering direct testimony with the official capacity as an appointed agent for U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. in accordance with U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. Articles of Incorporation, By Laws duly signed by a current and duly sworn, under oath director(s) of such corporation/Holding Corporation/National Association.

**Any direct rebuttal with certified true and complete accompanying proof must be posted to the address herein within ten days. <u>If no verified rebuttal of this request is made in the required 5 day rebuttal and 10 day required response as required for a timely manner, a Certificate of Non-Response or a Notice of Default by Tacit Agreement serves as judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.</u>**

**The current situation with ALAW, particularly their home office and the Birmingham office, as well as their local lawyer representative, demands serious attention and legal scrutiny. By failing to respond to previous communications, they have defaulted on their obligations under the original QWR agreement. Additionally, their actions, such as sending threatening letters as a debt collector followed by a withdrawal letter, raise concerns about their adherence to legal standards by not answering the QWR in between this timeframe.**

**Furthermore, the local ALAW office's attempt to contact a non-existent entity named Occupant, constitutes an unlawful phishing expedition and potentially amounts to mail fraud as well. We have retained these letters, unopened, as evidence for potential future legal scrutiny if this should arise.**

**In conjunction with ALAW's failures, your incomplete responses also contribute to the overall breach of agreement. As a result, you forfeit any rights to pursue your current course of action, particularly the initiation of an illegal foreclosure proceeding.**

**Power of Attorney: If U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group** fails by not rebutting to **ANY PART** of this request, U. S. Bank National Association, NationStar Mortgage, Mr. Cooper Group agrees with the granting unto Joe Allen Smith unlimited **Power of Attorney** and any and all full authorization in signing or endorsing U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. in accordance with U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. in accordance with U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group's name upon any instruments in satisfaction of the obligation(s) of this QWR REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. in accordance with U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group waives any and all claims of Patrick H. Sutton and Leah M. Burns Sutton, and/or defenses and remains in effect until satisfaction of all obligation(s) by U. S.

Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group, Countrywide Home Loans Inc,. Citigroup Mortgage Loan Trust Inc,. in accordance with U. S. Bank National Association, NationStar Mortgage LLC, Mr. Cooper Group has been satisfied.

I hereby preserve all my private absolute natural rights and those secured under the: FCRA; FDCPA; Rosenthal Act; FTCPA; TILA; RESPA; Reg. Z; DECEPTIVE TRADE PRACTICES ACT; UDAAP; RICO Tort Fraud; FCRA and other federal and State laws; Codes; Statutes; Bank Rules; TREASURY; FDIC; SEC; OCC; CFPB; OCT; QUASI-GOV. FEDERAL RESERVE; CFR Regulations; Policies; Practices; Procedures and or other Rules YTBD.

Moreover, if this QWR and DEMAND FOR DEBT VALIDATION request information is not provided in full, or should it conflict with other information secured and maintained by me, I reserve my natural right[s] to file for temporary restraining order[s] (TRO) preliminary injunction[s] and/or file deceptive collection practices suits and/or wrongful foreclosure lawsuit[s]. I would then be seeking the full boat of redress for grievances and other: "federal" remedies permitted under law; including, but NOT limited to **actual statutory violations; maximum real damages; attorney fees; costs and/or punitive damages**; remedy sought in a trial by jury of peers.

We would like to express our earnest desire to bring about a proper closure and full settlement to this matter. It is in the best interest of all parties involved to resolve this issue amicably and in accordance with legal and ethical standards. We remain open to constructive dialogue and cooperation in reaching a mutually satisfactory resolution.

These and other issues may also be raised in Bankruptcy or other courts under adversary proceeding[s] if necessary.

US Bank National Association

Andrew Cecere

800 Nicollet Mall

Minneapolis, MN 55402

Citigroup Mortgage Loan Trust Inc

Mark A. L. Mason

388 Greenwich Street

New York, NY 10013

Nationstar Mortgage LLC, dba Mr Cooper

Legal Department

8950 Cypress Waters Blvd

Dallas, TX 75019

CC via mail to:

Federal Trade Commission
3300 N. Central Avenue,
600 Pennsylvania Avenue NW, Washington, DC.

Office of RESPA and Interstate Land Sales
Office of Housing, Room 9146
Department of Housing and Urban Development
451 Seventh Street, SW Washington, DC

Office of Housing Enterprise Oversight (OFHEO)
1700 G Street, NW., Fourth Floor, Washington, DC 20552

COPY

*True and correct copy from original to US Bank National Association*

I, Patrick H. Sutton, a living man being competent and lawful at age of majority do declare and affirm the above statements information and beliefs are true, correct and accurate to the best of my knowledge and understanding, and are testified under fear to pains or penalties for perjury as being true and correct. Any accidental mis-statements or omissions can be corrected for the record and all rights reserved and furthermore, whereby anything unlawful and illegal are void where prohibited by law.

Sincerely and without prejudice,

May 10th 2024
By: Patrick H. Sutton, a living man
Authorized Representative and agent for the executor of the estate of
PATRICK H. SUTTON.

I, Leah M. Burns Sutton, a living woman being competent and lawful at age of majority do declare and affirm the above statements information and beliefs are true, correct and accurate to the best of my knowledge and understanding, and are testified under fear to pains or penalties for perjury as being true and correct. Any accidental mis-statements or omissions can be corrected for the record and all rights reserved and furthermore, whereby anything unlawful and illegal are void where prohibited by law.

Sincerely and without prejudice,

Leah M Burns Sutton May 10th 2024
By: Leah M. Burns Sutton, a living woman
Authorized Representative and agent for the executor of the estate of
LEAH M. BURN SUTTON.

UNITED STATES POSTAL SERVICE.

BIRMINGHAM
351 24TH ST N
BIRMINGHAM, AL 35203-3824
(800)275-8777

05/21/2024 07:56 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Minneapolis, MN 55402 | | | |
| Flat Rate | | | |
| Expected Delivery Date Fri 05/24/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70221670000221603340 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 8530 3186 1476 44 | | | |
| Total | | | $17.90 |
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Birmingham, AL 35203 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 05/23/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70222410000197631733 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 8530 3186 1476 68 | | | |
| Total | | | $17.90 |
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Coppell, TX 75019 | | | |
| Flat Rate | | | |
| Expected Delivery Date Sat 05/25/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70221670000221603364 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 8530 3186 1476 37 | | | |
| Total | | | $17.90 |

Grand Total: $53.70

Cash $100.70
Change -$47.00

MAY 21 2024

ALABAMA

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Minneapolis, MN 55402

7022 1670 0002 2160 3340

| | | |
|---|---|---|
| Certified Mail Fee $ | $4.40 | 0023 |
| | $3.65 | 75 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ | $0.00 | |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $ | $9.85 | 05/21/2024 |
| Total Postage and Fees $ | $17.90 | c/o Andrew Cecere |

Sent To U.S. Bank National Association
Street and Apt. No., or PO Box No. 800 Nicollet Mall
City, State, ZIP+4® Minneapolis MN 55402

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# Exhibit C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Bank National Association
C/o Andrew Cecere
800 Nicollet Mall
Minneapolis, MN 55402

9590 9402 8530 3186 1476 44

2. Article Number (Transfer from service label)

7022 1670 0002 2160 3340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T- Tran ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
5-23-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

MINNEAPOLIS MN 553
29 MAY 2024 PM 3 L

9590 9402 8530 3186 1476 44

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Patrick & Leah Sutton
4997 Heather Pt
Birmingham, AL 35242

PSDS 3-4-9

**NOTICE OF DEFAULT – TACIT AGGREMENT LETTER**

**IN RESPONSE TO YOUR IMPROPER RESPONSE OF MY QWR - QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST**

Patrick H. Sutton a living man
Leah M. Burns Sutton a living woman
c/o 4997 Heather Point
Birmingham, Alabama [ RFD 35242 ]

U. S. Bank National Association Trustee

May 21, 2024

Re: Alleged Lender/ Collector
NationStar Mortgage LLC
dba Mr. Cooper Group
- Loan # 0610785404

SERVICE VIA CERTIFIED MAIL RETURN RECEIPT # 70221670000221160.3340

**FORMER DEMAND FOR ALLEGED DEBT VALIDATION per 15 U.S.C. §1692 ET SEQ**

THIS LETTER IS LAWFUL NOTICE AND REQUEST WITH WHICH YOU ARE MANDATED BY LAW TO COMPLY. YOU INCUR A LAWFUL LEGAL OBLIGATION TO IMMEDIATELY FORWARD THIS DEMAND LETTER TO ANY OR ALL NECESSARY RESPONSIBLE PARTIES, BE IT YOUR LEGAL DEPARTMENT, OFFICE OF PRESIDENT, INVESTOR RELATIONS, COMPLAINT RESOLUTION DEPARTMENT OR OTHER PROPER OFFICE FOR IMMEDIATE REVIEW, COMPLIANCE EXECUTION AND RESOLUTION. A MEANINGFUL TIMELY RESPONSE IS REQUIRED. **THIS IS AN OFFER TO PAY** IF THE ALLEGED DEBT, CONTRACTS, AND BACK END ACCOUNTING CAN BE FULLY VERIFIED BY A LIVING MAN OR WOMAN UNDER OATH OR AFFIRMATION.

To current Andrew Cecere et al:

This letter is regarding my private real property located at 4997 Heather Point, Birmingham, Alabama [ RFD 35242] and alleged U. S. Bank National Association Trustee

Dear Sir/Madam:

I am writing to address the ongoing dispute regarding the alleged debt and associated mortgage and security instrument. Despite multiple attempts to resolve this matter through lawful channels, your continued lack of response to my Qualified Written Request (QWR) has necessitated this final communication.

As per the requirements outlined in the U.S. Code, specifically under the Real Estate Settlement Procedures Act (RESPA), all of you were obligated to provide a timely and adequate response to my QWR withing the timeframe requested. The information requested was specific and necessary for the clarification and resolution of this disputed debt. Your failure to respond appropriately constitutes a violation of these legal requirements.

You have failed to provide any consideration by creating a security instrument on our behalf and profiting from it without providing us any benefit or honoring our beneficial interest in the security. This lack of consideration is a fundamental breach of your obligations. Moreover, I will be sending you a properly recorded and notarized revocation of your Power of Attorney (POA) related to this matter in the next few days.

Given your unwillingness and lack of transparency in addressing my lawful and legal inquiries, it is clear that you have chosen to ignore or withhold the necessary information. Consequently, this lack of response constitutes a clear default on your part. By not providing the requested information, you have effectively waived any and all claims to the alleged debt.

The following points summarize our position:

1. **Lack of Response:** Despite numerous attempts to engage in a transparent and fair resolution process, you have failed to provide the required information as mandated by law.
2. **Dispute of Alleged Debt:** The alleged debt remains in dispute. Your failure to respond does not resolve this controversy, and we maintain that no debt is owed.
3. **Waiver of Claims:** By defaulting on your obligation to respond to our lawful requests, you have waived any claims to the alleged debt.
4. **Request for Deed Transfer:** Given your default, we request that you promptly mail the deed to us, and fully satisfy the alleged mortgage you claim is on file as the county courthouse as there is no longer any basis for the alleged debt.

We have afforded you ample due process and opportunities to address our concerns and provided you proper due process and chance for you to stay in honor. Your continued non-compliance and lack of transparency necessitate this final demand for the resolution of this matter.

Please be advised we require that you send us and we receive the deed and alleged mortgage satisfaction within 30 days from the date of this letter.

This letter serves as formal notice that you must immediately cease all activities related to the foreclosure of my property. Your failure to respond adequately to my Qualified Written Request (QWR), submitted 10 days ago, necessitates this urgent and final communication.

Your lack of a sufficient response to my QWR indicates a tacit agreement that you have no valid claim to the alleged debt. Should you continue with foreclosure proceedings, I will be compelled to present my evidence in Federal Court, demonstrating that I have afforded you ample opportunity for due process, to act in honor with full transparency, and the ability to substantiate your claims.

The following points outline your failures and the legal implications:

1. **Failure to Respond Adequately:** Despite multiple attempts to obtain clear and transparent responses, you have only provided insufficient and disingenuous materials. This failure to provide the requested information constitutes a breach of your legal obligations under the Real Estate Settlement Procedures Act (RESPA).
2. **Contractual and Securities Fraud:** Your responses have been inconsistent and have intentionally withheld materials that would expose potential contractual and securities fraud. As the alleged borrower, I am entitled to full transparency regarding all aspects of the alleged debt.
3. **Lack of Proof of Debt:** You have failed to provide proof that the alleged debt has not been paid in full at any point, including by me on day one as my signature created the money, or more importantly that you have been paid multitudes of profit to the sum of millions of dollars. In other words, you have not demonstrated that the debt has not been paid multiple times over the initial value of the alleged loan through your undisclosed processes after the paperwork left the escrow agent.
4. **Improper Creation of Securities:** You have not explained how you created a security for profit, and that you did this deliberately without my knowledge, nor have you disclosed the profits made from such

processes. You have failed to provide proof of who the actual true grantor is to the Trust that you created or used and how and why this trust came about. You failed to provide a requested 1099-OID to prove the money trail. This lack of transparency raises serious concerns about the legality of your actions.

5. **Third-Party Violations:** Your third-party representative, ALAW, has also failed to comply with the terms outlined in the QWR, further violating legal requirements. They have not even acknowledged receipt of the QWR with a standard response indicating ongoing research. This is the second time you have procured ALAW to pursue your desires and they have grossly failed to respond to any of my letters, inquiries or both of my QWR's ever which is a clear breach of law.

Given these points, your failure to respond adequately to all of my QWR questions constitutes a default on your part. Therefore, you must immediately cease ALL foreclosure activities. Continuing with foreclosure will result in me submitting all relevant evidence to a Federal Court, where I will demonstrate your consistent lack of transparency and potential fraudulent activities.

To avoid legal escalation, you must:

1. **Cease Foreclosure Activities:** Halt all foreclosure proceedings immediately.
2. **Supply the Fully Satisfied Mortgage:** Provide a full satisfaction of the alleged mortgage on record at the county courthouse.
3. **Supply the Deed to the Personal Property:** Mail us the deed to the personal property and the home.
4. **Supply a Non-Disclosure Agreement (NDA) and Satisfaction:** Provide an NDA prepared by you and we will sign a statement of satisfaction from us, indicating that if satisfied amicably that this dispute is resolved and no further legal action will be pursued if these terms are met. Provide a 1099-C cancellation of debt.
5. **Supply a Perfect Payment History and Full Satisfaction:** Provide a letter that the loan is fully satisfied.

Furthermore, as pointed out in our QWR, the law explicitly states in 12 CFR § 1024.36 the provisions concerning a borrower's entitlement to request information from a servicer of a federally related mortgage loan. Here is a concise overview:

The law mandates that through an 'Information request,' A servicer **shall** comply with the requirements of this section for any written request for information from a borrower that includes the name of the borrower, information that enables the servicer to identify the borrower's mortgage loan account, and states the information the borrower is requesting with respect to the borrower's mortgage loan."

Please be advised that this provision is unequivocal and leaves no room for ambiguity. The term 'shall' within legal context signifies a mandatory obligation without subjective interpretation. Any attempt to circumvent this legal mandate, whether by a third-party attorney retained by your organization or internal legal counsel, is not permissible. Ignoring or hastily responding to the requests outlined by the alleged borrowers, thereby disregarding their rights under the law, is a violation of legal obligations

It goes on further to say in section (4), "**Information that can be requested**: Under 12 CFR § 1024.36, borrowers indeed have the right to request various information related to the servicing of their mortgage loan. This includes crucial details such as the identity of the owner or assignee of the loan." and, "A qualified written request that requests information relating to the servicing of the mortgage loan is a request for information for purposes of this section, and a servicer must comply with all requirements applicable to a request for information with respect to such qualified written request."

Despite my previous detailed requests for this and other requested information, your failure to provide adequate responses is regrettable, in that it leaves open the full dispute of the alleged debt without the ability to resolve the issue and such puts you in a compromising position to attempt a foreclosure on a fully disputed alleged debt. Responses have either gone unanswered or have been severely incomplete, leaving lawful and legal information requested for proper resolution of my queries unaddressed. Documents purported to be true and certified by several of your employees or representatives of associated companies were stamped as such by the original closing attorney

when the alleged promissory note and mortgage were created on Aug 1, 2005. However, you have implied that and passed this off as a stamp provided by you as True and Correct and Certified but you have failed to provide me with a True and Certified Copy of the alleged Promissory Note stamped by YOU.

Furthermore, it is deeply concerning that you initially acknowledged in written correspondence the possession of a purported copy of the alleged original Promissory Note. However, your subsequent admission of its unavailability, stating it has been lost, raises significant questions regarding the integrity of your record-keeping practices.

Moreover, the concealment of the Affidavit of Lost Note, initially withheld from disclosure until its existence was inadvertently revealed by a second employee on accident, compounds these concerns. Such actions cast doubt upon the transparency and reliability of the information provided by your organization.

Additionally, despite requests, no 1099-OID has been provided which could link the chain to a security agreement to determine the proper Grantor of the security you created without our knowledge and consent and has never been presented. This would necessarily include the alleged initial promissory note, as well as an undisclosed Affidavit of Lost Note, which we were never informed of nor did we authorize on our behalf for you to use to continue to profit from. The failure to provide these critical original documents not only impedes our ability to verify the legitimacy of the alleged debt but also raises serious concerns about the transparency and legality of your actions in this matter.

Instead, you have obfuscated by eluding to without clarifying how it is secured through a Trust, yet the Trust Agreement or a copy thereof has not been supplied to us, and the proper name of the actual Trustee remains undisclosed even though this is clearly requested. This lack of transparency in your profit-seeking endeavors, which involves taking my deposit of money and security of mortgage into a trust under false pretenses, constitutes contract fraud and security fraud.

Moreover, you failed to provide proper paperwork regarding a potential data breach incident with a hacker in October of last year. Rather, you simply asserted that my loan was not part of the breach, despite 14 million individuals being affected. Just taking your word for it at this point is not acceptable under the circumstances. The CEO's public apology, albeit disingenuous, expressed regret for the breach. However, true accountability should have been demonstrated by the immediate resignation of the CEO, who bears ultimate responsibility for such a massive violation in your responsibility of this breach.

It appears evident that your company's actions prioritize profit over legal compliance, as evidenced by numerous multitude of millions of dollars in fines levied upon you by regulatory agencies for illegal foreclosures. Your publicly documented reputation suggests that profit maximization is the primary objective, regardless of the legality of the methods employed.

It's important to note that you have failed to provide me with a color copy of the originally signed blue wet ink signature True and Certified for the alleged promissory note, instead offering a copy of a copy purported to be true and original, certified by a stamped attestation. However, the absence of the original blue signature raises concerns in that once it is put in the mail, one has committed the potential of mail fraud and security fraud, akin to sending a counterfeit copy of money in the mail and stating its authentic.

First and foremost, it's imperative to note that ALAW (Albertelli Law) is a dissolved entity in 2019 according to the Secretary of State of the STATE OF ALABAMA. Despite being provided with proof of this dissolution, you have inexplicably engaged them a second time in this matter. Additionally, it is worth mentioning that two other law firms dropped their pursuit of collecting on this alleged debt upon receipt of this Qualified Written Request (QWR) and failed to supply answers to the questionnaire but chose to drop out.

Specifically, ALAW, the third-party representative currently engaged in this matter, has blatantly disregarded my repeated attempts to obtain information regarding their status as a debt collector or a legally equipped firm

SEP 0? 2024

facilitating debt collection. They have failed to disclose their representative agent(s) and individuals authorized to receive service for ALAW, as clearly request by us which constitutes a breach of legal and ethical obligations.

Moreover, despite being engaged by you on two separate occasions to pursue an allegedly illegal foreclosure on a disputed debt, they have ignored **ALL** correspondence from both offices in Tampa, Florida and Birmingham, Alabama. This conduct not only reflects a violation of the law on your part but also raises serious concerns about their ethical standards and compliance with legal requirements. Additionally, your response to my last QWR was sent via email, which is unacceptable as this system allows for the deletion of evidence at will by you. No proper response was received by us through regular mail within the 5-day requested response period or the 10-day total allotted timeframe to remain in compliance or request more time to gather the requested materials. Instead, you chose not to answer substantively, merely stating that your truly non-response is an adequate answer, which is unequivocally not the case. It appears that ALAW and you have a deep pursuit that is solely profit-driven, with little regard for legal obligations.

Consequently, I am considering reporting the local representative attorney to the Alabama Bar and the managing partner to the Florida Bar for their apparent disregard for legal and ethical standards in their pursuit of corporate and personal financial gain, as directed by you. This in light of both of these individuals completely ignoring my letters and QWR requests. These actions suggest serious breaches of professional and ethical conduct. I believe that these bar associations, as institutions of accountability, will take a keen interest in the lack of proper procedures being followed, especially in relation to debt collection practices and the secretive way in which they have attempted their pursuits. I'm sure these bodies of accountability will discover that their actions also appear to violate the Fair Debt Collection Practices Act (FDCPA), which further underscores the need for scrutiny and potential disciplinary action by the relevant regulatory bodies.

This flagrant disregard for legal obligations and failure to provide essential information is deeply concerning and unacceptable. Your similar actions, characterized by obfuscation, potential counterfeiting, and passing off false or incomplete materials, over several months and up to this final QWR, compound the severity of the situation. Your failure to comply with 12 CFR § 1024.36 constitutes default by your tacit agreement. By admitting through silence and not providing the requested true and certified original material to and by you displays an inability to provide any evidence of the alleged debt following my Qualified Written Request (QWR). You effectively have conceded that no debt exists. Consequently, you hereby waive any and all claims and rights against me, my heirs, and successors. Your violation of 12 CFR § 1024.36 constitutes default, and your inability to provide any evidence of the alleged debt, as per my Qualified Written Request, renders any claims against me, my heirs, and successors null and void.

Furthermore, your withholding of vital information and exculpatory evidence further violates my rights. You are now compelled to send me the deed to my personal property, my home, and fully satisfy the alleged mortgage purportedly on record at the courthouse. You must instruct ALAW, your third-party debt collector, to cease their fraudulent foreclosure pursuit of this very clearly disputed debt, especially on a Federal Holiday which is Monday the 27th, of May or Memorial Day. You have a very specific reason for doing this on this day in particular.

As you remember I have communicated with you many times in the past through written evidentiary certified mail and as you recall I informed the judge during our previous lawsuit in Federal Court that it appeared we were resolving our issue. Based on this, I requested the judge to release the lawsuit so we could settle the matter amicably and outside of court. Once again, I hope you do not force this issue back to court as it is not in anyone's best interest.

Since the previous lawsuit, I have gathered a preponderance of evidence, including, but not limited to, a detailed 34-point affidavit of truth and fact, which has gone unanswered and unrebutted by you. This affidavit now stands as fact in a court of law due to your tacit agreement and failure to rebut it. Let me point out that as the affidavit, which you should have on file, is written that your non-response effectively admits to you committing blatant fraud and have covered it up through the withholding of critical information and you have several violations of RESPA and TILA as outlined in the affidavit. I can present this and now through more time I can further present a preponderance of certified mailed communications as additional evidence to the Federal Court this time to bolster my position, clearly demonstrating that I have given you every opportunity to act with transparency, integrity and honor, yet you continue to fail in this regard.

Should this issue return to court, I will be compelled to take decisive action by considering the addition of more parties to the renewed lawsuit, including ALAW, U.S. Bank National Association as Trustee, and CitiMortgage. Your accountability will extend to shouldering all associated legal fees. Furthermore, I will file with the court to compel a motion for discovery, thereby obligating you and all involved parties to provide comprehensive answers to all inquiries outlined in the QWR, as well as any additional questions that may arise.

It is incontrovertibly evident that such disclosure will lay bare the extent of the potential fraud, both deliberate and inadvertent, perpetrated by you, your trustee, and indentured trustee and the financial institutions they represent. This potential fraudulent conduct, documented on public record, will be fully exposed and expose all parties.

We are both acutely aware that this legal process will unveil every facet of the illicit activities carried out under your auspices including your third parties co-conspirators.

Furthermore, I will request the judge to produce the names of both your trustee and indentured trustee and validate if these are the current individuals as seen on your current 10K, T1, and 8K financial statements. This will ensure transparency and accountability in this legal matter. Your continued refusal to comply in Federal Court and your refusal to compel discovery could lead to serious consequences from a Federal Judge. I possess now a preponderance of substantial evidence that I am prepared to present to the court, which provides ample opportunity for transparency, rectitude and remedy to us that goes far beyond the original alleged debt in question.

It is disturbing that, even now, you all fail to act honorably, and provide simple answers to simple and easily understood questions.

Ultimately, you will be liable for all legal fees and compelled to address these questions. It is my fervent hope that we can resolve this matter without recourse to litigation again. By sending me the deed now, a full satisfaction of the mortgage and proof of its satisfaction, accompanied by an agreement by us stating we will not pursue any further legal action in the future, we consider this matter closed, we can avoid unnecessary escalation. I'm willing to provide this to you to save face and avoid any public disclosure by us unless requested by a representative in a court of law if required in the future.

However, should you persist in the path toward foreclosure, it must be unequivocally understood that you are opting to confront these grave allegations in a court of law. Your decision carries significant ramifications, not only for your organization but also for the entities aligned with you in this matter, namely CitiMortgage and U.S. Bank National Association as Trustee and finally ALAW.

Your actions will be subject to intense scrutiny and legal challenge, with no room for ambiguity or evasion. The court will demand answers to the pressing questions raised in our QWR and by the ongoing dispute, and your compliance will be mandatory and using the same evasive tactics you have on me will not be tolerated in the judges court.

I urge you to meticulously weigh the ramifications of your decisions, recognizing that they will profoundly influence the trajectory of this legal confrontation. The magnitude of the circumstances at hand cannot be overstated, and the far-reaching consequences of your actions can easily extend well beyond the confines of the courtroom.

Your determination and the subsequent actions of CitiMortgage and U.S. Bank National Association as Trustee in response to these critical junctures will be subject to intense scrutiny and legal challenge as well. It is imperative that you understand the gravity of this situation and the imperative for transparency and compliance with legal obligations.

As you deliberate your course of action, it is crucial to note that I have already disputed these matters with CitiMortgage and U.S. Bank National Association as Trustee, providing them with a Qualified Written Request (QWR) 10 days ago. Regrettably for you, they, too, have failed to furnish a response within the stipulated time frame, thereby placing them in dispute and in default of this just the same as you. By their non-response, they tacitly concede to defaulting on their obligations in this matter in full.

In light of these developments, the time for deliberation is upon us, and the decisions made will profoundly shape the trajectory of your decision to take this path to litigation or not. It is incumbent upon all parties involved to uphold the principles of transparency and accountability as we navigate through this legal quagmire created by you and your co-conspirator like ALAW, and the potential securities violations by your indentured trustee and trustee and the financial institutions they too represent.

In closing some additional codified violations and issues you face are as follows…

**18 U.S. Code § 1951 - Interference with commerce by threats or violence**

(a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or **property** in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or **imprisoned not more than twenty years**, or both.

(b) As used in this section—

(1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.

(2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.

(3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.

**18 U.S. Code § 1956 - Laundering of monetary instruments**

(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity—

(A)

(i) with the intent to promote the carrying on of specified unlawful activity; or

(ii) with intent to engage in conduct constituting a violation of section 7201 or 7206 of the Internal Revenue Code of 1986; or

(B) knowing that the transaction is designed in whole or in part—

(i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or

(ii) to avoid a transaction reporting requirement under State or Federal law, shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both. For purposes of this paragraph, a financial transaction shall be considered to be one involving the proceeds of specified unlawful activity if it is part of a set of parallel or

dependent transactions, any one of which involves the proceeds of specified unlawful activity, and all of which are part of a single plan or arrangement.

(2) Whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States—

(A) with the intent to promote the carrying on of specified unlawful activity; or

(B) knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part—

(i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or

(ii) to avoid a transaction reporting requirement under State or Federal law, shall be sentenced to a fine of not more than $500,000 or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer, whichever is greater, or imprisonment for not more than twenty years, or both. For the purpose of the offense described in subparagraph (B), the defendant's knowledge may be established by proof that a law enforcement officer represented the matter specified in subparagraph (B) as true, and the defendant's subsequent statements or actions indicate that the defendant believed such representations to be true.

(3) Whoever, with the intent—

(A) to promote the carrying on of specified unlawful activity;

(B) to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity; or

(C) to avoid a transaction reporting requirement under State or Federal law, conducts or attempts to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, or property used to conduct or facilitate specified unlawful activity, shall be fined under this title or imprisoned for not more than 20 years, or both. For purposes of this paragraph and paragraph (2), the term "represented" means any representation made by a law enforcement officer or by another person at the direction of, or with the approval of, a Federal official authorized to investigate or prosecute violations of this section.

(b) Penalties.—

(1) In general.—Whoever conducts or attempts to conduct a transaction described in subsection (a)(1) or (a)(3), or section 1957, or a transportation, transmission, or transfer described in subsection (a)(2), is liable to the United States for a civil penalty of not more than the greater of—

(A) the value of the property, funds, or monetary instruments involved in the transaction; or

(B) $10,000.

**18 U.S. Code § 1957 - Engaging in monetary transactions in property derived from specified unlawful activity**

(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).

(b)

(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.

(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.

(c) In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.

(d) The circumstances referred to in subsection (a) are—

(1) that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or

(2) that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).

(e) Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.

(f) As used in this section—

(1) the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;

(2) the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and

(3) the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title.

**209 CMR 18.24 - Mortgage Loan Servicing Practices**
Section (d) states,

"(1) A third party loan servicer may not use unfair or unconscionable means in servicing any mortgage loan. Without limiting the general application of the foregoing, the following conduct is a violation of 209 CMR 18.24:

(d) Knowingly or recklessly facilitating the illegal foreclosure of real property collateral."

**15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty**
Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

Also according to the Constitution of the United States

The 5th Amendment ends with "...nor be deprived of life, liberty, or **property**, without due process of law; nor shall private property be taken for public use, without just compensation."

In light of the numerous violations and the clear evidence of misconduct outlined above, I demand the following actions be taken immediately:

1. Cease all foreclosure activities.
2. Provide a full satisfaction of the alleged mortgage on record at the county courthouse.
3. Mail the deed to my personal property and home.
4. Supply an NDA and satisfaction by us regarding the resolution of this dispute with no further legal action if these terms are met.

Failure to comply with these demands will result in the immediate initiation of legal proceedings, where I will seek a motion to compel evidence of my QWR and receive full discovery, including depositions and subpoenas of all involved parties. This will undoubtedly expose the full extent of the fraud and misconduct perpetrated by you and your affiliates. Additionally, I will add more parties to the previous Federal Lawsuit, including ALAW, U.S. Bank National Association as Trustee, and CitiMortgage.

I will also report the involved attorneys to the relevant state bar associations for their ethical violations and disregard for legal standards.

This will not only incur significant legal fees for your organization but will also expose the fraudulent activities under public scrutiny.

**Reporting and Compliance**

I may be compelled to file these documents to ensure proper accountability for your actions to the taxing authorities should you continue to withhold transparency and fail to address my lawful and codified requests. Your persistent disregard (ignoring my requests) and obfuscation of my lawful and clear requests is unacceptable. It is perplexing why you persist in this approach. I urge you to comply with the requirements of the law and respond to my detailed inquiries with detailed responses which you have defaulted on accordingly.

Furthermore, this **alleged debt is in dispute**, and until the dispute is resolved, you lack the lawful right to foreclose. Your inadequate and insincere attempts to address my concerns are insufficient and unacceptable. I did not sign the

documents you provided as your proof of claim, nor do I recall ever signing such documents. I hereby request certified and true color copies of the original documents that bear my real signature.

Additionally, **you have failed to provide any consideration for us**, despite having clearly created a security on your behalf based on our signature for your profit. This further encompasses the actions of your trustee and indentured trustee. The creation of this security for your benefit, without our explicit consent and without identifying any consideration, constitutes a gross breach of fiduciary duty. You must honor our beneficial interest and fully disclose all transactions and profits derived from this security. Your continued failure to address these issues transparently and in good faith will compel me to pursue all actions to obtain the knowledge of this information with full clarity and completely in order to protect our rights and interests. You have grossly **failed to identify any consideration for the ability to create this security** for your benefit. The fact that you have profited from creating and trading this security without our explicit consent or a beneficiary benefit to us is a clear breach of every one of you and your partners and financial and trustee companies fiduciary duty. You need to honor our beneficial interest and provide full disclosure of all transactions and profits derived from this security. It is imperative that you address these issues transparently and in good faith.

I may be required to file these documents to ensure the proper levels of accountability for your actions if you continue to withhold transparency. You have repeatedly ignored or obfuscated my lawful and straightforward requests for information. Your failure to address these legally mandated requests is not only perplexing but also unacceptable as it gives the impression you have something to conceal. I urge you to comply with the codified law and provide the detailed information I have requested, as required by law.

I hope it is not necessary to take such action, however, I may have to explore filing the following paperwork to the proper taxing authorities...

**Form 1099-OID (Original Issue Discount)**

- **Purpose:** This form is used to report original issue discount (OID) income, which occurs when a debt instrument is issued for less than its face value. The OID represents the difference between the debt's face value and its issue price and is considered taxable income to the holder over the instrument's life.
- **Request:** Requesting a 1099-OID ensures that all discounts and financial benefits derived from the original issuance of the debt are properly reported to the IRS. This is crucial for maintaining transparency and compliance with federal tax regulations.
- **Functionality:**
  - **Identification of Parties:** The form helps identify the lender (who supplied the money) and the borrower (who received the money). It requires detailed information about both parties, including names, addresses, and taxpayer identification numbers.
  - **Tracking Income:** The form tracks the income generated from the OID over the life of the debt instrument, which must be reported annually.
  - **Tax Reporting:** Accurate OID reporting ensures the IRS can verify that all taxable income is declared and taxed, preventing underreporting of income.

**Form 1099-C (Cancellation of Debt)**

- **Purpose:** This form reports the cancellation of a debt, which must be treated as taxable income by the borrower unless excluded by law.
- **Process:**
  - **Timeline:** Reviewing the company's SEC-filed financial statements indicates that completing the process of issuing a 1099-C should take about 21 days.

SEP 11 2024

    - **Year-End Clearing:** It is noteworthy that banks often clear their books of real estate owned (REO) properties and other debts by December 31 each year, indicating a systematic approach to financial reporting and compliance.
- **Functionality:**
    - **Taxable Income:** The cancellation of debt must be included as income on the borrower's tax return, affecting their taxable income which you may be the taxpayer.
    - **Debt Clearance:** The form ensures that cancelled debts are accurately reported and properly taxed, reflecting the correct financial status of the borrower and the lender.

**Form 3949-A (Information Referral)**

- **Purpose:** This form is used to report suspected tax law violations by individuals or businesses.
- **Action:**
    - **Reporting Violations:** Submitting Form 3949-A to the IRS can trigger an investigation into the bank's financial practices and compliance with tax laws.
    - **Scope:** The form can be used to report a range of suspected violations, including underreporting income, failing to file returns, and engaging in fraudulent activities.
- **Functionality:**
    - **Investigation:** It prompts the IRS to investigate the reported activities, ensuring compliance with tax laws.
    - **Whistleblower Protection:** It provides a formal channel for reporting suspected tax violations, potentially leading to greater transparency and greater corrective measures, actions and penalties.

**Form 211 (Application for Award for Original Information)**

- **Purpose:** This form allows individuals to report significant tax underpayments or fraud and potentially receive a monetary award.
- **Utilization:**
    - **Whistleblower Action:** Filing Form 211 can initiate a whistleblower action, encouraging individuals to report substantial financial misconduct.
    - **Monetary Award:** Whistleblowers may receive a financial reward if their information leads to the recovery of taxes, penalties, and interest.
- **Functionality:**
    - **Incentivizing Reporting:** The form incentivizes the reporting of significant tax fraud or underpayment, enhancing tax compliance.
    - **IRS Investigation:** It helps the IRS identify and address substantial tax violations, potentially leading to significant recoveries.

**Form 13909 (Tax-Exempt Organization Complaint)**

- **Purpose:** This form is used to report improper activities by tax-exempt organizations such as those by your trustee and indentured trustee, including banks if they fall under specific tax-exempt categories.
- **Scope:**
    - **Compliance:** Filing this form with the IRS ensures that the activities of tax-exempt organizations are scrutinized for compliance with the requirements of their tax-exempt status.
    - **Oversight:** It helps maintain the integrity of tax-exempt organizations, ensuring they adhere to legal and ethical standards.
- **Functionality:**
    - **Investigation:** The form prompts the IRS to investigate reported improper activities, ensuring compliance with tax laws.

- **Accountability:** It holds tax-exempt organizations accountable for their actions, ensuring they operate within the bounds of their tax-exempt status.

**Conclusion**

Banks' practice of not signing certain contracts is underpinned by various legal, operational, and practical considerations. Bank's actions, regulatory compliance, risk management, and operational efficiency are required by law. Furthermore, the ability to request specific IRS forms, such as 1099-OID, 1099-C, 3949-A, 211, and 13909, provides robust mechanisms for ensuring our transparency where you have failed to provide such, accountability, and compliance in financial transactions. These forms facilitate the reporting of taxable income, suspected tax violations, significant tax fraud, and improper activities by tax-exempt organizations, thereby enhancing the overall integrity and legality of banking operations.

These actions will ensure that the taxing authorities can properly investigate and can be made fully aware of your practices which can further complicate your position, as well as those of the trustee and indenture trustee and the financial institutions of all they represent.

You are hereby provided with one final opportunity to resolve this matter amicably and honorably. Your immediate and full compliance with my demands will prevent further escalation. The choice is yours.

Sincerely,

I, Patrick H. Sutton, a living man being competent and lawful at age of majority do declare and affirm the above statements information and beliefs are true, correct and accurate to the best of my knowledge and understanding, an are testified under fear to pains or penalties for perjury as being true and correct. Any accidental mis-statements or omissions can be corrected for the record and all rights reserved and furthermore, whereby anything unlawful and illegal are void where prohibited by law.

Sincerely and without prejudice,

____________________ May 21st 2024
By: Patrick H. Sutton, a living man
Authorized Representative and agent for the executor of the estate of
PATRICK H. SUTTON.

I, Leah M. Burns Sutton, a living woman being competent and lawful at age of majority do declare and affirm the above statements information and beliefs are true, correct and accurate to the best of my knowledge and understanding, and are testified under fear to pains or penalties for perjury as being true and correct. Any accidental mis-statements or omissions can be corrected for the record and all rights reserved and furthermore, whereby anything unlawful and illegal are void where prohibited by law.

Sincerely and without prejudice,

Leah M Burns Sutton May 21st 2024
By: Leah M. Burns Sutton, a living woman
Authorized Representative and agent for the executor of the estate of
LEAH M. BURN SUTTON.

20240722000224570 1/4 $31.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:52 PM FILED/CERT

# Warranty Deed

## Certificate Of Acceptance

Exhibit D

I, patrick harland sutton and leah m. burns sutton of the sutton family, the living man, the living woman, in the capacity of Patrick Harland Sutton, in the capacity of Leah M. Burns Sutton, am recorded as the Grantee on the Warranty Deed for that real estate described as:

LOT 1, BLOCK 1, ACCORDING TO THE PLAT OF HEATHER POINT (THE SECOND ADDITION TO KERRY DOWNS), A SUBDIVISION OF INVERNESS, AS RECORDED IN MAP BOOK 10, PAGE 87, IN THE OFFICE OF THE JUDGE OF PROBATE OF SHELBY COUNTY, ALABAMA. SITUATED IN SHELBY COUNTY, ALABAMA. according to the map or plat thereof recorded as the WARRANTY DEED recorded number 20040808000404570 for the Map and Plat records of Shelby County, Alabama.

PARCEL ID#: 10-1-02-0-006-001.000 otherwise known as: 4997 Heather Point, Birmingham, Alabama, 35242. All that tract or parcel of land lying and being in lot 1, block 1, according to the plat of Heather Point (the second addition to Kerry Downs), a subdivision of Inverness, in the office of the Judge of Probate of Shelby County, Alabama as recorded in Map book 10, Page 87, thereof recorded in number 20040808000404570 for the Map and Plat records of Shelby County, Alabama, with Qualified GEOID 1400000US01117030347, Coordinates 33.411973, -86.710879, Land SqFt 21,131 sq. ft., Land Acres 0.49 acres Lot Depth 2,425 ft. Lot Width 871 ft. on the attached original copy of said Warranty Deed.

It is my free will, act, and deed to Acknowledge my Acceptance of the Warranty Deed recorded in in the office of the Judge of Probate of Shelby County, Alabama as in lot 1, block 1, according to the plat of Heather Point (the second addition to Kerry Downs), a subdivision of Inverness, in the office of the Judge of Probate of Shelby County, Alabama and the lawful ownership of the property under the terms of the Warranty Deed.

I ask that the record on file in the Office of the Judge of Probate, Shelby County, Alabama be updated to show my Acceptance of the Warranty Deed, and to show Patrick Harland Sutton and Leah M. Burns Sutton exactly as listed on Warranty Deed including capitalization as the lawful owner of that real estate.

Prepared By:
PATRICK HARLAND SUTTON
LEAH M. BURNS SUTTON
c/o 4997 Heather Point
Birmingham, Alabama [35242]

By: [signature] July 19th 2024
sutton; patrick-harland
Authorized Rep & Beneficiary for
PATRICK HARLAND SUTTON

By: Sutton; leah-m July 19 2024
sutton; leah-m
Authorized Rep & Beneficiary for
LEAH M. BURNS SUTTON

I certify this to be a true and correct copy [signature]
Probate Judge Shelby County
Date 7-22-24
# pages (4)
Initial BH

20240722000224570 2/4 $31.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:52 PM FILED/CERT





20240722000224570 3/4 $31.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:52 PM FILED/CERT

USA 2 DOLLARS

NOTARY AND WITNESS PAGE

Subscribed and sworn to (or affirmed) before me on this 22ND day of July, of the year 2024, the living man patrick harland sutton and leah m. burns sutton of the sutton family proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

By: [signature] Date: July 19, 2024

sutton; patrick-harland - Authorized Representative and Beneficiary

For PATRICK HARLAND SUTTON (estate/trust)

By: Sutton; leah-michelle Date: July 19, 2024

sutton; leah-michelle - Authorized Representative and Beneficiary

For LEAH MICHELLE SUTTON (estate/trust)

**Witness (s)**

Witness Signature: [signature] Witness Signature: Scott Pylant

Print Name: Marisa B. Morel Print Name: Scott Pylant

Notary Signature: John Robin Mason

Notary name printed: John Robin MASON

Notary Signature expires My Commission Expires June 1, 2025

Seal/Stamp

John Robin Mason
Notary Public
Alabama State at Large
My Commission Expires
June 1, 2025

20240722000224570 4/4 $31.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:52 PM FILED/CERT

2 USA DOLLARS

20240722000224580 1/5 $934.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:53 PM FILED/CERT

**PREPARED BY:**
**PATRICK HARLAND SUTTON, Grantor**
**LEAH M. BURNS SUTTON, Grantor**
**c/o 4997 HEATHER POINT**
**BIRMINGHAM, ALABAMA [35242]**

**AFTER RECORDING RETURN TO:**
**LIONSHIELD PRIVATE FAMILY MORTAGE TRUST, Grantee**
**c/o Montclair Road three nine zero zero Unit#130004**
**USMOI, Floor 1**
**Birmingham, ALABAMA [35213-9998]**

---

**"WARRANTY/GRANTOR DEED"**

This WARRANTY/GRANTOR DEED ("grant"), dated July 19, 2024, is made by PATRICK HARLAND SUTTON, LEAH M. BURNS SUTTON ("Grantor") to the LIONSHIELD PRIVATE FAMILY MORTGAGE TRUST (the "Grantee")

For and in consideration of the total sum of TEN dollars ($10.00) and no other good and valuable consideration. Grantor hereby grants unto the Grantee all the land, together with any improvements thereon and herein described as follows:

Full legal description: LOT 1, BLOCK 1, ACCORDING TO THE PLAT OF HEATHER POINT (THE SECOND ADDITION TO KERRY DOWNS), A SUBDIVISION OF INVERNESS, AS RECORDED IN MAP BOOK 10, PAGE 87, IN THE OFFICE OF THE JUDGE OF PROBATE OF SHELBY COUNTY, ALABAMA. SITUATED IN SHELBY COUNTY, ALABAMA. according to the map or plat thereof recorded as the WARRANTY DEED recorded number 20040808000404570 for the Map and Plat records of Shelby County, Alabama.

PARCEL ID#: 10-1-02-0-006-001.000 otherwise known as: 4997 Heather Point, Birmingham, Alabama, 35242

This Grant, made freely and without reservation, inures to the Grantee, the Grantee's heirs, executors, administrators, successors and assigns for ever.

Grantor does hereby waive and release to the Grantee all rights, including but not limited to, of dower, curtesy, homestead, community property, and all other right, title and interest in and to the property described in this Grant.

Grantee may have and hold "Lot 1, Block 1, according to the plat of Heather Point (the second addition to Kerry Downs), a subdivision of Inverness..." described supra with all the rights and appurtenances therefore, for grantee, for ever.

Grantor guarantees to the Grantee that the title to the land and the building thereon is fully valid and fully presented to the best of the Grantor's ability and knowledge. The Grantor confirms possession of the following described property: "LOT 1, BLOCK 1, ACCORDING TO THE PLAT OF HEATHER POINT (THE SECOND ADDITION TO KERRY DOWNS), A SUBDIVISION OF..." described supra with all the rights and appurtenances therefore, for grantee, for ever

Grantor hereby fully conveys the property described above, along with all associated rights and claims, to the LIONSHEILD PRIVATE FAMILY MORTGAGE TRUST as of January 1, 2023. This conveyance includes all assets listed in Schedule A, together with all rights and appurtenances thereto, to the benefit of the Grantee, in perpetuity, for ever.

ACCEPTANCE OF TRUST By: Patrick Harland Sutton TTEE
FOR: LIONSHIELD PRIVATE FAMILY MORTGAGE TRUST

GRANTOR OF TRUST By: ______ July 19, 2024
FOR: PATRICK HARLAND SUTTON DATE

GRANTOR OF TRUST By: Leah M Burns Sutton July 19, 2024
FOR: LEAH M. BURNS SUTTON DATE

I certify this to be a true and correct copy
Probate Judge
Shelby County
Date 7-22-24
# pages 5
Initial BH



Shelby County, AL 07/22/2024
State of Alabama
Deed Tax: $900.00

20240722000224580 2/5 $934.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:53 PM FILED/CERT



20240722000224580 3/5 $934.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:53 PM FILED/CERT

2 USA DOLLARS

## NOTARY AND WITNESS PAGE

***Notice:** Use of Notary is for identification purposes only and shall not be constructed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF ALABAM )
) JURAT
COUNTY OF SHELBY )

Before me the undersigned, a Notary acting within and for the County of Shelby and the State of Alabama,

On this 22ND day of July, 2024, personally appeared and known to me-OR-proved to me on the basis of satisfactory evidence to be the man, the woman, whose name is subscribed to the within instrument, to be the identical man found, living, alive, well and without incapacities, to be the identical woman found, living, alive, well and without incapacities. PATRICK HARLAND SUTTON, LEAH M. BURNS SUTTON, who being duly sworn, declared the above to be true, correct and not meant to mis-lead, to the best of theirs firsthand knowledge, understanding and belief, by their free will and voluntary act and deed by placing their signature on the foregoing document, executed the within instrument.

Witness Signature: [signature] Witness Signature: [signature]
Print Name Marisa B. Morel Print Name: Scott Pylant

Given under my hand and seal this: 22ND day of July, 2024

Notary Signature [signature]

Notary Printed Name John Robin Mason

My Commission Expires: ____________

My Commission Expires
June 1, 2025

John Robin Mason
Notary Public
Alabama State at Large
My Commission Expires
June 1, 2025

20240722000224580 4/5 $934.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:53 PM FILED/CERT



20240722000224580 5/5 $934.00
Shelby Cnty Judge of Probate, AL
07/22/2024 04:32:53 PM FILED/CERT

## Real Estate Sales Validation Form

***This Document must be filed in accordance with Code of Alabama 1975, S...***

Grantor's Name: Patrick & Leah Sutton
Mailing Address: c/o 4997 Heather Point, Birmingham, Alabama [35242]

Grantee's Name: Moonshield Private Family Trust
Mailing Address: Northern Road three nine zero zero, unit 130004 USMT Floor 1, Birmingham, AL [35213-9998]

Property Address: 4997 Heather Point, Birmingham, Alabama 35242

Date of Sale: 1/1/2023
Total Purchase Price $ 10.00
or
Actual Value $
or
Assessor's Market Value $ 900,000

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one) (Recordation of documentary evidence is not required)

____ Bill of Sale
____ Sales Contract
____ Closing Statement
____ Appraisal
____ Other

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

### Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date: July 19th 2024
Print: Patrick Harrikus Sutton

Unattested (verified by)

Sign (Grantor/Grantee/Owner/Agent) circle one

Form RT-1

20240805000242760
08/05/2024 01:37:04 PM
FCDEEDS 1/4

Exhibit E

SEND TAX NOTICE T
Albertelli Law
420 North 20th Street, Suite 2249
Birmingham, AL 35203

STATE OF ALABAMA )
COUNTY OF SHELBY )

**FORECLOSURE DEED**

KNOW ALL MEN BY THESE PRESENTS, that

WHEREAS, heretofore, on, to-wit: the 1st day of August, 2005, Patrick H. Sutton and Leah M. Burns Sutton, Husband and Wife, executed that certain mortgage on real property hereinafter described to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc., which said mortgage was recorded in the Office of the Judge of Probate of Shelby County, Alabama, in Instrument Number 20050808000404580, said mortgage having subsequently been transferred and assigned to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 in the aforesaid Probate Office ("Transferee"); and

WHEREAS, in and by said mortgage, the Transferee was authorized and empowered in case of default in the payment of the indebtedness secured thereby, according to the terms thereof, to sell said property before the Courthouse door in Shelby County, Alabama, after giving notice of the time, place, and terms of said sale in some newspaper published in said County by publication once a week for three (3) consecutive weeks prior to said sale at public outcry for cash, to the highest bidder, and said mortgage provided that in case of sale under the power and authority contained in same, the Transferee or any person conducting said sale for the Transferee was authorized to execute title to the purchaser at said sale; and it was further provided in and by said mortgage that the Transferee may bid at the sale and purchase said property if the highest bidder thereof; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage, and the said U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 did declare all of the indebtedness secured by said mortgage, subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage by publication in the Shelby County Newspapers, INC., a newspaper of general circulation published in Shelby County, Alabama, in its issues of April 28, 2024, May 5, 2024 and May 12, 2024; and

WHEREAS, on May 27, 2024 the day on which the foreclosure was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure was duly conducted, and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 did offer for sale and sell at public outcry in front of the Courthouse door in, Shelby County, Alabama, the property hereinafter described; and

WHEREAS, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 was the highest bidder and best bidder in the amount of $514,567.04 on the indebtedness secured by said mortgage, the said U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 does hereby remise, release, quitclaim and convey unto U.S. Bank

National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 all of its right, title, and interest in and to the following described property situated in Shelby County, Alabama, to-wit:

ALL OF THE FOLLOWING PROPERTY LOCATED IN THE COUNTY OF SHELBY AND STATE OF ALABAMA:

LOT 1, BLOCK 1, ACCORDING TO THE PLAT OF HEATHER POINT (THE SECOND ADDITION TO KERRY DOWNS), A SUBDIVISION OF INVERNESS, AS RECORDED IN MAP BOOK 10, PAGE 87, IN THE OFFICE OF THE JUDGE OF PROBAE OF SHELBY COUNTY, ALABAMA. SITUATED IN SHELBY COUNTY, ALABAMA.

Commonly known as: 4997 Heather Pt Birmingham AL 35242

TO HAVE AND TO HOLD the above described property unto U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 its successors/heirs and assigns, forever; subject, however, to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws in the State of Alabama; and also subject to all recorded mortgages, encumbrances, recorded or unrecorded easements, liens, taxes, assessments, rights-of-way, and other matters of record in aforesaid Probate Office.

IN WITNESS WHEREOF, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5 has caused this instrument to be executed by Albertelli Law, as attorney conducting said sale for said Mortgagee or Transferee of Mortgagee, and in witness whereof, Albertelli Law, as said attorney, has hereto set its hand and seal on this 12th day of July, 2024.

U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5

By: Albertelli Law, as attorney conducting said sale for Mortgagee or Transferee of Mortgagee

Jonathan Smothers, Esquire

State of Tennessee )
County of Davidson )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Jonathan Smothers, acting in its capacity as attorney for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-5, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this date, that being informed of the contents of the conveyance, he/she, as such attorney and with full authority, executed the same voluntarily for and as the act of said corporation, acting in its capacity as attorney for said Transferee.

Given under my hand and official seal on this 12th day of July, 2024.

Notary Public
My Commission Expires:
7-29-24

This instrument prepared by:
Jonathan Smothers, Esq
Albertelli Law
420 North 20th Street, Suite 2249
Birmingham, AL 35203
24-005608

MIKAYLIA A. WASHINGTON
STATE OF TENNESSEE
NOTARY PUBLIC
My Commission Expires on 07/29/2024
DAVIDSON COUNTY

Filed and Recorded
Official Public Records
Judge of Probate, Shelby County Alabama, County
Clerk
Shelby County, AL
08/05/2024 01:37:04 PM
$32.00 JOANN
20240805000242760

## Real Estate Sales Validation Form

***This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1***

| | | | |
|---|---|---|---|
| Grantor's Name | Patrick H. Sutton, Leah M. Burns Sutton | Grantee's Name | U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage F |
| Mailing Address | 4997 Heather Pt | Mailing Address | 8950 Cypress Waters Blvd |
| | Birmingham, AL 35242 | | Coppell, TX 75019 |
| Property Address | 4997 Heather Pt | Date of Sale | 05/27/2024 |
| | Birmingham, AL 35242 | Total Purchase Price | $ 514,567.04 |
| | | or | |
| | | Actual Value | $ |
| | | or | |
| | | Assessor's Market Value | $ |

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one) (Recordation of documentary evidence is not required)

- ☐ Bill of Sale
- ☐ Sales Contract
- ☐ Closing Statement
- ☐ Appraisal
- ☒ Other AL- Foreclosure Procedure

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

### Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date 07/12/2024 Print Christopher E Lara

Unattested ______ (verified by) Sign Christopher E. Lara

(Grantor/Grantee/Owner/Agent) circle one

# UCC - Uniform Commercial Code Online System

Exhibit F

UCC Search

Filings completed through 09/05/2024

If you are a subscriber please LOGIN NOW.

Filing Number Lookup

NOTE:
- Filing Number format (ex: 22-7777777) if after 2001 or (ex: 4444-55555) if before 2001.

Filing Number: [ ] (the dash "-" is required)

Continue Back

Entity Search Criteria

Filer Type: (•) Debtor
( ) Debtor (Primary Only)
( ) Secured Party
( ) Secured Party (Primary Only)

Entity Type: (•) Individual
( ) Organization
( ) All Entity Types

Filings Status: (•) Only Unlapsed Filings
( ) Only Lapsed Filings
( ) Both Unlapsed and Lapsed Filings

Filing Date: [ ] [ ]

NOTE: You can narrow or broaden your search results by selecting one of the search name matching options below.
- Selecting an "Exact Name Match" will only return results where the name matches exactly the name you enter. This option will give you the least but most relevant results.
- Selecting a "Starts With Name Match" will return any entity whose name begins with exactly the portion of the name you enter. This option will give you more results, with some erroneous matches. The more characters of the name you enter, the more accurate your search results will be.
- Selecting a "Partial Name Match" will return any entity whose name contains any of the words you enter. This option will give you the most results, however, you will also likely receive the most erroneous matches. The more characters of the name you enter, the more accurate your search results will be.

Search Name Matching Option: ( ) Exact Name Match
(•) Starts With Name Match
( ) Partial Name Match

NOTE: For individuals, enter the entity name as "Last First Middle", for example "Smith John Mark". If you are using the "Starts With Name Match" option, you can enter "Smith John", which would match the following: "Smith John", "Smith Jonathan", "Smith Jonathan Thomas" and others.

Entity Name: Sutton Patrick Harland

Continue Back

For more information about UCC Filings please visit the Secretary of State's website.
For policy-related questions please contact: (334)242-5324 or business.services@sos.alabama.gov
For technical assistance please contact: 866-353-3468 or support@alabamainteractive.org
For login assistance please email subscriptions@alabamainteractive.org

This online service is provided by Alabama Interactive, LLC, a third party, working under a contract awarded and administered by Alabama's Department of Finance as authorized under contract number MA 999 17000000171.
The online price of items or services purchased through Alabama.gov, the state's official web portal, includes funds to develop, maintain, enhance and expand offerings of the state's portal.

# UCC - Uniform Commercial Code Online System

New Search

Filings completed through 09/05/2024

No UCC Filings matched your search criteria.

New Search

For more information about UCC Filings please visit the Secretary of State's website.
For policy-related questions please contact: (334)242-5324 or business.services@sos.alabama.gov
For technical assistance please contact: 866-353-3468 or support@alabamainteractive.org
For login assistance please email subscriptions@alabamainteractive.org

This online service is provided by Alabama Interactive, LLC, a third party, working under a contract awarded and administered by Alabama's Department of Finance as authorized under contract number MA 999 17000000171. The online price of items or services purchased through Alabama.gov, the state's official web portal, includes funds to develop, maintain, enhance and expand offerings of the state's portal.

SEP 11 2024

# UCC - Uniform Commercial Code Online System

UCC Search

Filings completed through 09/05/2024

If you are a subscriber please LOGIN NOW.

Filing Number Lookup

NOTE:

- Filing Number format (ex: 22-7777777) if after 2001 or (ex: 4444-55555) if before 2001.

Filing Number: [ ] (the dash "-" is required)

Continue Back

Entity Search Criteria

Filer Type: (•) Debtor ( ) Debtor (Primary Only) ( ) Secured Party ( ) Secured Party (Primary Only)

Entity Type: (•) Individual ( ) Organization ( ) All Entity Types

Filings Status: (•) Only Unlapsed Filings ( ) Only Lapsed Filings ( ) Both Unlapsed and Lapsed Filings

Filing Date: [ ] [ ]

NOTE: You can narrow or broaden your search results by selecting one of the search name matching options below.

- Selecting an "Exact Name Match" will only return results where the name matches exactly the name you enter. This option will give you the least but most relevant results.
- Selecting a "Starts With Name Match" will return any entity whose name begins with exactly the portion of the name you enter. This option will give you more results, with some erroneous matches. The more characters of the name you enter, the more accurate your search results will be.
- Selecting a "Partial Name Match" will return any entity whose name contains any of the words you enter. This option will give you the most results, however, you will also likely receive the most erroneous matches. The more characters of the name you enter, the more accurate your search results will be.

Search Name Matching Option: ( ) Exact Name Match (•) Starts With Name Match ( ) Partial Name Match

NOTE: For individuals, enter the entity name as "Last First Middle", for example "Smith John Mark". If you are using the "Starts With Name Match" option, you can enter "Smith John", which would match the following: "Smith John", "Smith Jonathan", "Smith Jonathan Thomas" and others.

Entity Name: [Sutton Leah Michelle]

Continue Back

For more information about UCC Filings please visit the Secretary of State's website.
For policy-related questions please contact: (334)242-5324 or business.services@sos.alabama.gov
For technical assistance please contact: 866-353-3468 or support@alabamainteractive.org
For login assistance please email subscriptions@alabamainteractive.org

This online service is provided by Alabama Interactive, LLC, a third party, working under a contract awarded and administered by Alabama's Department of Finance as authorized under contract number MA 999 170000017l. The online price of items or services purchased through Alabama.gov, the state's official web portal, includes funds to develop, maintain, enhance and expand offerings of the state's portal.

# UCC - Uniform Commercial Code Online System

<u>NEW SEARCH</u>

Filings completed through 09/05/2024

No UCC Filings matched your search criteria.

<u>NEW SEARCH</u>

For more information about UCC Filings please visit the Secretary of State's website.
For policy-related questions please contact: (334)242-5324 or business.services@sos.alabama.gov
For technical assistance please contact: 866-353-3468 or support@alabamainteractive.org
For login assistance please email subscriptions@alabamainteractive.org

This online service is provided by Alabama Interactive, LLC, a third party, working under a contract awarded and administered by Alabama's Department of Finance as authorized under contract number MA 999 17000000171.
The online price of items or services purchased through Alabama.gov, the state's official web portal, includes funds to develop, maintain, enhance and expand offerings of the state's portal.

[redacted]

# Exhibit G

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Patrick H. Sutton 205-919-1900

B. E-MAIL CONTACT AT SUBMITTER (optional)
Lionshieldpft@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
LionShield Eccl Equity Prvt Tr
Montclair Road Three Nine Zero Zero
Unit 130004
Birmingham, AL 35213-9998
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Alabama
Sec. Of State
B 24-7502295 FS
Date 09/10/2024
Time 05:15 PM
240910 9 Pg
File $15.00
Access $9.75
Conv $5.50
Total $30.25
103431068

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: US BANK NATIONAL ASSOCIATION U.S. Bancorp

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 800 Nicollet Mall | Minneapolis | MN | 55402 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: Nationstar Mortgage LLC. Mr Cooper

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Lake Vista 4 \| 800 State Highway, 121 Bypass | Lewisville | TX | 75067 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: PATRICK HARLAND SUTTON

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Montclair Road Three Nine Zero Zero \| Unit 130004 | Birmingham | AL | 35213-9998 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

1.Principal/Grantor/First lien holder, Authorized Representative & beneficiary for PATRICK HARLAND SUTTON, places a Commercial Lien in the amount of $946,659.00 ($432,150.00 for promissory note 102120021 and the Nationstar Mortgage LLC d/b/a Mr Cooper account #: 0610785404 Balance of $514,509.00) for real property 499 Heather Point, Birmingham, Alabama [35242] belonging to PATRICK HARLAND SUTTON. This Commercial Lier is hereby placed on the Debtors claiming possession and...PROPERTY ADDRESS, 4997 Heather Point, Birmingham, Alabama 35242, Parcel ID: #10-1-02-0-006-001.000.(See attached LEGAL DESCRIPTION of Property)

2.The securities for promissory note 102120021 and the Nationstar Mortgage LLC d/b/a Mr Cooper account #: 0610785404 have been claimed via IRS forms 8281, and Acquisition of real property has been also filed with the IRS via forms 1099A, 1099B, and 1099C and have requested for an Audit of the account for security information.

5. Check only if applicable and check only one box: Collateral is ■ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

Alabama Sec. Of State
B 24-7502295 FS
Date 09/10/2024
Time 05:15 PM
240910 9 Pg
File $15.00
Access $9.75
Conv $5.50
Total $30.25
103431068

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
CITIGROUP MORTGAGE LOAN TRUST INC

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 390 Greenwich Street | New York | NY | 10013 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ■ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

Lionshield Ecclesiastical Equity Private Trust

Montclair Road Three Nine Zero Zero
Unit 130004
BIRMINGHAM, AL 35213-9998
USA

16. Description of real estate:

Parcel ID# 10-1-02-0-006-001.000

LOT 1, BLOCK 1, ACCORDING TO THE PLAT OF HEATHER POINT (THE SECOND ADDITION TO KERRY DOWNS), A SUBDIVISION OF INVERNESS, AS RECORDED IN MAP BOOK 10, PAGE 87, IN THE OFFICE OF THE JUDGE OF PROBAE OF SHELBY COUNTY, ALABAMA. SITUATED IN SHELBY COUNTY, ALABAMA

17. MISCELLANEOUS:

# SECURITY AGREEMENT

#2024-001

**NON-NEGOTIABLE –
NON-TRANSFERABLE**

## Parties

***SECURED PARTY***

U.S. ADMINISTRATIVE VESSEL HELD IN TRUST IN THE DEPOSITORY TRUST COMPANY (DTCC)
**PATRICK HARLAND SUTTON** (and all derivatives thereof)
55 WATER STREET
NEW YORK, NY 10041

***Creditor / Authorized Representative / Beneficiary***

patrick sutton (sutton; patrick harland (and all derivatives thereof)
Non-domestic c/o 4997 Heather Point
Birmingham, Alabama [35242]
(without prejudice)

This Security Agreement ("Agreement") is made and entered into on <u>September 10, 2024</u> by and between the 'real man' patrick sutton / Sutton; patrick harland; herein after known as Agent and the Straw man/Dummy Corporation PATRICK HARLAND SUTTON; herein after known as CREDITOR SECURED PARTY.

*NOW, THEREFORE, it is hereby agreed as follows:* In consideration for the SECURED PARTY agreeing to provide certain Collateral and goods, identified herein below, and certain accommodations to the SECURED PARTY, including, but not limited to, allow the SECURED PARTY to act as an instrument, functioning primarily as a transmitting utility, for the purpose of conducting commercial activity for the benefit of the Agent; and, as security for payment of all sums due, or to become due or owing by SECURED PARTY to Agent, SECURED PARTY hereby grants to Agent a security interest in the Collateral described herein below and agrees to provide to Agent the Indemnification Bond also contained herein below.

The security interest granted herein secures any and all indebtedness and liabilities, whatsoever, owed by SECURED PARTY to Agent, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and howsoever evidenced. This security interest is also given to secure any other debts that may be owed by SECURED PARTY to Agent from time to time as stated herein below.

### COLLATERAL

All Property of SECURED PARTY, is hereby the property and security of the Agent, and before any of the property can be exchanged, sold, tendered or in any manner disposed of, must be compensated to the Agent for the property. This property now owned and hereafter acquired includes, but is not limited to: All Accounts, Contract Rights, Chattel Paper, General Intangibles, Inventory, Equipment and Fixtures; whether owned now or acquired later; all accessions, additions, replacements, and substitutions; all records of any kind relating to any of the foregoing; all proceeds (including insurance, bonds, stocks, general intangibles and accounts proceeds), together with all the other real and personal property including but not limited to: All hospital, county, state, federal or International Birth Certificates registered in the SECURED PARTY name and All documents and or instruments created using said birth documents; Alabama Driver/Operator's License Number xxxxxx940, and all documents and/or instruments created using said license number; Social Security Number (SSN) xxx-xx-x634, and all documents and/or instruments created using said SSN and all proceeds thereof; all SECURED PARTY's Treasury Accounts and all proceeds thereof; Federal Employer Identification for the PHS LIVING ESTATE TRUST (xxxxxx634), and all documents and/or instruments created using said EIN or SSN and all proceeds thereof; any and all marriages and the production thereof including, all documents and/or instruments created using said FEIN and all proceeds thereof; real estate BEING known as 4997 Heather Point, Birmingham, Alabama [35242]. BEING Parcel ID # 10-1-02-0-006-001.000.

Bank accounts, bank deposit box(es) and the contents therein, savings account, retirement plans, stocks, bonds, securities, benefits from trusts, inheritances gotten or to begotten, inventory in any source, all machinery either farm or industrial, livestock, livestock equipment, vehicles, auto(s), truck(s), 4-wheelers, all boats and water craft, aircraft, motor homes, 5th wheel trailers or mobile homes, motorcycles, jewelry, wedding bands and/or rings, watch(es), household goods, appliances, any type furniture, kitchen utensils, cooking utensils, radio(s), television(s), musical instruments, antiques, sports equipment, all arm, guns, hand guns, and any type property held for my benefit by either myself or others, until the dishonor agreement, held by the Secured Party is satisfied to full and acknowledgment of the same is completed. Any property not specifically listed, named or listed by make, model, serial number, etc.is included as the same.

The SECURED PARTY agrees to notify all employers and creditors of the same, as all SECURED PARTY'S wages are property of the Agent and are noticed accordingly. The SECURED PARTY'S rights include the use of said Collateral as may be needed from time to time.

---

**INDEMNITY CLAUSE**

KNOW *ALL MEN BY THESE PRESEN,* that I, VERNETTE EDLYN OLIVE CARBON, *(SECURED PARTY),* am held firmly bound unto sutton; patrick harland (patrick harland sutton), (Agent/beneficiary) in the sum of present Collateral Values and any debts or losses claimed by any and all persons against the Commercial Transactions and Investments of aforesaid Collateral up to the penal sum of One Hundred Million Dollars ($100,000,000) lawful money of the united states of America, for the payment of which, well and truly be made, I bind myself, my heirs, executors, administrators and third party assigns, jointly and severally and firmly by these presents.

The conditions of the above bond is, that whereas the Collateral described herein above and utilized for the purpose of transmitting goods in Commercial Activity by the SECURED PARTY are in pursuance of the Statutes in such case made and provided indentured to the Agent by which indenture the said Agent covenanted to do certain things as stated in this agreement. The conditions of this obligation are such that if the Agent suffers any loss of Vested Rights in the said Collateral Property or Monetary Losses due to debts claimed against the aforesaid Collateral Property, or the SECURED PARTY, who bind himself by this obligation to make advance payments from the SECURED PARTY'S treasury, IMF, BMF, IRAF, EPMF (temporary, permanent and current) accounts to any and all who make debt claims against any of the Collateral or Vested Rights in said Collateral of the Agent.

This obligation shall bind the SECURED PARTY in all respects, to fully and faithfully comply with all applicable provisions of law. This bond shall effect as of the date hereon and shall remain in full force and effect until the surety (SECURED PARTY) is released from liability by the written order of the UNITED STATES and provided that the surety may cancel this bond and be relieved of further liability hereunder by delivery within thirty (30) days, written notice to the Agent. Such cancellation shall not affect any liability incurred or accrued by SECURED PARTY hereunder prior to the termination of said thirty (30) day period. The SECURED PARTY will promptly reissue a bond before the end of the thirty (30) day period of an amount equal to or greater than the value of this instrument unless the parties agree otherwise. The SECURED PARTY, without the benefit of discussion or division, does hereby agree, covenant and undertake to indemnify, defend and hold the Agent harmless, from and against any and all claims, losses, liabilities, costs, interests and expenses (herein after referred to as "claims" or a "claim") including, without restriction, all legal costs, interests, penalties and fines suffered or incurred by the Indemnified Party arising as a result of the Indemnified Party having it's personal guarantee with respect to any loan or generally any indebtedness of the SECURED PARTY, including, without in any way restricting, the generality of the foregoing amount owing by the SECURED PARTY to all creditors.

The Indemnified Party (Agent) shall promptly advise the Indemnifying Party (SECURED PARTY) of any Claim and provide the same with full details thereof, including copies of any document, correspondence, suit or action received by or served upon the Indemnified Party. The Indemnified Party shall fully cooperate with the Indemnifying Party in any discussion, negotiations or other proceedings relating, to any Claim.

2024

## DEFAULT

The following shall be events of default hereunder: (a) failure by SECURED PARTY to pay any debt secured hereby when due; (b) failure by SECURED PARTY to perform any obligations secured hereby when the same should be performed. This document represents the agreement between the SECURED PARTY and Agent and may not be modified unless agreed upon by both parties in writing and signed by both parties.

**This Security Agreement is NOT dischargeable in bankruptcy court and holder in due courses' property is exempt from third party levy.**

Should any portion of this agreement be judicially determined to be illegal, the remainder of the agreement shall not be affected by such determination and shall remain in full force and effect.
Executed and sealed by the voluntary act of my own hand, this 10th day of September 2024.

Acceptance: [signature]
PATRICK HARLAND SUTTON,
GRANTOR SECURED PARTY SIGNATURE
sutton; patrick harland
Power of Attorney In Fact.• With the Autograph
The Agent accepts the SECURED PARTYS signature
In accord with Uniform Commercial Code: 3-401& 3-419.

Witnesses [signature] [signature]

Notary Signature [signature] Seal

My Notary Expires My Commission Expires June 1, 2025

John Robin Mason
Notary Public
Alabama State at Large
My Commission Expires
June 1, 2025

## DEFINITIONS

As used in this Security Agreement, the following words and terms shall have the meanings ascribed to them in this section, non obstante.

**"Account(s)"** (See Black's Law Dictionary, 6th ed., Account. See also UCC § 4-104, and UCC § 9-106.) 44
**Agent"** (See Black's Law Dictionary, 6th ed.)
66 **Agreement"** (See Black's Law Dictionary, 6th ed. See also UCC § 1-201(3).
**"Artificial Person(s)"** (See Black's Law Dictionary, 7th ed.) **"Bailee"** (See Black's Law Dictionary, 6th ed.)
**"Beneficiary"** (See Black's Law Dictionary, 6th ed.)
**"Buyer"** (See Black's Law Dictionary, 6th ed.) **"Cancel"** ..
(See Black's Law Dictionary, 6th ed.) **"Cancellation"** (See
Black's Law Dictionary, 6th ed.)
**"Charge back"** (See Black's Law Dictionary, 6th ed., See also Surety.)
**"Chattel Paper"** (See Black's Law Dictionary, 6th ed.)
**"Oaim(sr** means: 1. right to payment, whether or not such right is reduced to Judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable secured, or unsecured; or right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not Such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured. 2. To demand as one's own challenge of property or ownership of a thing which is wrongfully withheld. See Hill v. Henry, 66 N.J. Eq. 150. 57 Atl.
555. Also a claim is to state.
See **Douglas v. Beasley,** 40 Ala. 147; **Prigg v. Pennsylvania,** 16 Pet. 615, 10 L.Ed. 1060.
**"Collateral"** means property that ispledged as security for the satisfaction of a debt. See Black's Law Dictionary, 6th ed., Collateral.
**"Contract"** (See Black's Law Dictionary, 6th ed.)
**"Creditor"** means patrick sutton, a person to whom a debt is owing by another person who is the "SECURED PARTY." One who has a right to require the fulfillment of an obligation or contract, one to whom money is due, and, in ordinary, acceptation, has reference to financial or business transactions. See Black's Law Dictionary, 6th ed.
**"Currency"** (See Black's Law Dictionary, 7th ed.)
**"Derivatives"** means coming from another; taken from something preceding; secondary. That which has not its origin in itself, but owes its existence to something foregoing. Anything obtained or deduced from another. (See Black's Law Dictionary, 6th ed.)
**"Debt"** (See Black's Law Dictionary, 6th ed. See also Burke v. Boulder Miller & Elevator Co., *77* Colo. 230, 235 P. 574, 575, and U.S. Sugar Equalization Board v. P. De Ronde & Co., C.C.A. Del, 7 F.2d 981, 984.)
**"Delivery"** (See Black's Law Dictionary, 6th ed.)
**"Goods"** (See Black's Law Dictionary, 6th ed.)
**"Entrusting"** (See UCC § 2-403 (2, 3 and 4))
**"Incapacity"** (See Black's Law Dictionary, 6th ed. and 7th ed. See also UCC § 3-305 (-,) (b).
**"Indemnities"** (See UCC § 5-113.) "Indemnity" means a collateral contract or assurance by which one person engages to secure another against an anticipated loss or to prevent him from being demnified by the legal consequences of an act or forbearance on the part of one of the parties or of some third person. See Nat'l Bank of Tifton v. Smith, 142 Ga. 663, 83 S.E. 526, 528, LRA. 1915B, 116. See Black's Law Dictionary, 7th ed., Indemnity.
**"Instrument(s)"** (See Black's Law Dictionary, 6th ed., Instrument. See also UCC § 3-102 and§ 9-105.)
**"Item(s)"** means part or parts of a whole. See also UCC § 4-104 (g).
**"liability"** means every kind of legal obligation, responsibility, or duty. Also the state of being bound or obliged in law or justice to do, pay or make good something. See **Mayfield v. First Nat'l Bank of Chattanooga, Tenn.,** C.C.A. Tenn. 137 F.2d 1013, 1019; **Feil v. City of COer d'Alene,** 23 Idaho 32, 129 P. 643, 649,43 L.RA.N.S. 1095, **Breslaw v. Rightmire,** 196 N.Y.S. 5?9, 541, 119 Misc. 8-?3. See Black's Law Dictionary, 6th ed., Liability.
**"Money"** means the medium of exchange authorized or adopted by a government as part of its currency.
**Natural Person(s)"** means a living soul, as distinguished from an artificial person created by law. *See* Black's Law Dictionary, 7th ed.
**"Notice"** means warning of intimation of something.
**"Non obstante"** means a phrase used in documents to preclude any interpretation contrary to the stated object or purpose. See Black's law Dictionary, 6th ed.
**"Party"** means a person concerned or having or taking part in any affair, matter, transaction, or proceeding, considered individually. See Black's Law Dictionary, 6th ed.
**"Person(s)"** (See Black's Law Dictionary, 7th ed. See also UCC § 1-201(30)).
**"Proceeds"** (See Black's Law Dictionary, 6th ed.)
**"Property"** in the strict legal sense, means an aggregate of rights that are guaranteed and protected by the government and in the ordinary sense, indicates the thing itself, rather than the rights attached to it. *See* 62 Misc. Rep. 1891, 116 N.Y. Supp. 1000. **"Real Man"** means a real, live, flesh and blood man: patrick sutton; "There, every man/woman is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." **CRUDEN v. NEALE,** 2 N.C. 338 (1796) 2 S.E. 70.
**"Representative"** (See Black's Law Dictionary, 6th ed.)
**"SECURED PARTY"** means PATRICK HARLAND SUTTON; (See Black's Law Dictionary, 6th ed.)
**"Securities"** (See Black's law Dictionary, 6th ed. See also UCC § 8-102 and UCC § 8-105.) **"Seller"** (See Black's Law Dictionary, 6th ed.)
**"Signature"** (See UCC § 3-401(considered signature)).
**"Signed"** (See UCC § 1-201(39) (considered signature)).
**"Surety"** (See Black's Law Dictionary, 6th ed. See also UCC § 1-201(40) (considered 'charge back')).
**"Value"** (See Black's Law Dictionary, 6th ed. See also UCC § 1-201(44) and UCC § 3-?03.)

## GLOSSARY OF TERMS

"Accommodation Party" (See Black's Law Dictionary, 6th ed. See also UCC Nutshell Series.) "Contract Right" (See UCC § 9-106.) "Documents of Title" (See UCC § 1-201(15) and UCC § 7-104. (See also Black's Law Dictionary, 7th ed., Document of title.) "Dummy Corporation" means PATRICK HARLAND SUTTON, an artificial person or legal entity created by or under the authority of the laws of a state or nation, composed, in some rare instances of a single person (such as the SECURED PARTY). "The corporation is distinct from the (individual) or individuals who comprise it." Such entity subsists as a body politic under a special denomination, which is regarded in law as having a personality and distinct from that of its several members. See Dartmouth College v. Woodward, (4 Wheat.) 518, 636, 657, 4 L.Ed. 629; U.S. v. Trinidad Coal Co., 137 U.S. 160, 11 S.Ct. 57, 34 L.Ed. 640; Andrews Bros. Co. v. Youngstown Coke Co., 86 F. 585, 30 39, 44; State v. Thistle Down Jockey Club, 114 Ohio St. 582, 151 N.E. 709, 711; Congdon v. Congdon, 160 Minn. 343, 200 N.W. 76, 87; Forest City Mfg. Co. v. International Ladies' Garment Workers' Union, Local No. 104, 233 Mo. App 935, 111 S.W.2d 934; In re Crown Heights Hospital, 183 Misc. 563, 49 N.Y.S.2d 658, 660; Froelich and Kuttner, of Manila, P.I. v. Sutherland, 57 App. D.C. 294, 22 F.2d 870,872.

And also "in rare instances where it lists a single person (such as the SECURED PARTY) this would be considered a corporation sole proprietor, which consists of only that one person only in some particular station, who is incorporated by law in order to give them some legal capacities and advantages, particularly that of perpetuity, which in their natural persons they could not have." (or in the present situation, to give them some legal capacity or advantage of dealings in the corporate commercial activities which in their natural persons they could not have). See Stop. Comm, 168, 169;First Parish v. Dunning, 7 Mass. 447; Reid v. Barry, 93 Fla. 849, 112 So. 846, 859. The court cases also state that a corporation may exist as Domestic and/or Foreign, with reference to the laws and the courts of any given state, a "domestic" corporation is one created by, or organized under, the laws of that state; a "foreign" corporation is one created by or under the laws of another state, Government, or country. (As in the present situation of a U.S. corporation in Puerto Rico, See (BMF) Business Master File). In re Grand Lodge, 110 Pa. 613, 1 A. 582; Fowler v. Chillingworth, 94 Fla. 1, 113 So. 667, 669; In re Ewles' Estate, 105 Texas 507, 143 P.2d 903, 905. They also state that "A Corporation de facto is one existing under the color of law and in pursuance of an effort made in 'good faith' to organize a corporation under the statute; an association claiming to be legally incorporated company, and exercising the powers and functions of a corporation but without actual lawful authority to do so."

---

See Foster v. Hare, 26 Tex. Civ. App. 177, 62 SW. 541; Cedar Rapids Water Co. v. Cedar Rapids, 118 Iowa 234,91 N.W. 1081; Tulare Irrig. Dist. v. Shepard, 185 U.S 1, 22 S.Ct. 531, 46 L.Ed. 773; Evans v. Anderson, 132 Minn. 59, 155 N.W. 1040, 1041. The fictitious named PATRICK HARLAND SUTTON a straw man, or dummy corporation created by the government corporation without knowledge or intent of the natural person sutton; patrick harland (patrick sutton) only exists under the color of law and claiming only to be legally incorporated for the purpose of commerce, and exercising the powers and functions of a corporation, without actual lawful authority to do so, but strictly for the benefit of the government corporations and its commerce. The government corporation shows the capital letter spelling of the SECURED PARTY name when they created the "fictitious named" corporation, due to the need of a specific name required for each separate legal entity's identification. Therefore, when a corporation is constructed, a name is always given to it, or supposing to be actually given, will attach to it by implication, and by that name alone it must sue and be sued, and do all legal acts, though a very minute variation therein is not material, and the name is capable of being changed (by competent authority) without affecting the identity or capacity of the corporation. See <u>Wharton on Corporations</u>. See also Black's Law Dictionary, 6th ed., Dummy.
"Duty of Care; Contractual Limitation" (See UCC § 7-204.)
"General Intangibles" (See Black's Law Dictionary, 6th ed.) "On Demand" (See Black's Law Dictionary, 6th ed.) "Registered Form" (See UCC § 8-102.)
"Remedy for Breach of Collateral" (See UCC § 2-701.)
"Remedy of Indemnity" (See UCC § 5-115.)
"Right to Reimbursement" (See UCC § 5-114.)
"Rights Acquired to Indemnity" (See UCC § 7-504 (4))
"Secondary Party" (See Black's Law Dictionary, 6th ed., Secondary Parties.)
"Authorized Representative" means (sutton; patrick harland) -, (See also Black's Law Dictionary, 6th ed. (Also considered Creditor.)
"Security Interest" (See Black's Law Dictionary, 6th ed.) "Straw man" means PATRICK HARLAND SUTTON (See also Black's Law Dictionary, 6th ed.)"Transmitting Utility" To the extent that the context otherwise requires, means an implement used to transmit or to send from one person, thing or place to another; i.e., the SECURED PARTY/Dummy Corporation /Straw man is an agent and implement utilized for the purpose of conducting commercial activities for the Agent.

Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign Jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

Jurat

Shelby County

Ss:

Alabama State

Subscribed and affirmed before me this 10th day for the SEPTEMBER month in the year of our Lord and Savior, Two Thousand and Twenty-Four

Notary Signature [signature] Seal

My Notary Expires My Commission Expires June 1, 2025

John Robin Mason
Notary Public
Alabama State at Large
My Commission Expires
June 1, 2025

LEGAL DESCRIPTION OF REAL PROPERTY

4997 Heather Point, Birmingham, Alabama [35242]

LOT 1, BLOCK 1, ACCORDING TO THE PLAT OF HEATHER POINT (THE SECOND ADDITION TO KERRY DOWNS), A SUBDIVISION OF INVERNESS, AS RECORDED IN MAP BOOK 10, PAGE 87, IN THE OFFICE OF THE JUDGE OF PROBAE OF SHELBY COUNTY, ALABAMA. SITUATED IN SHELBY COUNTY, ALABAMA.